1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MARYLAND
2                          NORTHERN DIVISION

3    _____

4    UNITED STATES OF AMERICA,

5                          Plaintiff,

6         v.                            Case No. RDB 09-CR-560

7    LEWIS KEVIN LUCAS,

8                          Defendant.
     _____
9

10

11                    Day One of the JURY TRIAL in the above

12   matter, held on Monday, July 19, 2010, commencing at 9:43 a.m.,

13   before the Honorable Richard D. Bennett, in the United States

14   Courthouse, 101 West Lombard Street, Baltimore, Maryland 21201.

15

16   APPEARANCES:

17                         CLINTON JACOB FUCHS, Esq.,
                           JOHN WALTER SIPPEL, JR., Esq.,
18                         Appearing on behalf of the Government,

19
                           KATHERINE TANG NEWBERGER, Esq.,
20                         BRENDAN A. HURSON, Esq.,
                           Appearing on behalf of the Defendant.
21

22

23

24   Reported by:
     Julie A. Wycoff, RPR
25   Official U.S. Court Reporter

```
 1              (Proceedings commence in open court.)

 2              THE COURT:  Good morning, everyone.

 3              Mr. Fuchs, if you'll call the case, please.

 4              MR. FUCHS:  Yes, Your Honor.

 5              This is the United States of America versus Lewis

 6   Lucas, Criminal Case Number 09-560.  This matter is set for

 7   trial this morning.  Clint Fuchs and John Sippel on behalf of

 8   the United States.  With us at counsel table is John Hayden from

 9   the ATF.

10              THE COURT:  Yes, Mr. Fuchs, Mr. Sippel, good morning.

11   Nice to see you.

12              And good morning, Agent Hayden.

13              MR. HAYDEN:  Good morning, Your Honor.

14              THE COURT:  Nice to see you.

15              You're with the Bureau of Alcohol, Tobacco, Firearms

16   and Explosives; is that right?

17              MR. HAYDEN:  Yes, sir.

18              THE COURT:  And he's designated as the case agent?

19              MR. FUCHS:  That is correct, Your Honor.

20              THE COURT:  Nice to see you.

21              And on behalf of the defendant?

22              MS. NEWBERGER:  Thank you, Your Honor.  Katherine

23   Newberger and Brendan Hurson from the Federal Public Defender's

24   Office.  With me at counsel table is Mr. Lucas.

25              THE COURT:  All right.  Good morning, Ms. Newberger,
```

1    Mr. Hurson.  Nice to see you.

2            And good morning, Mr. Lucas.

3            THE DEFENDANT:  Good morning.

4            THE COURT:  All right.  We're ready to proceed with

5    the jury trial in this case.  I think we've dealt with all

6    preliminary matters, any motions.

7            Are there any preliminary matters from the point of

8    view of the Government to the address?

9            MR. FUCHS:  No, Your Honor.  Thank you.

10           THE COURT:  Are there any preliminary matter from the

11   point of view of the defendant to address?

12           MS. NEWBERGER:  No, Your Honor.

13           THE COURT:  All right.  I think that you all have a

14   copy of voir dire and the preliminary instructions.

15           Do you both have that?

16           MR. FUCHS:  We do, Your honor.

17           All right.  Ms. Newberger?

18           MS. NEWBERGER:  Yes, Your Honor.

19           THE COURT:  Okay.  And so there are no objections as

20   to that, the voir dire and the preliminary instructions.  We are

21   ready to proceed here with the bringing in --

22           Let me just go over a few matters.

23           First of all, Mr. Lucas, with respect to any meetings

24   up here at the bench during the selection of the jury, you do

25   not come up here to the bench, but there's a headset that will

1    be provided to you by the Deputy Clerk of Court, Mr. Thompson,

2    to make sure that you can hear any discussions up here at the

3    bench.   And that is true throughout the trial as well as with

4    respect to any motions.

5              Let me see if my system's is working here.

6              You'll hear that noise, Mr. Lucas, and that will --

7    it's sort of a white noise sound, but you'll be able to hear

8    with your headset.

9              Does he have the headset down there?

10             Mr. Lucas, put the that on and let me make sure that

11   you can hear, and I can verify that the headset is operating for

12   you.

13             All right.   Are you ready?

14             Here I'm going to put this -- can you hear me,

15   Mr. Lucas?

16             THE DEFENDANT:   Yes, sir.

17             THE COURT:   All right.   The record will reflect that

18   we've verified the headset is operational for the defendant.

19             There are no pretrial matters or objections, and there

20   are no objections to voir dire, preliminary instructions.   So I

21   think we're all set.

22             With respect to the witnesses in this case, let me

23   just go over that right now.

24             All right.   The following people may be mentioned by

25   various -- may be witnesses or may be mentioned by various

```
1    witnesses are Sean Dorr, Ted Turner, Dan Kerwin -- that's
2    Special Agent Dan Kerwin.
3              And what is Ted Turner's occupation?
4              MR. FUCHS:  Your Honor, he's a firearms examiner for
5    BPD, but I can let the Court know that defense counsel and the
6    defendant have signed a stipulation to --
7              THE COURT:  So you will not be testifying?
8              MR. FUCHS:  He will not be testifying.
9              THE COURT:  We're taking him out then.
10             We've got Sean Dorr from the Baltimore City Police
11   Department, Special Agent Dan Kerwin, Detective Jonathan Hayden,
12   Officer Patrick Huter, Officer Fabien Laronde, and Sean Dorr.
13             So we're talking about five witnesses, correct?
14             MR. FUCHS:  Your Honor, Special Agent Hayden will not
15   be testifying.  He is our case agent, but he is --
16             THE COURT:  But I'll still make reference to him
17   because he's the case agent.
18             Hold on just one second.
19             Any other witnesses I should list from the point of
20   view of the Government?
21             MR. FUCHS:  No, Your Honor.
22             THE COURT:  From the point of view of the defense?
23             MS. NEWBERGER:  No, Your Honor.
24             THE COURT:  Okay.  So we have the list here.
25             Basically there will just be reference to the case
```

```
 1    agent, Mr. Hayden; Special Agent Dan Kerwin; Officer Patrick
 2    Huter; Officer Fabien Laronde; and Sean Dorr of the Baltimore
 3    City Police Department, Latent Print Unit.  So we have a total
 4    of potential four witnesses.
 5            Okay.  Then the other matter I want to go over is
 6    Mr. Thompson will make sure that we line up the jury panel in
 7    alphabetical order.
 8            Pete, I don't need those cover sheets in the
 9    beginning.  I just like to have the sheet with the names, if you
10    can just take off that excess stuff, papers that are in front.
11    I don't need those.
12            As I've said, any objections or strikes for cause will
13    be here at the bench.  If I don't strike them for cause, you
14    move at that point in time to strike them from cause and you'll
15    know my ruling right away on that.
16            The people will be lined up in numerical order.  I see
17    there's a member of Mr. Lucas' family here; is that correct?
18    Who is here on behalf of the defendant?
19            WOMAN IN GALLERY:  I'm his fiancée.
20            THE COURT:  I'm sorry?
21            WOMAN IN GALLERY:  His fiancée.
22            THE COURT:  All right, his fiancée.
23            Ma'am, you will have to be seated -- you can stay back
24    in the corner there.  You cannot be seated with the jury during
25    the selection.  You don't have to leave yet, but when the jury
```

1    comes in, you cannot be seated with the jury.  So you will just

2    need to -- we'll arrange for you to take a chair and sit back

3    there in the corner with the chair, but you'll not able to sit

4    with the jury during jury selection.

5            And with that, I think we're ready to bring the jury

6    in.

7            Anything further in the point of view of the

8    Government?

9            MR. FUCHS:  No, Your Honor.  Thank you.

10           THE COURT:  From the defense?

11           MS. NEWBERGER:  No, Your Honor.

12           THE COURT:  All right.  So with that, I'll stand in

13   recess for a period of time, wait to be called back in.

14           Court stands in recess.

15           (A recess was taken, followed by the selection of

16   the jury, which is not herein transcribed.)

17           (Luncheon recess.)

18           THE COURT:  We're ready to bring the jury in and

19   proceed with opening statements; is that correct?

20           MR. FUCHS:  Yes, Your Honor.

21           DEPUTY CLERK:  Jurors all present.

22           THE COURT:  Thank you, Mr. Thompson.  You may all be

23   seated.

24           Ladies and gentlemen, sorry for the delay.  We had a

25   delay at lunchtime on other matters.  It's my fault we're

```
1    starting a little bit late.  I do apologize to all of you.

2              And with that, we're ready to hear from -- opening

3    statements from counsel.

4              Mr. Fuchs?

5              MR. FUCHS:  Thank you, Your Honor.

6              Good afternoon, ladies and gentlemen.  My name is

7    Clint Fuchs.  And over the next few days my co-counsel, John

8    Sippel, and I are going to present to you the Government's case

9    against Mr. Lewis Lucas.

10             What you're going to hear is that on the early morning

11   of July 6 of last year, 2009, two Baltimore City Police

12   Officers, Pat Huter and Fabien Laronde, were patrolling the 2700

13   block of Wilkens Avenue, West Baltimore.  What they will tell

14   you is that, as they were patrolling, they saw the defendant,

15   Lewis Lucas, standing on the front porch of a row house.  The

16   officers believed that Mr. Lucas looked like someone who was

17   wanted for questioning, so they made the decision to talk to

18   him.

19             They pulled the car over to the curb; and one of the

20   officers, Pat Huter, got out to speak with him.  Officer Huter

21   got out of the car, and he said, Can I speak to you?  Mr. Lucas

22   started coming down off the porch.  Officer Huter noticed that

23   he was reaching towards the front of his pants, as if he was

24   checking for something.

25             When he got to the bottom of those steps, he started
```

1    to back away from Officer Huter.  Officer Huter took a step

2    forward, asked if he could speak with him.  Mr. Lucas turned and

3    took off running.

4           Officer Huter noted that as Mr. Lucas was running, he

5    kept one of his arms right here against his body; and it looked

6    like he was holding something in front of his pants.  Officer

7    Huter gave chase on foot down Wilkens Avenue.  Officer Laronde,

8    who stayed in the car, followed in the vehicle on the street.

9           Officer Huter and Officer Laronde saw Mr. Lucas make

10   it to the end of the block.  He cut down a side street, and then

11   he cut up a very small, narrow alley, which ran behind some

12   buildings.  Officer Huter followed him up that alleyway; and, as

13   he did, he saw Mr. Lucas take what looked like a handgun out of

14   his pants and throw it to the ground as he ran.

15          Officer Huter caught up to him a few steps later,

16   tackled him to the ground.  They wrestled for a time.

17   Eventually, Officer Huter was able to put him in cuffs, placed

18   him under arrest.

19          Officer Laronde parked the car.  He eventually joined

20   them in that alleyway, and he found in the area in the alleyway,

21   where Officer Huter had seen what looked like a gun land, he

22   found a loaded .22 caliber revolver.

23          Based on that, Mr. Lucas is here today, as the Judge

24   told you, charged with possession of a firearm after having been

25   previously convicted of a crime punishable by more than a year

1    in prison.  As the Judge told you, in order to make its case,

2    the Government has to prove several things:

3              First, we must -- obviously, we have to show that

4    Mr. Lucas knowingly possessed that gun.

5              Again, we have to show that Mr. Lucas was previously

6    convicted of a crime punishable by more than a year in prison.

7              The Government also has to show that that .22 caliber

8    revolver was a firearm.  It wasn't a toy; it wasn't a BB gun.

9    It was an actual gun.  And we also have to show that at some

10   point that gun moved in interstate commerce.  All that means is

11   that the gun was not made here in Maryland.  It was made

12   somewhere else, and it traveled into Maryland before it was

13   recovered on July 6 of last year.

14             And over the next day or so, you're going to hear

15   evidence establishing each of those four elements.  You're going

16   to first hear what are called "stipulations."  It's just an

17   agreement among the parties.  Those stipulations will be, first,

18   that Mr. Lucas was previously convicted of a crime punishable by

19   more than a year in prison.

20             You're also going to hear a stipulation that that

21   firearm that was recovered, which you will see, is, in fact, a

22   firearm.  It's designed to expel a projectile by the force of an

23   explosive, which is the definition of a firearm under federal

24   law.

25             You're also going to hear from an ATF agent.  He's

1   going to testify that the gun that was recovered was a Taurus

2   .22 caliber revolver.  It was made in Brazil.  Therefore, it did

3   move in interstate commerce sometime between the time it was

4   made and the time it was recovered.

5          And then, most importantly, you're going to hear from

6   those two police officers:  Pat Huter and Fabien Laronde.  And

7   they're going to testify as to what they saw that night.

8   They're going to testify that they were patrolling in the 2700

9   block of Wilkens Avenue.  They saw Lewis Lucas on that front

10   porch.  They pulled over to talk it him.  Officer Huter got out

11   of the car.  Mr. Lucas came down the steps.  When Officer Huter

12   took that step towards him, Mr. Lucas turned and ran.

13          They're going to testify that they followed him down

14   Wilkens, down that side street, up that alleyway.  Officer Huter

15   is going to testify that he saw Mr. Lucas take what looked like

16   a gun out of his pants and throw it to the ground.

17          Officer Laronde is going to testify that he came into

18   the alley; he went to that place on the ground where Officer

19   Huter had seen the gun land; and he found a .22 caliber

20   revolver.

21          When taken together, you'll see all of that evidence

22   establishes those elements.  It's going to show that on July 6

23   of last year, Mr. Lewis Lucas knowingly possessed a firearm that

24   moved in interstate commerce after having been previously

25   convicted of a crime punishable by more than a year in prison.

1          At that point, when the trial is over, Judge Bennett

2   is going to instruct you on the law.  Mr. Sippel and I will have

3   a chance to talk to you again.  At that point we're going to ask

4   you to return the only verdict that is consistent with all of

5   the evidence you're going to hear -- a verdict of guilty as

6   charged.

7          Thank you.

8          THE COURT:  Thank you, Mr. Fuchs.

9          Mr. Hurson?

10         MR. HURSON:  Thank you, Your Honor.

11         If only it were that simple.  It's not enough.

12         It's not enough for the Government to come into this

13  courtroom and present you with a story -- a story that's based

14  on limited, uncorroborated testimony of one person; a story

15  that's based on inferences drawn from those limited, alleged

16  facts and then piece it together and tell you a story and say,

17  ladies and gentlemen, this is what happened; you should convict

18  this man.

19         It's not enough, because in our system in this

20  country, we do not convict our fellow citizens based on stories.

21  We don't convict people based on, this is what may have

22  happened.  The Government just stood here and told you -- and,

23  I'll submit, Mr. Fuchs gave you a great story, but you're going

24  to see over the course of this case that that is not enough.

25         Because when the Government comes into this courtroom

1  and flexes its muscle and accuses one of your fellow Americans

2  of a crime, they're not pledging to make a story, what they're

3  saying is that we have proof beyond a reasonable doubt.  That's

4  the standard in this country -- proof beyond a reasonable doubt.

5  When they accuse someone of committing a crime, that is the

6  standard.

7       And, in spite of this standard, the Government has

8  come in here and accused this man of a crime and is going to put

9  on this stand, really, one person who's going to tell you a

10  story about what he thinks he may have seen.  And the Government

11  is going to spend the bulk of the rest of their case explaining

12  why you're not going to see additional evidence.

13       That, ladies and gentlemen, that's not enough.  And

14  that's why, at the end of this case, my colleague is going to

15  come in front of you, and she is going to ask you to return a

16  verdict that is, not only fair, not only just, but the only

17  verdict that's supported under the law, and that's a verdict of

18  not guilty.

19       In the little time -- I want to take the rest of this

20  afternoon, not too much time -- I won't take the rest of the

21  afternoon -- I want to introduce you to myself and to the other

22  people in the courtroom.  We met briefly, and we had some

23  dialogue through the Judge at the bench, but I'm Brendan Hurson.

24  I'm a lawyer.  And I don't see any lawyers in this group, so

25  don't hold it against me.  They're lawyers, too, so we're even.

1              And I'm joined by Katherine Newberger.  She's going to

2    be also working this case and questioning some of the

3    Government's witnesses.

4              Now, the other gentleman at the table I'm honored and

5    privileged to represent, and this --

6              Mr. Lucas, if you'll stand up.

7              -- is Mr. Lewis Lucas.  He's the man the Government

8    has accused of committing this crime.

9              You may sit down, Mr. Lucas.

10             While this is going to be a short trial on time, it is

11   a long trial on importance.  It's important, obviously, to me,

12   but it's extremely important to each one of you.  And I'll tell

13   you, it's important to each one of you because you're going to

14   be asked to make one of the most significant decisions you've

15   ever made in your life.  You're being asked to pass judgment on

16   a fellow citizen, and that is a tremendous and awesome

17   responsibility.  And I thank you in advance for taking that

18   responsibility as seriously as I know you will take it.

19             In this case, not only is it important to you, not

20   only is it important to us, it is important to Mr. Lucas.  And,

21   under our law, Mr. Lucas sits here, yes, accused, but

22   innocent -- presumed innocent.  And I trust, as you go through

23   your duties as jurors, you will never forget that fact.

24             Now, I stress the importance of this case to you, and

25   I say to you that this is not the easiest case for you.  It may

1   be short, but as jurors it's difficult.  There's often a

2   misconception that being a juror is kind of like watching a play

3   or watching a movie, where you sort of sit here, and you watch

4   as things unfold.  And, technically, that's true.

5           In our system you don't get a chance to raise your

6   hand and ask questions.  We sort of have to read your mind and

7   try to figure out, What are they asking?  But don't let, for a

8   second, the fact that nobody asked you any questions until the

9   end, and nobody asked you to ask some questions, don't think for

10  a second that you're not the most important people in this room.

11          Now, I'll tell you in a second a little bit about the

12  difficulty of your job, but I want to make one thing clear, that

13  the Judge did state earlier.  We can't talk to you.  I would

14  love to talk to you about this case -- and as Katherine can

15  attest -- and could talk to you about a lot of things, I love to

16  talk, but we can't.  That's the rules.  So we may pass you in

17  the hallway, and we simply would nod hello and move on.  And

18  it's not out of rudeness; it's out of the rules of this Court.

19  So, if you pass any one of us, and we sort of seem to be

20  avoiding you, that's why.  And I thank you for understanding

21  that.

22          But I go back to the importance and how serious and

23  how difficult your job is, because this case is a case really

24  that's built on circumstantial evidence.  You got a brief

25  instruction before, and you may get one again, about the

1    difference between circumstantial and direct evidence.  And

2    while you may have listened -- I'm sure you listened closely to

3    that instruction, I would say to you that a case based on

4    circumstantial evidence, like this one, is actually harder for a

5    jury and demands additional attention.

6            When we're talking about direct evidence, when a

7    witness testifies and says, I saw that it was raining outside,

8    the only question you, as jurors, really have to ask yourself

9    is, if the question at issue is was it raining, the only

10   question you have to ask yourself is, Do I believe this witness?

11   Do I think they're telling the truth about the question of

12   whether it was raining or not?

13           When we're talking about circumstantial evidence, you

14   have additional questions you have to ask.  It's not only, do I

15   believe this witness, but then the next step is, do I believe

16   the conclusions that this witness has drawn from the facts this

17   witness testified to.  It's another step.  It's another layer.

18   And that makes your job extra difficult.

19           And this case will not disappoint in those areas where

20   you have to be critical and ask very critical questions.  When

21   an officer testifies on this stand that he saw something, ask

22   yourself:  Is that possible that at the speed at which this

23   officer claims he was running, from the distance this officer

24   says he was, in the lighting conditions that were present on the

25   night in question, is that possible?

1          When an officer takes the stand and testifies that he

2     had no choice but to collect evidence in this case in a manner

3     that destroys the opportunity to collect fingerprint evidence or

4     other scientific evidence from this piece of evidence -- he's

5     going to say, I had no choice but to do it that way -- ask

6     yourself, is that true?  Or did this officer just choose to

7     collect evidence in a way that would destroy the chance to get

8     unbiased evidence?

9          When a witness is called to come in and take this

10    stand and tell you that he never recovers fingerprints from

11    firearms, ask yourself why.  Why?  Be demanding.

12         And while I am being extra critical of the Government,

13    it's not because that's the kind of guy that I am, it's because

14    that's the law.

15         The Government has the burden in this case.  It means,

16    it's their job to prove their case.  Every bit of responsibility

17    falls on this table.  So, if there is any evidence that you

18    thought you should have seen, thought you should have been

19    shown, if there are questions you have, issues that you have,

20    anything at all that you thought you should have heard, the

21    responsibility falls on this table.

22         In this country, we can sit silent and say nothing at

23    all, because it's their job.  And I trust that, throughout the

24    course of this case, you will hold them to their burden.  You

25    will make them prove to you not a story, not maybe, but you will

```
1    make them prove to you that they have the facts to prove guilt
2    beyond a reasonable doubt.
3              And I submit to you that, when you do that, when you
4    hold them to their burden, when you do the job you just took an
5    oath to do, you will find that the only conclusion that is
6    supported by the law, the only verdict that is supported by the
7    law is a verdict of not guilty.
8              Thank you.
9              THE COURT:  Thank you, Mr. Hurson.
10             First Government witness, Mr. Fuchs.
11             MR. FUCHS:  Your Honor, the Government calls
12   Mr. Patrick Huter.
13             THE COURT:  Thank you, Mr. Thompson.
14             DEPUTY CLERK:  You're welcome.
15             Please raise your right hand.
16             PATRICK HUTER, GOVERNMENT WITNESS, DULY SWORN
17             DEPUTY CLERK:  Please be seated.
18             Sir, if you would, I need you to first adjust that
19   microphone to yourself.  State your name and then spell your
20   name for the record.
21             THE WITNESS:  Patrick Huter; P-A-T-R-I-C-K, H-U-T-E-R.
22             DEPUTY CLERK:  Thank you.
23             Counsel?
24             MR. FUCHS:  Thank you, sir.
25
```

```
1                        DIRECT EXAMINATION

2    BY MR. FUCHS:

3    Q    Officer Huter, who do you work for?

4    A    Baltimore City Police Department.

5    Q    What is your assignment?

6    A    I work in the Southwest District Operations Unit.

7    Q    And how long have you been a police officer?

8    A    Five years.

9    Q    Were you working on July 6 of 2009?

10   A    Yes.

11   Q    Do you remember, what shift were you working that day?

12   A    6:00 p.m. to 2:00 a.m.

13   Q    Were you in uniform that night?

14   A    No.  I was in plain clothes.

15   Q    Were you in a car?

16   A    Yes, an unmarked vehicle.

17   Q    Was anyone in the car with you?

18   A    Yes, sir.

19   Q    Who was that?

20   A    Officer Fabien Laronde.

21   Q    And who was driving?

22   A    Officer Laronde.

23   Q    So were you in the front-passenger seat?

24   A    Yes, sir.

25   Q    What area of the city were you patrolling that day?
```

DIRECT HUTER - BY FUCHS

1    A    The 835 post, around the 2700 block of Wilkens Avenue.

2    Q    Officer Huter, I'm going to show you what has been marked

3    as Government's Exhibit Number 1.  And, sir --

4              MR. FUCHS:  Mr. Clerk, how do I zoom out?

5              THE COURT:  There is a button right there on the side

6    there, Mr. Fuchs, if you'll --

7              DEPUTY CLERK:  See that white wheel?

8              MR. FUCHS:  Yes.  Thank you, sir.

9    BY MR. FUCHS:

10   Q    Officer Huter, do you recognize that?

11   A    Yes, sir.

12   Q    What is it?

13   A    The 2700 block of Wilkens Avenue.

14   Q    If you will, will you orient the jury to what we're looking

15   at?  What are the streets that are here?

16   A    You see the 600 block of Brunswick, the 900 block of

17   Brunswick, and the 2700 block of Wilkens.

18   Q    Officer, if you touch the screen, it makes a line on the --

19   A    The 600 block of Brunswick, the 900 block of Brunswick, and

20   this is the 2700 block of Wilkens Avenue.

21   Q    Okay.  Apparently, if you touch the corner --

22   A    The right?

23   Q    The lower-right, right there, just press it and it will go

24   off.

25              THE COURT:  Over to the left side.

DIRECT HUTER - BY FUCHS

1          MR. FUCHS:  All right.  Thank you.

2   BY MR. FUCHS:

3   Q    Did you encounter anyone that night?

4   A    Yes, sir.

5   Q    Who did you encounter?

6   A    The defendant, sitting -- the blue tie on.

7   Q    Did you come to learn --

8          THE COURT:  Let the record indicate the witness has

9   identified the defendant, Lewis Lucas.

10         THE WITNESS:  Yes, Lewis Lucas.

11  BY MR. FUCHS:

12  Q    Prior to July 6 of 2009, had you ever met Mr. Lucas?

13  A    No, sir.

14  Q    Had you ever encountered him at all?

15  A    No, sir.

16  Q    What time did you encounter Mr. Lucas?

17  A    Roughly around 2:00 a.m.

18  Q    Okay.  That's the morning of July 6; is that right?

19  A    Yes, sir.

20  Q    If you would, using the map -- and, again, apparently your

21  finger can draw a line there -- can you describe the route you

22  took eventually leading up to your encounter with Mr. Lucas?

23  A    Yes, sir.

24         We came down the 600 block of Brunswick Street and

25  made a right onto the 2700 block of Wilkens Avenue.

DIRECT HUTER - BY FUCHS

1    Q    Okay.  What happened next?

2    A    Approximately -- or about right here, is when we noticed

3    Mr. Lucas standing on the porch of one of these dwellings.

4    Q    And who saw him first?

5    A    Officer Laronde.

6    Q    Okay.  Did you subsequently see him after Officer Laronde

7    pointed him out?

8    A    Yes.

9    Q    Okay.  Go ahead.

10   A    We're in the area looking for a shooting suspect, and that

11   suspect matched the description of Mr. Lucas.  So we continued

12   down the 2700 block of Wilkens -- there's a median in the

13   middle -- to make a U-turn, and came back up to about right

14   here.

15   Q    Did you stop right in front of that row house where you saw

16   Mr. Lucas?

17   A    Yes, sir.

18   Q    And where was Mr. Lucas when you pulled to the curb?

19   A    On the porch of the dwelling.

20   Q    Okay.  And what was he doing?

21   A    He was standing on the porch of the dwelling.

22   Q    Did you get out of the car?

23   A    Yes, sir.

24   Q    Okay.  At that point how far away were you from Mr. Lucas?

25   A    Ten feet.

DIRECT HUTER - BY FUCHS

1    Q    What happened next?

2    A    At that time I exited the vehicle.  Officer Laronde stayed

3    in the car.  I stepped onto the sidewalk, asked him if he could

4    come over to speak to me in reference to a -- identifying him,

5    as he was matching the suspect information.

6    Q    Okay.  Were you identifiable as a police officer at this

7    point?

8    A    Yes, sir.  I was wearing a badge on my right hip, along

9    with a gun vest on the outside.

10   Q    When you say "vest," what do you mean?

11   A    A bulletproof vest.

12   Q    Okay.  And after you spoke to Mr. Lucas and asked if you

13   could speak to him, what happened next?

14   A    After I asked to speak to him, he slowly started coming

15   towards me, and he just kept saying, Who?  Me?  Who?  Me?

16   Q    Okay.

17   A    And just very timid about coming over to where I was.

18   Q    Okay.  What did you do?

19   A    I asked him, again said, please, can I speak to you?  He

20   again kind of came towards me and kept adjusting his waistband

21   with his right hand.

22   Q    Okay.  Do you have training in the identification of armed

23   people?

24   A    Yes, sir.

25   Q    Where did you get that training?

DIRECT HUTER - BY FUCHS

1   A    Through various classes and also through the academy,

2   street training.

3   Q    And what is that training?  What are some of the

4   characteristics of an armed person?

5   A    A lot of times they'll typically, either without knowledge

6   or when they're about to flee, adjust the gun in their

7   waistband, or wherever it is, to secure it, make sure it's still

8   there, secure it, if they're about to flee.

9   Q    Is that sort of the equivalent, if I check my wallet or my

10  cell phone?

11  A    Yes.

12  Q    Unconsciously?

13  A    Yeah, it's unconscious.  It's just something that you just

14  kind of do.

15  Q    Did you see Mr. Lucas do that that morning?

16  A    Yes, sir.

17  Q    What conclusions did you draw from that?

18  A    That he might be an armed individual.

19  Q    Okay.  And then what happened next?

20  A    I took a step closer to him to close the distance between

21  us so we could speak.  At that time he turned and ran.

22  Q    Prior to him turning and running, did you put your hands on

23  him?

24  A    No.

25  Q    Grab him?

DIRECT HUTER - BY FUCHS

1   A     No.

2   Q     Had you pulled your weapon out?

3   A     No.

4   Q     Okay.  And at that point, he turned and ran.  Where did he

5   run?

6   A     He ran up through here, down the 2700 block of Wilkens.

7   There's a lot right here.  He cut through the lot of the 27 --

8   2700 block of Wilkens going to the 900 block of Brunswick

9   Street.

10  Q     Okay.  And where did he go from there?

11  A     At that time he went down the 900 block of Brunswick Street

12  and down here where it dead ends -- or where the dwellings end.

13  There is a small cut in between a fence and the dwellings.

14  Q     Let me stop you there.  Did you follow Mr. Lucas when he

15  turned and ran?

16  A     Yes, sir.

17  Q     How far behind him were you?

18  A     Approximately 10 feet.

19  Q     Okay.  And were there streetlights on?

20  A     Yes, sir.

21  Q     Could you see him clearly?

22  A     Yes, sir.  There's streetlights.  It's a fairly well lit

23  area.

24  Q     Okay.  Did you also have a flashlight with you?

25  A     Yes, sir.

DIRECT HUTER - BY FUCHS

1   Q    Was it in your hand?

2   A    Yes, sir.

3   Q    Was it turned on?

4   A    Yes, sir.

5   Q    And so you could see Mr. Lucas clearly; is that correct?

6   A    Yes, sir.

7   Q    And did you ever lose sight of him as you chased him down

8  the street?

9   A    No, sir.

10   Q    Where was Officer Laronde while you were chasing him?

11   A    He was in the vehicle, and he paralleled me the whole time

12  that we were -- that I was chasing him on foot.

13   Q    Now, as Mr. Lucas was running, you could see him in front

14  of you; is that correct?

15   A    That's correct.

16   Q    Could you see anything about the way he was running?

17   A    Yes, sir.  As we were running down the 900 block of

18  Brunswick, you could see -- as you're running, both of your

19  arms, one of -- his right arm kept going to his waistband as if

20  he was adjusting or making sure something didn't pop out or --

21   Q    Now, to be clear, you didn't see a gun at this point?

22   A    No, sir.

23   Q    But you saw him reach as if he was securing something?

24   A    Yes, sir.

25   Q    Officer Huter, I'm going to show you a series of pictures,

DIRECT HUTER - BY FUCHS

1    and I'd like you to identify them for the jury.

2              Sir, if you would, hit the upper -- thank you.

3              I'm going to show you what has been marked as

4    Government's Exhibit 2.  Do you recognize that?

5    A    Yes, sir.

6    Q    What's that?

7    A    The front porch in which he was standing.

8    Q    If you would, just point -- I'm sorry.  I cut you off.  If

9    you would, just point on there where Mr. Lucas was standing.

10   A    Somewhere around here.

11   Q    And was your position basically where the cameraman was

12   standing?

13   A    Yes, sir.

14   Q    I show you what's been marked as Government's Exhibit

15   Number 3.  Do you recognize that?

16   A    Yes, sir.

17   Q    And what is that?

18   A    That's looking down the 2700 block of Wilkens towards the

19   900 block of Brunswick.

20   Q    That's looking east on Wilkens; is that correct?

21   A    Yes, sir.

22   Q    And is that the direction that Mr. Lucas ran in when he

23   fled from you?

24   A    Yes, sir.

25   Q    Can you point on that picture just the approximate route

DIRECT HUTER - BY FUCHS

1   that Mr. Lucas took?

2   A    Ran down, cut across, and back through this lot.

3   Q    And did you follow him directly behind him in that route?

4   A    Yes, sir.

5   Q    Okay.  I show you what's been marked as Government's

6   Exhibit Number 4.  Do you recognize that?

7   A    Yes, sir.

8   Q    And what is that?

9   A    The lot leading from the 2700 block over to the 900 block

10  of Brunswick Street.

11  Q    And, again, if you would, just show Mr. Lucas' route on

12  that picture.

13  A    (Indicating.)

14  Q    And, again, were you following directly behind?

15  A    Yes, sir.

16  Q    Did you maintain that 10-foot distance --

17  A    Yes, sir.

18  Q    -- during that time?

19       I show you Government's Exhibit Number 5.  Do you

20  recognize that?

21  A    Yes, sir.

22  Q    And what is that?

23  A    That's looking down the 900 block of Brunswick Street.

24  Q    That's -- going south on Brunswick; is that correct?

25  A    Yes.

DIRECT HUTER - BY FUCHS

1  Q    Okay.  And, if you would, can you show Mr. Lucas' route?

2  A    Coming off that lot and then onto the sidewalk going down

3  900.

4  Q    And, again -- I'm sorry, I keep asking the same question --

5  did you follow that same route?

6  A    Yes, sir.

7  Q    You were directly behind him?

8  A    Yes, sir.

9  Q    And were there streetlights also on Brunswick?

10  A    Yes, sir.  There is one right there.

11  Q    And was the area well illuminated?

12  A    Yes, sir.

13  Q    Could you see Mr. Lucas clearly in front of you?

14  A    Yes, sir.

15  Q    I show you Government's Exhibit Number 6.  Do you recognize

16  that?

17  A    Yes, sir.

18  Q    And what's that?

19  A    That's looking down the -- the cut in between the house and

20  the fence, and looking from the 900 block of Brunswick.

21  Q    And is that the alleyway that Mr. Lucas ran down?

22  A    Yes, sir.

23  Q    So that's immediately adjacent to Brunswick; is that

24  correct?

25  A    Correct, sir.

DIRECT HUTER - BY FUCHS

1    Q    Did you follow him down that alleyway?

2    A    Yes, sir.

3    Q    If you would, just describe how that alleyway is laid out.

4    A    As you can see, it's a very tight space, lots of shrubbery.

5    There's nothing between -- I mean, there's a fence on one side;

6    there's a dwelling on the other side; and, as the dwelling ends,

7    there's another fence that picks up in the people's backyard.

8    Q    Okay.  I'm going to show you again Government's Exhibit

9    Number 1.

10           Obviously, that alleyway is difficult to see, but

11   could you just trace where it is on that map?

12   A    Right there.

13   Q    And does it -- that second mark you made, does that reflect

14   a right-hand turn in the alleyway?

15   A    Yes.  When you go down the first alleyway that you cut

16   down, it dead ends into a fence where there's a Ryder truck

17   parking lot back here, and it dead ends, and you have to make a

18   right.

19   Q    I show you another picture.  This is Government's Exhibit

20   Number 7.  Do you recognize that?

21   A    Yes, sir.

22   Q    And what is that?

23   A    That is the alleyway looking at the 900 block of Brunswick

24   from the corner.

25   Q    Okay.  Is the cameraman roughly in the position where the

DIRECT HUTER - BY FUCHS

1   alleyway turns?

2   A    Yes, sir.

3   Q    Okay.  Sir, as you ran down that alleyway, could you still

4   see Mr. Lucas in front of you?

5   A    Yes, sir.

6   Q    Okay.  Were there streetlights in the alleyway?

7   A    There's not streetlights in the alleyway, but there are

8   lights in the adjacent parking lot to the Ryder Truck Company.

9   Q    Let me show you Government's Exhibit Number 1.

10  A    You can actually see the reflection of one of them here,

11  here, here.

12  Q    Okay.  And did that light spill into the alleyway?

13  A    Yes.

14  Q    And did you still have your flashlight with you?

15  A    Yes, sir.

16  Q    Was your flashlight still out?

17  A    Yes.

18  Q    And it's on.  Okay.  And were you shining it in front of

19  you?

20  A    Yes, sir.

21  Q    And at this point, as you run up the alleyway after

22  Mr. Lucas, how far behind Mr. Lucas are you?

23  A    Again, about 10 feet.

24  Q    Okay.  Could you see him clearly in front of you?

25  A    Yes, sir.

DIRECT HUTER - BY FUCHS

1    Q    Okay.   Did you see him do anything as he ran up that

2    alleyway?

3    A    Yes, sir.   As he was running up that alleyway, again, he

4    was still adjusting, with the right hand, the waistband.   When

5    he got to the corner -- right there -- when he got to the

6    corner, I saw him reach with his right hand and throw a black

7    object across his body.

8    Q    If you would, if the Court doesn't mind, could you just

9    stand up and show us what you saw?

10            THE COURT:   Yes, you may stand up.   Go ahead.

11            THE WITNESS:   As he was running, the alley makes a

12   right-hand turn, you could see him throw something across his

13   body over to the corner.

14   BY MR. FUCHS:

15   Q    And to be clear, you only see Mr. Lucas from the rear; is

16   that correct?

17   A    Yes.

18   Q    But you see his hand come out and throw something; is that

19   correct?

20   A    Yes, sir.

21   Q    Could you see what was in his hand?

22   A    No.   It was just a black object, resembled a handgun, but I

23   couldn't --

24   Q    You couldn't see the object itself exactly clear; is that

25   correct?

33

DIRECT HUTER - BY FUCHS

1   A    Correct.

2   Q    Okay.  Did you draw some conclusions, though, based on its

3   size and shape, though?

4   A    Based on just the way -- the earlier characteristics, plus

5   the size and shape, I concluded it to be a handgun.

6   Q    Okay.  Did you see where it hit the ground?

7   A    Yes.

8   Q    And where was that?

9   A    It was in the corner of where the alley turns at a

10  90-degree angle.

11  Q    Let me show you one more last picture.  This is

12  Government's Exhibit Number 8.  Do you recognize that?

13  A    Yes, sir.

14  Q    And what is that?

15  A    That is the corner of the alley.  This is where the 900

16  block of Brunswick would come up, and this is where the alley

17  turns back down to go to Wilkens.

18  Q    Okay.  And is this where you saw the gun land?

19  A    Yes, sir.

20  Q    And just approximately where did you see the gun land?

21  A    Roughly in that area, sir.

22  Q    Now, in fairness, the picture that's portrayed here was

23  obviously taken during the daytime; is that correct?

24  A    Correct, sir.

25  Q    So this obviously happened early morning, it was dark out;

1   correct?

2   A    Yes.

3   Q    Does the picture exactly resemble the way that alleyway

4   looked when you were there on July 6?

5   A    No, sir.

6   Q    What's different about it?

7   A    Some -- one of the citizens cleaned it up, and it was

8   fairly overgrown with shrubbery, garbage, glass, debris.

9   Q    So it was more overgrown at that time?

10  A    Correct, sir.

11  Q    All right.  But you saw approximately where you saw that

12  black, dark object land; is that correct?

13  A    Yes, sir.

14  Q    Okay.  And I don't mean to put words in your mouth.  The

15  object that you saw, was it dark -- dark in color?

16  A    Yes.

17  Q    Did you hear it hit the ground?

18  A    Yes, sir.

19  Q    What did it sound like?

20  A    It sounded like a heavy object, like it had some weight to

21  it.

22  Q    Okay.  Now, did you stop and pick it up?

23  A    No, sir.

24  Q    What did you do?

25  A    I continued chasing Mr. Lucas.

DIRECT HUTER - BY FUCHS

1    Q    And did you catch up to him at some point?

2    A    Yes, sir.

3    Q    Where was that?

4    A    Approximately 10, 15 feet further up the alley.

5    Q    I'm going to show you again Government's Exhibit Number 1.

6    Show us roughly where you apprehended Mr. Lucas.

7    A    Right around there, sir.

8    Q    Okay.  And that was, you said, approximately 10 to 15 feet

9    from that turn in the alleyway?

10   A    Yes, sir.

11   Q    How did you apprehend Mr. Lucas?

12   A    I tackled him.

13   Q    Did he go to the ground?

14   A    Yes, sir.

15   Q    What happened next?

16   A    After we went to the ground, we began to fight and

17   struggle, to apprehend him.

18   Q    What happened?

19   A    I finally was able to get his back and apprehend him and

20   handcuff him.

21   Q    How long did that take?

22   A    A couple minutes.

23   Q    Okay.  Once you got him in handcuffs, did he stop

24   resisting?

25   A    Yes, sir.

1   Q    And at some point, did Officer Laronde arrive on the scene?

2   A    Yes, sir.

3   Q    How long after you apprehended Mr. Lucas was that?

4   A    Approximately two minutes, a couple minutes.

5   Q    Okay.  And where were you when he arrived on the scene?

6   A    I was still over with Mr. Lucas.

7   Q    Were you in the same place as where you had tackled him to

8   the ground?

9   A    Yes, sir.

10  Q    And at that point Mr. Lucas was in handcuffs?

11  A    Yes, sir.

12  Q    Was he on the ground, or was he standing up?

13  A    He was on the ground.

14  Q    Okay.  And when Officer Laronde arrived on the scene, what

15  did you say?

16  A    I told him that I thought he threw a handgun.  I had my

17  flashlight.  I picked it up and shined it where I thought he

18  threw a handgun, and he walked over and picked up a black

19  handgun.

20  Q    Okay.  Let me show you what's been marked as Government's

21  Exhibit Number 9.

22        MR. FUCHS:  Permission to approach, Your Honor.

23        THE COURT:  Yes, sir.

24  BY MR. FUCHS:

25  Q    Officer Huter, what is that?

DIRECT HUTER - BY FUCHS

1    A    That is the black handgun that was recovered that night.

2    Q    How do you know it's the same gun?

3    A    I remember it from sight and also the corresponding

4    complaint number from the case.

5    Q    Now, when Officer Laronde picked it up, did it look like

6    what you had seen discarded from Mr. Lucas as he ran?

7    A    Yes, sir.

8    Q    And did you conclude that that was the same gun?

9    A    Yes, sir.

10   Q    Okay.  Let me take that back from you.

11          At some point was Mr. Lucas transported from the

12   scene?

13   A    Yes, sir.

14   Q    Where did he go?

15   A    To the Southwest District.

16   Q    Did you transport him?

17   A    No, sir.

18   Q    Okay.  In fact, did you see him again after he left the

19   scene?

20   A    No, sir.

21   Q    Where did you go after Mr. Lucas left the scene?

22   A    After that I went back to the Southwest District.

23   Q    And did you write any reports in connection with this

24   arrest?

25   A    Yes, sir.

DIRECT HUTER - BY FUCHS

1   Q    Did you write the statement of probable cause?

2   A    Yes, sir.

3          MR. FUCHS:  Permission to approach again, Your Honor.

4          THE COURT:  Yes, sir.

5   BY MR. FUCHS:

6   Q    Sir, I'm going to show you what has been marked for

7   identification only as Government's Exhibit 10.  Do you

8   recognize that?

9   A    Yes, sir.

10  Q    And what is that?

11  A    It is the booking statement for probable cause.

12  Q    Okay.  Is that the statement of probable cause you wrote

13  that night?

14  A    Yes, sir.

15  Q    And, again, I don't mean to put words in your mouth.  When

16  did you write that statement of probable cause?

17  A    It says 4:19 a.m.

18  Q    And what you're looking at is what?

19  A    Is the top-right corner where it's time-stamped for closing

20  out of the document.

21  Q    Is that the timestamp that's provided by your computer

22  system?

23  A    Yes, sir.

24  Q    So that is the time that you, basically, returned and

25  submitted the report into the system?

DIRECT HUTER - BY FUCHS

1   A     Yes, sir.

2   Q     Okay.  Now, in the body of the report, did you write when

3   this arrest took place?

4   A     Yes, sir.

5   Q     What did you write?

6   A     July 7, 2009, at approximately 1:55.

7   Q     Now, is that correct?

8   A     No.

9   Q     What's wrong with it?

10  A     It says July 7th instead of July 6th.

11  Q     Why did you write the 7th?

12  A     It's a typo.

13  Q     It's simply a mistake?

14  A     Yeah, it's a mistake.

15  Q     Okay.  Is everything else in the statement of probable

16  cause accurate?

17  A     Yes, sir.

18  Q     And, as you sit here today, do you remember the arrest of

19  Mr. Lucas on the 6th of July?

20  A     Yes.  Just the time changing of going right into midnight

21  just -- I just got done fighting with him.  It's a typo.

22  Q     I understand.  Thank you very much.

23          MR. FUCHS:  No further questions, Your Honor.

24          THE COURT:  Thank you, Mr. Fuchs.

25          Ms. Newberger?

DIRECT HUTER - BY FUCHS

1          MS. NEWBERGER:  Thank you, Your Honor.

2                    CROSS-EXAMINATION

3    BY MS. NEWBERGER:

4    Q    Good afternoon, Officer Huter.

5    A    Good afternoon, ma'am.

6    Q    If you will bear with me, I'm not as technologically savvy

7    as Mr. Fuchs.

8          MS. NEWBERGER:  Actually, could you flip it?

9          MR. HURSON:  You want it up?

10          MS. NEWBERGER:  Yeah.

11   BY MS. NEWBERGER:

12   Q    I'm going to show you, and if you can't see it, if you want

13   to just walk around so you can see it, what's been previously

14   marked as Defendant's Exhibit 1.

15          Do you recognize the area depicted in that?

16   A    Yes, ma'am.

17   Q    Can you please describe for us what it is?

18   A    That's the 2700 block of Wilkens.  Actually, it's pretty

19   much the whole 835 post.

20   Q    And can you just show the jury which is Wilkens Avenue?

21   A    It's this long strip.

22   Q    And is Brunswick also on that map?

23   A    Yes, ma'am.

24   Q    Can you point that out as well?

25   A    (Indicating.)

CROSS HUTER - BY NEWBERGER

1   Q    All right.  And where -- can you also point out the Ryder

2   lot that you referred to that was in the other photograph?

3   A    (Indicating.)

4   Q    Okay.  And that is next to the alleyway that you described

5   previously?

6   A    Correct.

7   Q    And then can you also show us on that photograph where the

8   Southwestern District is located?

9   A    Right here.  Right there.

10  Q    Okay.  Thank you.

11          Now, what kind of neighborhood is this in terms --

12  from -- is it a neighbor that's high in crime?

13  A    You're looking at a pretty widespread area.

14  Q    The intersection of Wilkens and Brunswick?

15  A    Yes, ma'am.

16  Q    And you can take a seat.  Thank you.

17          And is it also fair to characterize it as an open-air

18  drug market?

19  A    Yes, ma'am.

20  Q    And so what that means is that there are lots of reports of

21  crime in the vicinity of the Brunswick-Wilkens intersection;

22  correct?

23  A    Not just reports.  I mean, actual arrests and --

24  Q    Okay.  And so that includes drug offenses, assaults,

25  thefts, burglaries -- a variety of type of crimes?

CROSS HUTER - BY NEWBERGER

1   A    Yes, ma'am.

2   Q    And, in fact, it even includes shootings; correct?

3   A    Yes, ma'am.

4   Q    In fact, a few days before July 6, when this incident

5   occurred, there had been a shooting on the 500 block of

6   Brunswick; correct?

7   A    Yes, ma'am.

8   Q    And I apologize.  Can I ask you to get down one more time

9   and show the jury where the 500 block of Brunswick is in

10  relation to Brunswick Avenue?

11  A    (Indicating.)

12  Q    Okay.  Thank you.

13           And when you refer to something -- when the police

14  refer to something as a open-air drug market, that means that

15  there are people who sell drugs on street corners; correct?

16  A    Correct, ma'am.

17  Q    And are you familiar with the term "stash house"?

18  A    Yes, ma'am.

19  Q    And a stash house is a place where people who sell drugs

20  keep their supply that they intend to sell; is that correct?

21  A    Yes, ma'am.

22  Q    And would it be fair to say that this is a neighborhood in

23  which there are stash houses?

24  A    I can't say that for sure.

25  Q    Can you say that it is often the case that people who are

CROSS HUTER - BY NEWBERGER

1   selling drugs do not keep the drugs on their person?

2   A    Correct.

3   Q    And they often keep it in some type of hiding place that's

4   easily accessible?

5   A    Correct.

6   Q    So that could be a house; correct?

7   A    Or an alley; yes, ma'am.

8   Q    An alleyway.  Okay.  A front stoop?

9   A    Anywhere that it's not on them.

10  Q    Okay.  And is it also an unfortunate reality that people

11  who are selling drugs sometimes also have guns as well?

12  A    Yes, ma'am.

13  Q    And that sometimes those guns are also kept near the

14  stash -- where the stash is located?

15  A    Sometimes.  Not -- I don't come across that that often, but

16  sometimes.

17  Q    Sometimes?

18  A    I imagine it does happen.

19  Q    Okay.  And this is the type of neighborhood that we're

20  talking about; correct?

21  A    Where, yes, we've made many CDS lockups in that area.

22  Q    All right.  And if I may, I'm going to show you -- and I

23  apologize.  There is some duplication here between the

24  Government and Defense Exhibits.  I'm going to show you what

25  I've previously marked as Defendant's Exhibit Number 2.

CROSS HUTER - BY NEWBERGER

1              Do you recognize this?

2   A    Yes, ma'am.

3   Q    Is this the intersection of Brunswick and Wilkens that

4   we've been discussing?

5   A    Yes, ma'am.

6   Q    Now, this is a neighborhood that's both commercial and

7   residential; correct?

8   A    Correct, ma'am.

9   Q    There's -- these are row houses, residential properties?

10  A    Yes, ma'am.

11  Q    As are these right here?

12  A    Yes, ma'am.

13  Q    This is a business?

14  A    I believe so; yes, ma'am.

15  Q    And then this -- the Ryder lot is a commercial --

16  A    Yes, ma'am.

17  Q    -- location as well?

18          All right.  And these row houses are packed tightly

19  together; correct?

20  A    Yes, ma'am.  There is not much space between them.

21  Q    All right.  So this is a neighborhood where most of those

22  row houses are occupied?

23  A    Correct.

24  Q    This is not an area of abandoned property?

25  A    No.

CROSS HUTER - BY NEWBERGER

1    Q    And it's a racially-diverse neighborhood?

2    A    Yes, ma'am.

3    Q    Okay.  Now, I want to just go through some of these

4    photographs again.  I think there is some duplication again.

5    This has been previously marked as Defendant's Exhibit 3.

6              And you said that this fairly and accurately depicts

7    the entranceway to the cut-through that you mentioned to the

8    alley?

9    A    Yes, ma'am.

10   Q    And so I just want to make sure that we're all in

11   agreement.  This here is the dwelling that you were describing?

12   A    Which dwelling?

13   Q    Bordering the pathway?

14   A    Yes, ma'am.

15   Q    And this fence, does this fence divide the alleyway from

16   the Ryder lot?

17   A    Yes, ma'am.

18   Q    Okay.

19   A    Or from that property.

20   Q    I show you -- I believe this one is Government's Exhibit --

21             MS. NEWBERGER:  Do you recall?

22             MR. FUCHS:  Eight.

23             MS. NEWBERGER:  Eight?  Okay.  I'm sorry.  I think

24   it's Government's 7.

25             MR. FUCHS:  You're right.

CROSS HUTER - BY NEWBERGER

 1    BY MS. NEWBERGER:

 2    Q     Government's Exhibit 7, and is this, again, the view

 3    towards Brunswick down that pathway?

 4    A     Yes, ma'am.

 5    Q     Okay.  That's a very tight alleyway; correct?

 6    A     Yes, ma'am.

 7    Q     And when Mr. Fuchs showed you a different picture, you

 8    mentioned that, at the time this incident occurred, there was

 9    actually more shrubbery, more trash, more glass than in the

10    photograph.  Is that correct about this one as well?

11    A     Correct, ma'am.

12    Q     Okay.  So at the time this happened it was more overgrown?

13    A     More than in the picture; yes, ma'am.

14    Q     In the picture, right.

15          I'm going to show you what's been previously marked as

16    Defendant's Exhibit Number 4.

17          Now, is this right what you see when you make that

18    90-degree turn --

19    A     Correct.

20    Q     -- from the pathway?

21    A     Yes, ma'am.

22    Q     So there is a utility pole here; correct?

23    A     Correct, ma'am.

24    Q     That utility pole does not have a light on it, does it?

25    A     I do not recall.

CROSS HUTER - BY NEWBERGER

1   Q    Okay.  And there is a shed on the second lot; is that

2   correct?

3   A    Yes, ma'am.

4   Q    All right.  And this alleyway is sandwiched between the

5   Ryder lot on one side and residential properties and backyards

6   on the other; is that correct?

7   A    Correct, ma'am.

8   Q    And does the same go for this photograph as the other one,

9   which is that at the time of this incident there was more

10  debris, more shrubbery, more trash?

11  A    Yes, ma'am.

12  Q    I show you what's been marked previously as Defendant's

13  Exhibit 5.  And just so that we can all see, is that -- does

14  that depict the 90-degree angle there, the turn?

15  A    Yes, ma'am.

16  Q    Okay.  And so, if you're running, you would come this way

17  and then make a sharp turn?

18  A    Yes, ma'am.

19  Q    All right.  I'm going to show you what has been previously

20  marked as Defendant's Exhibit Number 6.  Is this further down

21  the alley that you described?

22  A    Yes, ma'am.  It's further down than two pictures ago.

23  Q    And is this approximately the area where you arrested

24  Mr. Lucas?

25  A    Yeah, approximate.

CROSS HUTER - BY NEWBERGER

1  Q    But, again, the same for this picture as the other picture,

2  at the time of this incident, there was more shrubbery, more

3  trash, more glass?

4  A    Yes, ma'am.

5  Q    I show you now what has been previously marked as

6  Defendant's Exhibit 7.  Do you recognize that photograph?

7  A    No.  I imagine you're looking from --

8  Q    The alleyway?

9  A    -- the Ryder lot up at the alleyway.

10 Q    And so from this photograph, we can see slightly that

11 utility pole, correct?

12 A    Correct, ma'am.

13 Q    And it just looks like it has electrical -- electrical

14 wires?

15 A    Yes, ma'am.  I see electrical wires.

16 Q    And you previously testified that there was no direct

17 streetlight into that alleyway; correct?

18 A    Yes.  There is no direct streetlight into the alleyway.

19 Q    Okay.  I'm going to show you what has been previously

20 marked as Defendant's Exhibit 8.  Is that also a photograph

21 taken from the Ryder lot up to the alleyway?

22 A    Yes, ma'am.

23 Q    Okay.  And so along that whole division, between the Ryder

24 lot and the alleyway, there's a fence; correct?

25 A    Correct, ma'am.

CROSS HUTER - BY NEWBERGER

1    Q    And you pointed out on the photograph that Mr. Fuchs -- or

2    the map, the area I believe that Mr. Fuchs had shown you street

3    lamps.  Does this depict one of the types of street lamps that's

4    on the Ryder lot?

5    A    Yes, ma'am.

6    Q    And so the lamp is clearly facing towards the Ryder lot and

7    away from the alley; is that correct?

8    A    Yes, ma'am.

9    Q    All right.  Now, it goes without saying, all those photos

10   appear to have been taken in daylight; correct?

11   A    Correct.

12   Q    But this incident occurred approximately 2:00 a.m.?

13   A    Correct, ma'am.

14   Q    So it was dark out?

15   A    Yes, ma'am.

16   Q    Now, you had previously mentioned that, when you started

17   that shift -- so I guess it would have been at 6 p.m. on

18   July 5th?

19   A    Correct, ma'am.

20   Q    And your shift was to end at 2:00 a.m. July 6?

21   A    Yes, ma'am.

22   Q    That night you were on the lookout for a suspect in a

23   shooting; correct?

24   A    Correct, ma'am.

25   Q    And just so that we're all clear, is the defendant, Lewis

CROSS HUTER - BY NEWBERGER

1    Lucas, the person you were looking for that night?

2    A    No, ma'am.

3    Q    Okay.  He is not and was not the suspect of the shooting

4    that we're discussing?

5    A    No, ma'am.

6    Q    Okay.  But at the time that this all began, did you know

7    his name was Lucas?

8    A    No, ma'am.

9    Q    Okay.  And you had previously testified you had never seen

10   him before; correct?

11   A    Never had any --

12   Q    All right.  Now, you knew what the suspect you were looking

13   for looked like; correct?

14   A    I had a picture of the suspect.

15   Q    You had a picture of the suspect.  And that is -- was

16   distributed at the police station?

17   A    Yes, ma'am.

18   Q    On a lookout sheet?

19   A    Yes, ma'am.

20   Q    And it was pretty high priority to arrest the suspect;

21   isn't that correct?

22   A    All shooting cases are; yes, ma'am.

23   Q    Are high priority?

24   A    Yes, ma'am.

25   Q    Okay.  And did the lookout sheet -- lookout sheets also

1   generally contain other descriptive information; correct -- like

2   the date of birth of the individual?

3   A    Yes, ma'am.

4   Q    The height?

5   A    Yes, ma'am.

6   Q    Weight?

7   A    Approximate height, yes.

8   Q    Approximate height, approximate weight.  The best

9   information available to the police department at the time that

10  they create the lookout sheet; correct?

11  A    Correct, ma'am.

12  Q    Do you recall what was the date of birth, height and weight

13  of the person that you were looking for?

14  A    No, ma'am.

15  Q    Would the lookout sheet refresh your recollection?

16  A    Yes, ma'am.

17  Q    Okay.

18          MS. NEWBERGER:  If I may approach, Your Honor?

19          THE COURT:  Yes, certainly.

20  BY MS. NEWBERGER:

21  Q    I'm going to show you what's been previously marked for

22  identification only as Defendant's Exhibit Number 9.  Does that

23  refresh your recollection?

24  A    Yes, ma'am.

25  Q    What is the date of birth of the person you were looking

CROSS HUTER - BY NEWBERGER

1    for that night?

2    A    4-19-92.

3    Q    So he was 17 years old, 18 years old at the time?

4    A    Yes, ma'am.

5    Q    And what was the height?

6    A    Approximately 5-6.

7    Q    And the weight?

8    A    One hundred forty pounds.

9    Q    Okay.  Thank you.

10         Now, you approached Mr. Lucas that night because you

11   thought he might be the suspect you just described; correct?

12   A    Yes, ma'am.

13   Q    Okay.  And that was based on his appearance?

14   A    Yes, ma'am.

15   Q    All right.  You were looking for someone who had

16   dreadlocks?

17   A    Yes, ma'am.

18   Q    But someone who has a different name than Lewis Lucas?

19   A    Correct; yes, ma'am.

20   Q    Okay.  Just wanted to be clear about that.

21         But you went off -- and you said Officer Laronde was

22   the first person to see Mr. Lucas, the person you thought might

23   be the suspect; correct?

24   A    Yes, ma'am.

25   Q    And you didn't actually learn the identity of Mr. Lucas

1   until after you had arrested him; correct?

2   A    Correct, ma'am.

3   Q    So you and Officer Laronde were mistaken about Mr. Lucas;

4   he was not in fact the suspect you were looking for?

5   A    Correct, ma'am.

6   Q    And, indeed, Mr. Lucas is taller than 5-6; is he not?

7   A    I guess.  I can't -- he's sitting down.

8   Q    He looks like he weighs more than 140 pounds; doesn't he?

9   A    Yes, ma'am.

10  Q    And he also looks like he is older than 18 years old?

11  A    Again, we saw him from across the street at night.

12  Q    Okay.

13  A    I didn't know --

14  Q    So it wasn't the best conditions to make a identification?

15  A    No, ma'am.

16  Q    Now, you testified earlier about how you wrote the report

17  in this case; correct?

18  A    Yes, ma'am.

19  Q    And you also wrote the statement of probable cause?

20  A    Correct, ma'am.

21  Q    And we discussed that the statement of probable cause said

22  that this all occurred on July 7th.

23  A    Yes, ma'am.

24  Q    And that was a mistake.

25  A    Yes, ma'am.

CROSS HUTER - BY NEWBERGER

```
 1   Q    Okay.  You also wrote a police report in this case; did you

 2   not?

 3   A    Correct, ma'am.

 4             MS. NEWBERGER:  Can I approach the witness, Your

 5   Honor?

 6             THE COURT:  Yes, certainly.

 7   BY MS. NEWBERGER:

 8   Q    I'm going to show you what has been previously marked for

 9   identification purposes only as Defendant's Exhibit 10.  Now, is

10   this the report that you wrote?

11   A    Yes, ma'am.

12   Q    Okay.  And can you turn to the second page.

13             At the bottom of that page, have you signed?

14   A    Yes, ma'am.

15   Q    And right above your signature, does it say, "I affirm and

16   declare that the statements above are true to the best of my

17   knowledge"?

18   A    Yes, ma'am.

19   Q    Okay.  Now, what date is reflected on the first page for

20   date and time occurred?

21   A    On the first page?

22   Q    On the first page.

23   A    The 7th.

24   Q    It's a poor copy.  Does it look like it says July 6th?

25   A    Yes, ma'am.
```

CROSS HUTER - BY NEWBERGER

1    Q    Okay.  Now, in the narrative that starts on page 2, does it

2    say that this occurred on July 7, 2009, at approximately 1:55?

3    A    Correct, ma'am.

4    Q    And so this was a mistake as well?

5    A    Correct, ma'am.

6    Q    Okay.  But this document you signed and affirmed that it

7    was true to the best of my knowledge?

8    A    To the best of my knowledge, yes, ma'am.

9    Q    But it contained a mistake?

10   A    Yes, ma'am.

11   Q    All right.  So it's July 6; is that correct?

12   A    Correct, ma'am.

13   Q    And it's approximately 2:00 a.m. in the morning?

14   A    Correct, ma'am.

15   Q    Thank you.

16        And at the time that you and Officer Laronde turned

17   from Brunswick onto Wilkens Avenue, were you headed back to the

18   Southwestern District at the end of your shift?

19   A    Correct, ma'am.

20   Q    So you had been on duty at that point for eight hours?

21   A    Yes, ma'am.

22   Q    And you've -- have you been working for the Southwestern

23   District for the five years that you've been on the police

24   force?

25   A    Yes, ma'am.

CROSS HUTER - BY NEWBERGER

1  Q    And how long have you and Officer Laronde been partners?

2  A    Approximately two years.

3  Q    And you and Officer Laronde serve in a plain-clothes

4  capacity?

5  A    Plain clothes; yes, ma'am.

6  Q    So you do not wear a uniform?

7  A    No, ma'am.

8  Q    And you were not wearing a uniform on July 6?

9  A    No, ma'am.

10 Q    And also you were driving in an unmarked vehicle?

11 A    Unmarked, yes, ma'am.

12 Q    And so that means it doesn't say "Baltimore City Police" on

13 it?

14 A    No, ma'am.

15        MS. NEWBERGER:  If I may approach again, Your Honor?

16        THE COURT:  Yes, certainly.

17 BY MS. NEWBERGER:

18 Q    I'm going to hand you what's been previously marked as

19 Defendant's Exhibit Number 11.  Do you recognize these

20 photographs, Officer?

21 A    Yes, ma'am.

22 Q    Is that a photograph of yourself?

23 A    Yes, ma'am.

24 Q    Was that taken after the arrest of Mr. Lucas?

25 A    Yes, ma'am.

CROSS HUTER - BY NEWBERGER

1   Q    Is that a fair and accurate depiction of what you were

2   wearing that evening?

3   A    Yes, ma'am.

4   Q    And so you were wearing -- is that a T-shirt?

5   A    Correct, ma'am.

6   Q    This is a black-and-white photo, but was it black and

7   white, or was that colored?

8   A    Black and white .

9   Q    The T-shirt is black and white?

10  A    Yes.

11  Q    And at the center it has a skull?

12  A    Yes, ma'am.

13  Q    And you were wearing, it looks like -- is that lower

14  photograph a photograph of your knees?

15  A    Yes, ma'am.

16  Q    And you were wearing shorts?

17  A    Yes, ma'am.

18  Q    Like maybe cargo shorts?

19  A    I believe so, ma'am.

20  Q    Okay.  And you said that you had your badge on your hip?

21  A    Correct, ma'am.

22  Q    Okay.  And you keep your gun in a holster?

23  A    Correct, ma'am.

24  Q    Also on your hip?

25  A    Yes, ma'am.

1  Q    And Officer Laronde is the one who's driving, and you're in

2  the passenger's seat?

3  A    Yes, ma'am.

4  Q    Now, you see -- so you're about two blocks from the police

5  station when Officer Laronde first sees the potential suspect on

6  the porch?

7  A    Correct, ma'am.

8  Q    And he makes a U-turn?

9  A    Yes.  The 2700 block of Wilkens.

10 Q    Okay.  How much time do you think elapsed between when

11 Officer Laronde first noticed Mr. Lucas on the porch and when

12 you got out of the vehicle?

13 A    Somewhere between 15 to 30 seconds.

14 Q    Before you got out of the vehicle, did you and Officer

15 Laronde make any type of plan of action?

16 A    No, ma'am.

17 Q    Okay.  Did you discuss what you were going to do?

18 A    No, ma'am.

19 Q    All right.  And so, when you get out of the car, you take a

20 step forward; correct?

21 A    I got -- yes, I got out of the car, shut the door.

22 Q    Okay.  And you've got your flashlight at that point?

23 A    Yes, ma'am.

24 Q    And you have the flashlight on?

25 A    Yes, ma'am.

CROSS HUTER - BY NEWBERGER

1   Q    All right.  And you're pointing it towards the suspect;

2   correct?

3   A    Yes, ma'am.

4   Q    And you said you asked if you could speak with him?

5   A    Yes, ma'am.

6   Q    And the response was, Who?  Me?  Who?  Me?

7   A    Correct, ma'am.

8   Q    And this is about 2:00 a.m. in the morning; correct?

9   A    Yes, ma'am.

10  Q    Now, you testified that you saw Mr. Lucas grabbing at his

11  waistband; is that accurate?

12  A    Correct, ma'am.

13  Q    All right.  Just sort of the center of his waistband?

14  A    Yes, ma'am.

15  Q    You did not see a firearm, did you?

16  A    No, ma'am.

17  Q    And you said shortly thereafter Mr. Lucas began running?

18  A    Yes, ma'am.

19  Q    And you ran after him?

20  A    Yes, ma'am.

21  Q    Now, up until that point, at no time had Officer Laronde

22  gotten out of the car, had he?

23  A    No, ma'am.

24  Q    He stayed in the vehicle?

25  A    Yes, ma'am.

CROSS HUTER - BY NEWBERGER

1    Q    Were you in radio contact with Officer Laronde when he

2    started running?

3    A    No, ma'am.

4    Q    All right.  But you could see him driving?

5    A    He could see me -- he could see me running.  I was looking

6    at Mr. Lucas, not looking at Officer Laronde.

7    Q    And you still have the flashlight in your hand?

8    A    Correct, ma'am.

9    Q    And you estimate that he's about 10 feet ahead of you?

10   A    Yes, ma'am.

11   Q    Would you -- what would you describe your speed?  Would you

12   describe it as you were running your hardest to catch up with

13   him?

14   A    I would say we were both running -- he was running his

15   hardest to get away from me.  I was running my hardest to catch

16   him.

17   Q    Okay.  So this wasn't a jog?

18   A    No, ma'am.

19   Q    This wasn't leisurely?

20   A    No, ma'am.

21   Q    All right.  And you're running with a flashlight in your

22   hand; right?

23   A    Yes, ma'am.

24   Q    Flashlight heavy?

25   A    No, ma'am.

CROSS HUTER - BY NEWBERGER

```
 1    Q    Not heavy.  Not at all?

 2    A    No.

 3    Q    Do you have it raised, or is it just down by your side?

 4    A    I'm running with it.

 5    Q    It's moving however your arms are?

 6    A    Yes, ma'am.

 7    Q    Okay.  So it's going up and down, up and down as you're

 8    running?

 9    A    Yes, down the 900 block of Brunswick.  When I got to the

10    alley, I was a little more cautious.

11    Q    Okay.  Because that's an obstacle course; isn't it, that

12    alley?

13    A    Not really.  It's just a 90-degree turn.  I mean, there is

14    shrubbery, but we made it through.

15    Q    All right.  You didn't trip?

16    A    No, ma'am.

17    Q    You didn't fall?

18    A    No, ma'am.

19    Q    But you testified that you could see Mr. Lucas still

20    grabbing at his waist?

21    A    Yes, ma'am.

22    Q    All right.  But he's ahead of you?

23    A    Correct, ma'am.

24    Q    And this would be 10 feet ahead of you?

25    A    Correct, ma'am.
```

CROSS HUTER - BY NEWBERGER

1   Q    And you're both running -- by your description, he is

2   running as hard as he can to get away from you, and you're

3   running as hard as you can to catch up?

4   A    Yes, ma'am.

5   Q    Now, when Mr. Lucas turned down that pathway -- and I'll

6   just, so we can all be clear, show you Defendant's Exhibit

7   Number 3 again.

8            When Mr. Lucas turns down that pathway, you follow;

9   correct?

10  A    Correct, ma'am.

11  Q    You didn't stop for a second to say, should I go down here;

12  you just followed?

13  A    Yes, ma'am.

14  Q    And at that point did you lose sight of Officer Laronde?

15  A    Yes, ma'am.

16  Q    And were you in radio communication with him?

17  A    No, ma'am.

18  Q    So you're on your own at this point?

19  A    Yes, ma'am.

20  Q    And that alleyway, just to be clear, is far too narrow for

21  a car to get through; correct?

22  A    Correct, ma'am.

23  Q    That's maybe at most 3 feet?

24  A    Approximately, somewhere around there.  I'm not sure what

25  it is.

63

CROSS HUTER - BY NEWBERGER

1   Q    Exactly.  But definitely too narrow for a car?

2   A    Yes, ma'am.

3   Q    And so you're separated from your partner; correct?

4   A    Yes, ma'am.

5   Q    Do you wear a radio?

6   A    Yes, ma'am.

7   Q    Radio at your waist?

8   A    I don't know where it was that night.

9   Q    All right.  And there are no streetlights in this alleyway;

10  correct?

11  A    Correct, ma'am.

12  Q    You can't see any there.

13           Now, around that turn you testified that you saw

14  Mr. Lucas with a black object in his right hand?

15  A    Yes, ma'am.

16  Q    And you described the motion of throwing it to his left?

17  A    Across his body; yes, ma'am.

18  Q    Across his body to his left?

19  A    Correct.

20  Q    And you're behind him?

21  A    Correct, ma'am.

22  Q    At this point are you still 10 feet behind him?

23  A    I was probably closing on him just because we were hitting

24  a turn.  He had to slow down to turn.

25  Q    Did you have to slow down to make that turn?

1    A     After he did, yes.

2    Q     So he had slowed down, and then presumably did he speed

3    back up again?

4    A     Yes, ma'am.

5    Q     But you had to slow down as well to make that turn?

6    A     Fair enough.

7    Q     Now, you said that you -- you testified that you thought

8    you saw where the gun -- or the black object fell; correct?

9    A     Correct, ma'am.

10   Q     But you're still running?

11   A     Yes, ma'am.

12   Q     You're in motion at this point?

13   A     Correct, ma'am.

14   Q     And you -- you didn't stop running to look at it; right?

15   A     No.  I just saw it.  He was in front of me; I saw him throw

16   it; and I just kept chasing him.

17   Q     Kept chasing.  All right.  You saw the black object, but

18   you didn't pick it up?

19   A     No, ma'am.

20   Q     Okay.  So up until that point, you can't be 100 percent

21   certain what it is?

22   A     No, ma'am.

23   Q     And now -- could I have -- now, you testified that you

24   heard something, which you thought was this object hitting the

25   ground; correct?

CROSS HUTER - BY NEWBERGER

1   A    Not that I thought it was.  I mean, I heard that object hit

2   the ground.

3   Q    Okay.  Well, let's talk about it.

4         So you say it fell in this area here?

5   A    Yes, ma'am.

6   Q    And so there is a lot of debris, glass, branches?

7   A    Yes, ma'am.

8   Q    So what you would have heard is something hitting glass,

9   debris, or branches; right?

10  A    Whatever was there at that time.

11  Q    Whatever was there.  And there was more there at that time

12  than is in this photograph; correct?

13  A    Correct, ma'am.

14  Q    So how can you be so sure that what you heard wasn't

15  something breaking under your foot?

16  A    Because, as I saw it fall, I could hear it.  Timing and

17  sight.

18  Q    But you're running at the time, aren't you?

19  A    Correct.

20  Q    And Mr. Lucas is still running ahead of you?

21  A    Correct, ma'am.

22  Q    How do you know it wasn't something breaking under his

23  foot?

24  A    I guess I don't know; but, when I saw something fall, and

25  it simultaneously hit the ground and made a sound, I --

CROSS HUTER - BY NEWBERGER

1   Q    So you drew the inference that you were hearing what you

2   thought you saw thrown?

3   A    Yes, ma'am.

4   Q    But you can't be 100 percent certain of anything because --

5   A    A hundred percent?  No, ma'am.

6   Q    All right.  Now, you tackle Mr. Lucas?

7   A    Correct, ma'am.

8   Q    Do you ever pull out your gun to subdue him?

9   A    No, ma'am.

10  Q    Did you use the flashlight you were carrying as a weapon in

11  any way?

12  A    No, ma'am.

13  Q    So at some point you were able to get him in cuffs?

14  A    Yes, ma'am.

15  Q    And he acquiesced to your control?

16  A    Yes, ma'am.

17  Q    And when Officer Laronde got to the alley, was Mr. Lucas

18  already cuffed?

19  A    Yes, ma'am.

20  Q    But you kept Mr. Lucas flat on the ground?

21  A    Correct, ma'am.

22  Q    You said that it was Officer Laronde who recovered the gun;

23  is that correct?

24  A    Correct, ma'am.

25  Q    Now, did you -- were there other officers at the scene at

CROSS HUTER - BY NEWBERGER

1   that point?

2   A     At that point, no, ma'am.

3   Q     All right.  Now, did you take or did Officer Laronde take

4   any photographs of the gun where it was recovered?

5   A     No, ma'am.

6   Q     Did Officer Laronde just pick the gun up?

7   A     Yes, ma'am.

8   Q     Did you call evidence control units to come to the scene?

9   A     They typically won't come out for that.

10  Q     They typically won't come out for that?

11  A     No, ma'am.

12  Q     Did you attempt to call them?

13  A     No, ma'am.

14  Q     Do you know if Officer Laronde attempted to call them?

15  A     I do not know what he did.

16  Q     And when you arrested and cuffed Mr. Lucas, did you search

17  him instant to arrest to make sure he wasn't armed?

18  A     Correct.

19  Q     Did he have any weapons on him when you arrested him?

20  A     No, ma'am.

21  Q     Did he have any other illegal objects on his person?

22  A     No, ma'am.

23  Q     Nothing at all.

24        At what point was it that you learned that the person

25  that you had just arrested was Lewis Lucas and not the suspect

1    of the shooting?

2    A    I believe after I asked him his name.

3    Q    Okay.  And where approximately do you think you were when

4    that happened?

5    A    I'm not sure.

6    Q    Okay.  And from the time that Officer Laronde first saw

7    Mr. Lucas on the front porch and when you had him arrested --

8    when Mr. Lucas was in cuffs, approximately, how much time would

9    you say had elapsed?

10   A    Between three and four minutes.  I mean, it's somewhere --

11   we were fighting for a couple minutes, and -- three, four.

12   Q    Okay.  So all this happened in less than five minutes?

13   A    Yes, ma'am.

14   Q    So this happened very, very quickly?

15   A    Yes, ma'am.

16   Q    This was a fast-developing situation?

17   A    Correct, ma'am.

18   Q    There wasn't a lot of time to sit back and think about what

19   was going on?

20   A    No, ma'am.

21   Q    You had to react very quickly?

22   A    Yes, ma'am.

23   Q    This was one of those types of situations that you just

24   have to go on gut instinct; correct?

25   A    Correct, ma'am.

1  Q    All right.  Thank you.

2            MS. NEWBERGER:  I have no further questions.

3            THE COURT:  Any redirect --

4            Thank you, Ms. Newberger.

5            Any redirect, Mr. Fuchs?

6            MR. FUCHS:  Yes, Your Honor, briefly.  If I may have

7  one moment, Your Honor.

8            Your Honor, may we approach?

9            THE COURT:  Sure.

10           (Conference held at the bench.)

11           THE COURT:  Yes.

12           MR. FUCHS:  Your Honor, Ms. Newberger asked Officer

13  Huter about the person --

14           THE COURT:  Yes.

15           MR. FUCHS:  -- that was wanted for the shooting, and

16  so intimated that the person who actually is the suspect in the

17  shooting was shorter, lighter, younger than Mr. Lucas.  I wanted

18  to show the jury what Officer Huter was looking at and why he

19  thought --

20           THE COURT:  This is the suspect photo; is that

21  correct?

22           MR. FUCHS:  Yes, Your Honor.

23           THE COURT:  All right.  And the defense objects to

24  this?

25           MS. NEWBERGER:  I do, Your Honor.  I think it's

CROSS HUTER - BY NEWBERGER

1    hearsay.

2              THE COURT:   I'm sorry?

3              MS. NEWBERGER:   I believe it's hearsay.

4              THE COURT:   It's certainly a record.   Under Rule

5    803(6), it's a business record, and it is not kept for

6    testimonial purposes.   This particular business record, under

7    Rule 803(6), of the Federal Rules of Evidence is certainly a

8    public -- actually, it's under Rule 803(8).

9              MS. NEWBERGER:   I mean, I guess the question --

10             THE COURT:   Hold on one second, please.

11             Under Rule 803(8), this is not -- essentially

12   Rule 803(8) of the Federal Rules of Evidence may exclude police

13   reports in criminal cases, if it's written reports or matters

14   observed by police officers.   So, in terms of investigative

15   reports, there is a hearsay inference that is not supported Rule

16   803(8).   But with respect to this particular record kept by the

17   police department as to a suspect itself, there is no hearsay.

18   There is nothing testimonial within *Crawford v. Washington* as to

19   this particular document.   And in light of the

20   cross-examination, the Government may mark this and introduce

21   this into evidence on redirect examination.

22             MR. FUCHS:   Thank you, Your Honor.

23             MR. SIPPEL:   Thank you, Your Honor.

24             (End of bench conference.)

25

CROSS HUTER - BY NEWBERGER

1                        REDIRECT EXAMINATION

2   BY MR. FUCHS:

3   Q    Officer Huter, I'll be very brief.  I am going to show you

4   what will be marked as Government's Exhibit 10.  Do you

5   recognize that?

6   A    Yes, ma'am -- yes, sir.  Sorry.

7   Q    It's all right.  And what is that?

8   A    That is the suspect wanted for the shooting.

9   Q    And is that the suspect that you were looking for on your

10  shift on July 6 of 2009?

11  A    Yes, sir.

12  Q    And, obviously, does the suspect that was wanted have

13  dreadlocks?

14  A    Yes, sir.

15  Q    Does the suspect have a mustache?

16  A    Yes, sir.

17  Q    Do you believe or did you believe at the time that the

18  suspect that you were looking for that you had a picture of

19  resembled Mr. Lucas?

20  A    Yes, sir.

21  Q    And was that based on the picture that you had?

22  A    Correct, sir.

23  Q    Officer Huter, you were asked a number of questions about

24  your encounter with Mr. Lucas.  I just want to go over some

25  things very briefly.

REDIRECT HUTER - BY FUCHS

1              When you got out of the car, you were wearing a

2      T-shirt that we saw in that picture; is that correct?

3      A    Yes, sir.

4      Q    Did you have a vest over the top of that?

5      A    Yes, sir.

6      Q    And what kind of vest is that?

7      A    It's a bulletproof vest.

8      Q    Is there anything on top of the bulletproof vest?

9      A    No, sir.

10     Q    And you said your badge was on you hip; is that correct?

11     A    Yes, sir.

12     Q    Was it towards the front?

13     A    Yes, sir.  In front of my --

14     Q    Okay.  Were you also wearing a gun?

15     A    Yes, sir.

16     Q    And was the street illuminated?

17     A    Yes, sir.

18     Q    Now, as you were passed -- excuse me -- as you were chasing

19     Mr. Lucas down the street, there were streetlights on Wilkens

20     Avenue; is that correct?

21     A    Yes, sir.

22     Q    And there were streetlights on Brunswick; is that correct?

23     A    Correct, sir.

24     Q    And you had a flashlight in your hand; is that correct?

25     A    Correct, sir.

REDIRECT HUTER - BY FUCHS

1   Q    But you said your arms were pumping because you're running

2   as fast as you could; correct?

3   A    Yes, sir.

4   Q    Could you see Mr. Lucas clearly in front of you from the

5   lights provided by the streetlights?

6   A    Yes, sir.  I don't believe the flashlight would have

7   rendered any further assistance.

8   Q    Fair enough.  And it was difficult for you to point the

9   flashlight at him because you were running as fast as you could;

10  is that correct?

11  A    Correct.

12  Q    Was Mr. Lucas also swinging both arms as he ran?

13  A    No, sir.

14  Q    What were his arms doing?

15  A    His left arm was swinging freely.  His right arm was

16  hanging down on his front waistband.

17  Q    Now, as you got into the alleyway, you mentioned that there

18  are streetlights adjacent to the alleyway; is that correct?

19  A    Yes, sir.

20  Q    But they don't point into the alleyway; is that correct?

21  A    Correct.

22  Q    Was there enough light from those streetlights to at least

23  partially illuminate the alleyway?

24  A    Yes, sir.

25  Q    And you mentioned that, as you went into the alleyway, at

REDIRECT HUTER - BY FUCHS

1    that point you started actually using your flashlight; is that

2    correct?

3    A    Yes, sir.

4    Q    And at that point, how far behind Mr. Lucas were you?

5    A    Again, approximately 10 feet.

6    Q    Okay.  And is it your testimony today that you could see

7    Mr. Lucas in front of you?

8    A    Yes, sir.

9    Q    And could you see him reach into his pants and draw

10   something out?

11   A    Yes, sir.

12   Q    And you couldn't positively identify it as a gun, but you

13   believed it looked liked a gun; is that correct?

14   A    Yes, sir.  I -- looking at the size, shape, the manner in

15   which he was running, everything drew to the conclusion that it

16   was a gun.

17   Q    Is that based on your training, based on your experience,

18   that's what you saw that night?

19   A    Based on all the training I've had five years on the

20   street, other encounters with handguns .

21   Q    And what did you see him do with that object?

22   A    Throw it across his body over to the left.

23   Q    And Ms. Newberger asked you several questions about what

24   you heard.  As you sit here today, do you remember hearing or at

25   least what you thought hearing that object land?

REDIRECT HUTER - BY FUCHS

1   A    Yes, sir.

2   Q    Okay.  Ms. Newberger asked if you called evidence control

3   when you were back in that alleyway.  Did you call evidence

4   control?

5   A    Not -- the crime lab?

6   Q    Correct.

7   A    No, we did not call the crime lab.

8   Q    And why did you not call the crime lab?

9   A    Crime lab typically won't come out to take pictures of

10  handguns not used in a crime.

11  Q    What do they typically respond to?

12  A    Shootings, homicides, or if a handgun is recovered from a

13  shooting or homicide or a robbery.

14            MR. FUCHS:  Court indulgence, Your Honor.

15            (Pause.)

16            No further questions, Your Honor.

17            THE COURT:  Thank you.

18            Any further recross just on these points,

19  Ms. Newberger?

20            MS. NEWBERGER:  Your Honor, may I have one moment,

21  please?

22            THE COURT:  Certainly.

23            (Pause.)

24            Mr. Fuchs, just for the record, the photograph of

25  the suspect that was introduced as Government's Exhibit 11,

REDIRECT HUTER - BY FUCHS

1   not Number 10.

2          MR. FUCHS:  I apologize, Your Honor.

3          THE COURT:  That's all right.

4          Thank you, Mr. Thompson.

5          DEPUTY CLERK:  You're welcome.

6          MS. NEWBERGER:  Your Honor, I'll try to be brief.

7                        RECROSS-EXAMINATION

8   BY MS. NEWBERGER:

9   Q    Officer Huter, have you testified previously in this

10  courtroom regarding this case?

11  A    Yes, ma'am.

12  Q    On April 23rd, 2010?

13  A    Correct, ma'am.

14  Q    And when you took the stand, did you, as you did today,

15  swear under oath to tell the truth?

16  A    Yes, ma'am.

17         MS. NEWBERGER:  Your Honor, may I approach the

18  defendant -- excuse me -- the witness?

19         THE COURT:  Certainly.

20  BY MS. NEWBERGER:

21  Q    I'm approaching with what has been previously marked -- I

22  apologize -- incorrectly as Defendant's Exhibit 11, for

23  identification purposes.

24         DEPUTY CLERK:  Number 12.

25         THE COURT:  Defendant's Exhibit 12.

RECROSS HUTER - BY NEWBERGER

1           MS. NEWBERGER:  Oh, is it 12?  I apologize, Your

2    Honor.

3    BY MS. NEWBERGER:

4    Q    Now, do you recall that you were asked about your clothing

5    at that hearing?

6    A    Yes, ma'am.

7    Q    And your testimony today was that your vest was most

8    definitely on top of your T-shirt?

9    A    I believe it was, yes.

10   Q    Now, at the hearing that was previously held, when I asked

11   whether the vest was underneath your clothing or on top of it,

12   how did you respond to that question?  I direct you to line 22.

13   A    Line 22?

14   Q    Mm-hmm.

15   A    It says, "I do not recall which way I had it at the time."

16   Q    Okay.  So how do you now remember what you didn't remember

17   back in April?

18   A    I always wear my vest over my shirts every day.

19   Q    Every day?  Then why couldn't you answer that question on

20   April 23rd?

21   A    I don't know, ma'am.  I always wear my vest on the outside.

22   I don't know why I said, "I do not recall," but --

23   Q    And you just testified that you thought you had seen a

24   photograph of the suspect and thought that Mr. Lucas bear

25   resemblance to that shooting suspect?

RECROSS HUTER - BY NEWBERGER

1   A    Correct, ma'am.

2   Q    And so the whole entire time you were chasing him, you

3   believed he is the suspect in a shooting that occurred on

4   Brunswick?

5   A    Correct, ma'am.

6   Q    But you -- but you never pulled out your weapon?

7   A    No, ma'am.

8   Q    Any time?

9   A    No, ma'am.

10  Q    And at that point, when you first arrested Mr. Lucas, this

11  looked like it was the case of potentially an arrest of a

12  shooting suspect; correct?

13  A    Correct, ma'am.

14  Q    But you didn't call ECU?  Isn't that one of the types of

15  cases that ECU responds to?

16  A    ECU is our Evidence Control Unit.  It would not respond to

17  that.

18  Q    The crime lab.  I apologize.  Thank you for correcting me,

19  the crime lab.

20  A    No.  The crime lab was not called out, because we found out

21  the identification of Mr. Lucas at the scene; therefore, we

22  didn't call, because he was not the shooting suspect.

23  Q    But wasn't the gun retrieved before you learned Mr. Lucas'

24  identity?

25  A    His identity was found out at the scene.  I mean, it's

RECROSS HUTER - BY NEWBERGER

1   not -- as soon as we recover a gun, we don't call for

2   evidence -- or for crime lab to come out.  We recovered his name

3   at the scene.  If he came back as a person, then --

4   Q    Then maybe you would have called the crime lab?

5   A    Correct.

6   Q    But there was nothing that stopped you from calling the

7   crime lab?

8   A    No.

9   Q    You just decided not to call?

10  A    From judgment and from previous experiences with them, I

11  know when it's --

12  Q    And you didn't take a photograph?

13  A    No, ma'am.  I don't have a digital camera on me.

14       MS. NEWBERGER:  I have no further questions, Your

15  Honor.

16       THE COURT:  Thank you, Ms. Newberger.

17       Officer Huter, you may step down.  You shouldn't

18  discuss your testimony with anyone until this case is concluded,

19  in the event you're called back to the witness stand.  Thank you

20  very much.

21       THE WITNESS:  Thank you, sir.

22       (Witness excused.)

23       THE COURT:  Next witness, Mr. Fuchs?

24       MR. FUCHS:  Your Honor, we're going to call -- may we

25  approach?  We may have a scheduling issue here.

1                  (Conference held at the bench.)

2              MR. FUCHS:  Your Honor, Dan Kerwin, Special Agent, was

3    going to do the nexus report.  He's got a conflict tomorrow.  I

4    am just wondering, how late does the Court plan on sitting?

5              THE COURT:  I was going to stop around 20 after 4:00,

6    because I've got a conference call in a case with Traci Robinson

7    and Malik Edwards in your office in another case.  And I was

8    trying to push that to 5:00, but Ms. Robinson says she can't do

9    it at 5:00.  So we're going to have to stop at 20 after 4:00.

10             MR. FUCHS:  In that case, and I apologize for going

11   somewhat out of order here.  I will call Special Agent Kerwin

12   now.

13             THE COURT:  He is on the interstate nexus.

14             MR. FUCHS:  He's the nexus guy.

15             THE COURT:  Any problem?

16             MR. HURSON:  No problem from my perspective.  What

17   about you?

18             MS. NEWBERGER:  No.  But I think, just sort of

19   anticipating the scheduling issue, I think then if Mr. Fuchs

20   called his next witness as Officer Laronde, I do not think we

21   would finish by 4:20.

22             MR. FUCHS:  I think that's what I'm asking.  If the

23   Court wants to stop after Agent Kerwin's testimony, it would be

24   relatively -- I suspect, relatively short.

25             THE COURT:  There's no reason to stop.  We'll wait and

1    see.  We may just get partway through it, and stop for the day.

2    That's all.  We'll see how the jury is doing.

3         What we're going to do is tell the jury we're going

4    till 20 after 4:00 and call it a day then.  We'll go with

5    Kerwin, and it then we'll start with Laronde and pick up at 9:30

6    in the morning.

7         Is that agreeable with everybody?

8         MR. HURSON:  That's fine.  I was just going to alert

9    the Court that it's kind of unusual, but you do -- Katherine and

10   I just tried a gun case, and we have been making an objection to

11   the interstate nexus testimony.  I don't want to tie up the

12   entire -- I told Mr. Sippel, I don't want to jump up and object.

13   So if it serves purposes, I would make the objection now.

14        THE COURT:  What is it --

15        MR. HURSON:  I think what he's going to say is he

16   looked in a book, and that he determined that this gun --

17        THE COURT:  All right.

18        MR. HURSON:  -- traveled in interstate commerce.

19        THE COURT:  Qualify him as an expert first.

20        MR. HURSON:  Easily, and I'm not going to object to

21   that.  Basically, my position -- our position, it's not

22   necessarily an office position, but in the wake of the

23   *Melendez-Diaz* case --

24        THE COURT:  In the aftermath of *Crawford v.*

25   *Washington*.

 1            MR. HURSON:  Yeah.  129 Supreme Court 2527, that's a

 2    2009 case.  *Crawford*, Federal Rules of Evidence, and the Sixth

 3    Amendment confrontation clause, our position is, and my

 4    objection would be, that Agent Kerwin's entire testimony

 5    regarding interstate nexus should be barred because it's

 6    entirely based on hearsay.

 7            I recognize that this is a developing area, and I also

 8    recognize that experts have been entitled to rely on hearsay,

 9    I'm not blind to that fact, but our position is that, when it's

10    an element of the offense, like this, and when really, as I'll

11    clarify in my very short questioning, his opinion is almost

12    entirely based on what somebody else did and what somebody else

13    wrote, that somebody else being someone we're not able to

14    cross-examine, that that's a violation of confrontation, and

15    then the other rules I've listed.  I just want to preserve that

16    argument, anticipating potentially the Court's ruling.

17            THE COURT:  *Melendez-Diaz* and then the aftermath of

18    *Crawford v. Washington*, on the testimonial nature of whether or

19    not it's based upon hearsay inferences, it is my understanding

20    this witness is going to be qualified as an expert, and the area

21    of his expertise, he is going to testify as to his knowledge

22    that the gun is not manufactured in Maryland --

23            MR. HURSON:  Right.

24            THE COURT:  -- and it's manufactured in Brazil.

25    Certainly, as to his area of expertise, he is going to be able

1    to establish, based on his knowledge, that there is no

2    manufacturer of the gun in Maryland; and then he is going to

3    testify that it's manufactured in Brazil, and it goes to the

4    weight, not the admissibility, in terms of whether or not the

5    jury believes that, because, obviously, if it's manufactured in

6    Brazil and not Maryland, at some point in time it traveled

7    interstate to get in the state of Maryland.

8              MR. SIPPEL:  If I may, Your Honor?  The specific brand

9    of gun is a Taurus.  It's actually stamped on the gun "Made in

10   Brazil."  So I believe that would take us right outside of the

11   hearsay issues.

12             THE COURT:  I'm not sure this is a case or the vehicle

13   to pursue that, quite frankly, Mr. Hurson, in light of the facts

14   of this case, but you've made your record on that, and your

15   objection is overruled.

16             MR. HURSON:  I anticipated that.  I just wanted to put

17   it on the record.

18             THE COURT:  I'm not sure this is the case that you

19   want to take that issue -- or whatever, but your objection is

20   certainly noted, and it's overruled.

21             MR. HURSON:  Thank you.  And I will not be objecting,

22   but I will maybe renew this in JOA, but I'm not going -- I

23   believe the record is sufficient that I don't need to object

24   when he makes his conclusions.

25             MR. FUCHS:  Your Honor, just one last thing.  Would

1    you mind explaining to the jury why we're sort of going out of

2    order here?

3         THE COURT:  To say this is a witness called as an

4    expert in the interstate nexus of a firearm, and because of

5    scheduling issue, he's going to be testifying now and not

6    tomorrow.

7         MR. FUCHS:  Thank you, sir.

8         (End of bench conference.)

9         THE COURT:  All right.  Ladies and gentlemen, here's

10   our scheduling issue that was brought up.  We're going to sit

11   till around 20 after 4:00, and not take a break, like we usually

12   do in the afternoons, because of some scheduling issues.  We'll

13   stop for the day and start at 9:30 tomorrow morning.

14        The next witness is a witness who is being proffered

15   as an expert with respect to the interstate nexus of the

16   firearm.  As the lawyers have both alluded to, there has to be

17   an interstate transportation of a firearm, and that's the

18   witness who's next being called to testify.  He has a scheduling

19   issue for tomorrow, and both sides agree he'll probably be a

20   very brief witness, so he is going to testify next.  And I'll

21   explain to you the matter of expert testimony in a moment.

22        And then the third witness we'll start with, and we'll

23   stop midway through his testimony at 20 minutes after 4:00, and

24   then we'll call it a day, if that's --

25        Is everyone okay with 20 minutes after 4:00?

1            Mr. Thompson runs a tough ship.  If any of you waves,

2    he gives me the word.  If somebody waves to him over there, if

3    they need the facilities, or something, but let's see if we can

4    keep going for another 35 minutes, and then call it a day.

5            Is that all right with you, Mr. Thompson?

6            DEPUTY CLERK:  That's good.

7            THE COURT:  That's good.  All right.  With that, then

8    we're ready to --

9            If you'll get that document back.  Thank you, Mr.

10   Hurson.

11           With that, we're ready to call our next witness.

12           MR. SIPPEL:  Yes, Your Honor.  The Government calls

13   Special Agent Daniel Kerwin.

14           (Juror motioning to Deputy Clerk.)

15           THE COURT:  We're going to need to take a recess now

16   then for about five minutes.  Is there any reason -- I think

17   this can be a very short facilities break.  The defendant does

18   not need to leave the courtroom, as far as I'm concerned.  We'll

19   just take a quick five-minute recess here and be back starting

20   in five minutes.  We'll take a five-minute recess.

21           (Recess taken.)

22           THE COURT:  Mr. Thompson, if you'll get the jury,

23   please.

24           DEPUTY CLERK:  Jurors all present.

25           THE COURT:  Thank you, ladies and gentlemen.

1              Mr.  Thompson, thank you.

2              Swear the witness please.  Thank you.

3              DEPUTY CLERK:  Please raise your right hand.

4          DANIEL KERWIN, GOVERNMENT WITNESS, DULY SWORN

5              DEPUTY CLERK:  Be seated.  And, sir, if you would

6   adjust that microphone to yourself.  State your name and then

7   spell your name for the record.

8              THE WITNESS:  Daniel Kerwin, K-E-R-W-I-N.

9              THE COURT:  Thank you.

10             Counsel?

11             MR. SIPPEL:  Thank you.

12                        DIRECT EXAMINATION

13  BY MR. SIPPEL:

14  Q    Special Agent Kerwin, with whom do you currently work?

15  A    I'm a special agent with the Bureau of Alcohol, Tobacco,

16  Firearms and Explosives; specifically, I am assigned to the

17  high-intensity drug trafficking group within the Baltimore Field

18  Division.

19  Q    And how long have you been a special agent with ATF?

20  A    Since February 18, 2008.

21  Q    Special Agent Kerwin, if you would, please, describe to the

22  ladies and gentlemen of the jury a little bit about the types of

23  training that you received as an ATF agent.

24             MR. HURSON:  Your Honor, the defense will stipulate

25  that he is an expert as proffered in their notice to the

1    defense.

2            THE COURT:  All right.  If you want to just briefly go

3    through this, Mr. Sippel, that's fine.

4            The defense has noted the expertise of this witness.

5    This witness is being proffered as an expert in interstate

6    nexus.  The defendant is not challenging his expertise, and he

7    will be qualified shortly as an expert in that area.

8            Just briefly then, Mr. Sippel, if you'd like.

9            MR. SIPPEL:  Sure.

10   BY MR. SIPPEL:

11   Q    Just give the ladies and gentlemen of the jury a brief

12   synopsis of your training, focusing specifically on firearms

13   analysis and interstate nexus analysis.

14   A    Certainly.  I completed my criminal investigative training

15   program at the Federal Law Enforcement Training Center.

16   Additionally, I completed the ATF special agent basic training

17   program, much of which focused on firearms.  And I completed the

18   ATF interstate nexus expert training program located in our

19   firearms training branch in Martinsburg, West Virginia.

20   Q    Special Agent Kerwin, have you performed interstate nexus

21   analysis on firearms?

22   A    Yes, sir, I have.

23   Q    Approximately how many times have you performed that

24   analysis?

25   A    I'd say approximately 150.

1    Q    And, Special Agent Kerwin, have you been accepted as an

2    interstate nexus expert in federal court?

3    A    Yes, I have.

4    Q    Approximately how many times?

5    A    I believe six times previous.

6          MR. SIPPEL:  Your Honor, at this time the Government

7    offers Special Agent Daniel Kerwin as a firearms and interstate

8    nexus expert.

9          THE COURT:  Yes.  And the defense stipulates to his

10   expertise; is that correct, Mr. Hurson?

11         MR. HURSON:  That is correct, Your Honor.

12         THE COURT:  Ladies and gentlemen, normally a witness

13   is not permitted to give his or her opinion on a matter.  The

14   exception to that is if a person is qualified as an expert.

15   When a person is qualified as an expert, they're permitted to

16   give their opinion.

17         As with all witnesses, it's up to you to accept or

18   reject the testimony of a witness.  But this gentleman is

19   qualified as an expert in the area of interstate transportation

20   and nexus of firearms, so he is permitted to given his opinion

21   in that matter.

22         Thank you very much.

23         You may continue, Mr. Sippel.

24         MR. SIPPEL:  Thank you, Your Honor.

25   BY MR. SIPPEL:

DIRECT KERWIN - BY SIPPEL

1   Q    Special Agent Kerwin, I'm going to show you what's been

2   marked and entered as Government's Exhibit Number 9.

3   A    Yes, sir.

4   Q    Special Agent Kerwin, have you taken a look at that firearm

5   previously?

6   A    Yes, I have.

7   Q    And have you been able to determine what type of firearm

8   that's been admitted as Government 9?

9   A    The make is Taurus.

10  Q    And were you able to determine where the Taurus brand

11  firearm is manufactured?

12  A    In the country of Brazil.

13  Q    And how did you make the determination that the Taurus

14  firearm that's been marked as -- or entered as Exhibit 9 was

15  manufactured in Brazil?

16  A    As an interstate nexus expert, we examine the markings on

17  the firearm.  Pursuant to federal law, they are required to be

18  marked with specific -- the make, model, caliber, serial number,

19  and where the firearm is made.  And this one actually says it's

20  made in the country of Brazil.

21  Q    And, Special Agent Kerwin, did you review any publications

22  to assist you in confirming that the Taurus firearm was

23  manufactured in Brazil?

24  A    Yes, I did.

25  Q    And what publication did you review?

DIRECT KERWIN - BY SIPPEL

1    A    The Blue Book of Gun Values.

2    Q    And is The Blue Book of Gun Values the type of publication

3    that a firearms or interstate nexus expert would utilize in

4    determining where a particular firearm was manufactured?

5    A    Yes.  It's one of the methods.  Additionally, it's relied

6    on by the general public to determine the value of firearms.

7    Q    And, Special Agent Kerwin, do you have any other knowledge

8    or experience with Taurus brand firearms?

9    A    Yes.  Many of the firearms I perform interstate nexus

10   examinations on are Taurus firearms; and, additionally, I

11   actually own a Taurus firearm.

12   Q    And do you know whether Taurus name -- I'm sorry -- Taurus

13   brand firearms have ever been manufactured in the state of

14   Maryland?

15   A    No, they have not.

16   Q    And other than Brazil, are you aware of whether Taurus

17   brand firearms are manufactured anywhere else?

18   A    There are two specific models, to my knowledge, that are

19   manufactured in the state of Florida.

20   Q    And, Special Agent Kerwin, finally, getting to the

21   question, do you have an opinion as to whether the subject

22   Taurus firearm affected interstate commerce?

23          MR. HURSON:  Objection, Your Honor.  I think that's an

24   ultimate-issue question.

25          THE COURT:  You may rephrase the question, Mr. Sippel.

DIRECT KERWIN - BY SIPPEL

1              MR. SIPPEL:  Okay.

2    BY MR. SIPPEL:

3    Q    Special Agent Kerwin, because a Taurus firearm was

4    manufactured in Brazil, did it cross state lines prior to its

5    recovery in Maryland?

6    A    Yes.

7              MR. SIPPEL:  No further questions, Your Honor.

8              THE COURT:  Thank you.

9              Mr. Hurson, cross-examination?

10             MR. HURSON:  Thank you, Your Honor.

11                         CROSS-EXAMINATION

12   BY MR. HURSON:

13   Q    Agent Kerwin, did you ever contact anyone at Taurus to

14   discuss the firearm -- I think you have it in front of you right

15   now.

16   A    Yes, sir.  Yes, I did.

17   Q    You did contact someone?

18   A    Yes.

19   Q    Did you write a report about that?

20   A    No, I did not.

21   Q    When did you make that contact?

22   A    Earlier today.

23   Q    Today you made that?  Who did you call?

24   A    I called their customer service.  And, additionally, I

25   checked the serial number against their website.

CROSS KERWIN - BY HURSON

1  Q    Okay.  Their website.  But you don't have any input on the

2  creation of their website?

3  A    No, I do not.

4  Q    In that Blue Book of Gun Values, you checked that firearm,

5  which you say is a firearm, with that Blue Book of Gun Values;

6  is that correct?

7  A    Yes, sir.

8  Q    You didn't write The Blue Book of Gun Values; right?

9  A    No, sir.

10  Q    Somebody else did?

11  A    Yes, sir.

12  Q    Now, how long have you been with the ATF?

13  A    Since February 19th, 2008.

14  Q    As a Special Agent?

15  A    Yes, sir.

16  Q    You said before that you had some assignment with the

17  high-intensity drug force, something like that; right?

18  A    Yes, sir.  That's the group I'm assigned to.

19  Q    Now, this case has absolutely nothing to do with narcotics;

20  correct?

21  A    I don't know any of the facts of this case.

22  Q    Okay.  But you're here solely to opine on where that gun

23  came from; right?

24  A    That's correct.

25  Q    And it's often that that's what you do; right?

1    A    That's correct.

2    Q    Now, the Bureau of Alcohol, Tobacco and Firearms, as an

3    agent and somebody that's worked there for a while, you're aware

4    that they have fingerprint technology; correct?

5              MR. SIPPEL:  Objection, Your Honor.  Beyond the scope

6    of direct examination.

7              THE COURT:  Sustained.

8              MR. HURSON:  Your Honor, if I may?

9              THE COURT:  Why don't you approach the bench, please?

10             MR. HURSON:  Okay.

11             (Conference held at the bench.)

12             MR. HURSON:  Can you hear?

13        I'm really going to ask him two questions, because he

14   said that's where he worked; he's opined about what he does.  I

15   think it's --

16             THE COURT:  He has no more qualifications to provide

17   expert testimony than anybody else that works for ATF.

18             MR. HURSON:  I'm not asking him to give an expert

19   opinion about fingerprints.  I'm just asking what capabilities

20   does ATF have.

21             THE COURT:  Objection is sustained.  You're certainly

22   free to present testimony in that regard, Mr. Hurson.  He is no

23   more qualified to talk about fingerprint testimony than anybody

24   else who works for ATF.  Call the case agent, if you want.

25             MR. HURSON:  That was --

CROSS KERWIN - BY HURSON

1            THE COURT:  Cross-examine this witness.  This witness

2    is strictly an interstate nexus expert.  He has absolutely

3    nothing to do with fingerprints.

4            MR. HURSON:  That's why I narrowed the point to save

5    time, because I think --

6            THE COURT:  It's totally --

7            MR. HURSON:  He knows the same thing --

8            THE COURT:   -- outside the scope of direct.  This

9    witness is not qualified.  You're certainly free to call --

10           MR. HURSON:  That's fine.

11           THE COURT:  Thank you.

12           (End of bench conference.)

13           THE COURT:  Objection sustained.

14   BY MR. HURSON:

15   Q    Finally, you were not at the intersection of Wilkens and

16   Brunswick in 2009; right?

17   A    No.

18   Q    You were nowhere when this thing was supposedly recovered;

19   right?

20   A    No, I was not.

21           MR. HURSON:  Court's indulgence.

22           No further questions.

23           THE COURT:  Thank you, Mr. Hurson.  Thank you very

24   much.

25           MR. SIPPEL:  Thank you, Your Honor.

CROSS KERWIN - BY HURSON

1          THE COURT:  Special Agent Kerwin, you may step down.

2    You shouldn't discuss your testimony with anyone in the event

3    you are called back to the witness stand before this trial is

4    finished.  Thank you very much.

5          (Witness excused.)

6          Yes, Mr. Fuchs?

7          MR. FUCHS:  Your Honor, the Government calls Officer

8    Fabien Laronde.

9          DEPUTY CLERK:  If you would raise your right hand.

10         FABIEN LARONDE, GOVERNMENT WITNESS, DULY SWORN

11         DEPUTY CLERK:  Please be seated.

12         Sir, if you would, adjust the microphone to yourself.

13   State your name and then spell your name for the record.

14         THE WITNESS:  Officer Fabien Laronde; F-A-B-I-E-N,

15   L-A-R-O-N-D-E.

16         DEPUTY CLERK:  Thank you.

17         Counsel?

18         MR. FUCHS:  Thank you, sir.

19                        DIRECT EXAMINATION

20   BY MR. FUCHS:

21   Q    Officer Laronde, who do you work for?

22   A    Baltimore City Police Department.

23   Q    What's your current assignment?

24   A    Right now I'm currently assigned to the Southwest District

25   Operations.

DIRECT LARONDE - BY FUCHS

1   Q    And how long have you been a police officer?

2   A    A little over eight years.

3   Q    Were you working on July 6 of 2009?

4   A    Yes, sir, I was.

5   Q    If you remember, what shift were you working that day?

6   A    Working 6:00 p.m. to 2:00 a.m. shift.

7   Q    Were you in uniform that night?

8   A    Plain clothes.

9   Q    Were you in a car?

10  A    Yes.

11  Q    Was it a marked car?

12  A    Unmarked car.

13  Q    And who else was in the car with you?

14  A    Officer Huter.

15  Q    And who was driving?

16  A    I was driving.

17  Q    And what area of the city were you patrolling that day?

18  A    On that particular night, we were assigned to 835 post,

19  which is the area of the southwest, around Brunswick and Wilkens

20  Avenue.

21  Q    Okay.  I'm going to show you what's been previously

22  admitted as Government's Exhibit Number 1.  Do you recognize

23  that, sir?

24  A    Yes.

25  Q    And what is it?

DIRECT LARONDE - BY FUCHS

1   A    It's an overview, aerial view of that area.  It's actually

2   the 2700 block and the 500 and 900 block of Brunswick.

3   Q    And, if you would, just point out to the jury where Wilkens

4   Avenue is.

5   A    Wilkens Avenue is the street that runs --

6   Q    If you hit the top-right-hand corner, it will erase

7   whatever mark you made.

8            THE COURT:  Bottom-left-hand corner, I believe.

9            THE WITNESS:  This, and this is Wilkens Avenue.  It

10  runs east and west.

11  BY MR. FUCHS:

12  Q    Okay.  And then where is Brunswick?

13  A    Brunswick Street is -- this is the 500 block, and this is

14  the 900 block.

15  Q    All right.  If you would, just remove those marks.

16           Did you encounter anyone that night in that area?

17  A    Yes, we did.

18  Q    Who did you encounter?

19  A    At one time it appeared during the night we came in contact

20  with Mr. Lucas, sitting in between counsel right here.

21  Q    Okay.  And if you could just point out a item of clothing

22  Mr. Lucas is wearing?

23  A    The checkered shirt and blue tie.

24           MR. FUCHS:  Your Honor, for the record --

25           THE COURT:  Let the record reflect the witness has

DIRECT LARONDE - BY FUCHS

1    identified the defendant, Lewis Lucas.

2    BY MR. FUCHS:

3    Q    Officer Laronde, prior it that night, had you ever met

4    Mr. Lucas?

5    A    No, I hadn't.

6    Q    Had you had any contact with him whatsoever?

7    A    No.

8    Q    Now, if you remember, what time approximately did you meet

9    Mr. Lucas?

10   A    It was about 2:00 a.m.  We were actually -- the station is

11   located about a block east of Wilkens Avenue.  We were headed

12   into the station.

13   Q    Okay.  And, if you would, just using the map, just describe

14   the route you took leading up to the encounter.

15   A    We were actually coming off of Brunswick, right here, and

16   just headed into the station.  Like I said, the station is about

17   a block this way, off the map.

18   Q    What did you see?

19   A    As we drove down the block, I turned my head.  I noticed

20   Mr. Lucas walking up, and he was walking up to a home.  I think

21   it was about right over here.  He was walking up the steps up to

22   the front door.

23   Q    Okay.  And what was he doing, other than walking up to that

24   porch?

25   A    He was just walking up to the porch.

DIRECT LARONDE - BY FUCHS

1    Q    Okay.  And did you decide to talk to him?

2    A    Yes.

3    Q    And why is that?

4    A    We -- we're an operations unit, and we're dispatched to

5    pretty much -- wherever there is -- we're like a hot-spot unit.

6    Wherever something goes on, violent crime, high drugs, we end up

7    going to that area.  And we were dispatched to that particular

8    area, because there was a shooting in the 500 block of Brunswick

9    Street.

10          We were furnished with a picture of a person who was

11   wanted in reference to it, for questioning or -- I believe it

12   was for questioning.  And it looked like Mr. Lucas as the man I

13   saw walking on the steps.

14   Q    What was similar about the two men?

15   A    They were both tall, medium built, and they both had long

16   braids.

17   Q    And so what did you decide to do?

18   A    We decided to drive our vehicle, turn around, just stop and

19   talk to him, to see what he was doing, if it was the same guy or

20   not.

21   Q    Okay.  And, if you would, just draw on the map the route

22   you took up to Mr. Lucas.

23   A    Like I said, we were coming this way, and I saw him on the

24   steps here as we passed.  At that time we made the decision we

25   were going to stop and talk to him.  I continued.  There is a

100
DIRECT LARONDE - BY FUCHS

1  medium strip right here.  I made a U-turn and stopped about

2  right in front of him.  Right in front of the home where I saw

3  him, right there.

4  Q    And you were driving; is that correct?

5  A    Yes, sir.

6  Q    And were you the first person to see Mr. Lucas?

7  A    Yes.

8  Q    Okay.  And where did you stop the car?

9  A    Just about a little bit before the house where I observed

10  him.

11  Q    Okay.  Did you get out of the car?

12  A    No, I didn't.  Officer Huter got out of the vehicle.

13  Q    What did you see Officer Huter do?

14  A    Once Officer Huter walked out, he walked up to the

15  defendant and asked if he could speak to him, said something

16  along the lines of, can I talk to you for a minute.

17  Q    And where was Mr. Lucas during this time?

18  A    When we saw him originally, he was walking up to the front

19  door.  When Officer Huter started talking to him, he was like on

20  the top of the porch, facing Officer Huter.

21  Q    Did Officer Huter at any point put his hands on Mr. Lucas

22  that you saw?

23  A    No.

24  Q    Did you see Officer Huter draw his weapon?

25  A    No.

DIRECT LARONDE - BY FUCHS

1  Q    What happened after Officer Huter asked Mr. Lucas if he

2  could speak to him?

3  A    Everything happened very fast, and it was just a continuous

4  chain of events.  As Huter was talking to him, the defendant was

5  coming off the porch, and he began backing away, asking Officer

6  Huter, Who?  Me?  Who?  Me?  And then his backing turned into

7  skipping, and the skipping turned into a turn and a run.

8  Q    When you say "skipping," and with the Court's permission,

9  can you just show the jury what you mean?

10            MR. FUCHS:  Your Honor, would that be all right?

11            THE COURT:  Certainly.

12            THE WITNESS:  When Huter approached, he said something

13  like, can I talk to you.  And Mr. Lucas backed up.  He said,

14  Who?  Me?  Who?  Me?  There was no one else out there.  Then he

15  started skipping, backed twice, and then turned this way, and

16  just started running.

17            MR. FUCHS:  You can go ahead and take your seat.

18  Thank you.

19  BY MR. FUCHS:

20  Q    At any point did you see Mr. Lucas reaching for anything?

21  A    Once he started -- he started skipping.  When he was

22  skipping, he kept reaching for his waist with his right hand;

23  and then, when he turned, he bent at the waist, grabbed his,

24  like, belt area, and started running.

25  Q    Now, were you still in the car during all of this?

DIRECT LARONDE - BY FUCHS

1  A    Yes.

2  Q    How far away were you from Mr. Lucas and Officer Huter?

3  A    I'm going to say probably about two and a half car lengths

4  away.

5  Q    Okay.  And were the streetlights on?

6  A    All the lights were on, yes.

7  Q    Okay.  Could you see clearly what was going on?

8  A    Clearly.

9  Q    Okay.  Could you hear everything that was going on?

10  A    I could hear -- the original conversation I heard, and then

11  I could hear bits and pieces.  I couldn't hear exactly what they

12  were saying.

13  Q    Okay.  Now, you said, when he skipped backwards, he was

14  reaching towards his waistband area; is that right?

15  A    Yes, sir.

16  Q    Have you had some training in recognizing the

17  characteristics of an armed person?

18  A    Yes.

19  Q    Where did you get that training?

20  A    I received that in the police academy, and then we have

21  additional session of training that I went to.

22  Q    And what are some of the characteristics of armed people?

23  A    It's known as a gun check.  If someone is carrying a gun,

24  they tend to check, they just touch it, to make sure it's still

25  there, it hasn't moved, so it doesn't shift.  Like I say,

```
 1   they'll pat it; they'll grab it.  If they start to walk, they'll
 2   immediately grab it, so it doesn't fall.  They'll bend at the
 3   waist.  He displayed all the characteristics of an armed person.
 4   Q    Based on that, did you draw any conclusions?
 5   A    Yes.
 6   Q    What was it?
 7   A    That the defendant could possibly be carrying a weapon.
 8   Q    Now, in fairness, did you see a gun at any point?
 9   A    No.
10   Q    Okay.  Now, you said, after Mr. Lucas started skipping
11   backwards, he then turned and ran; is that correct?
12   A    Yes.
13   Q    If you would, on the map, and if you can clear out all
14   those marks, can you show us where you saw Mr. Lucas run?
15   A    He came down off the porch around here, started skipping
16   here, and then turned and ran up here, and then cut through this
17   lot, and then down the sidewalk on Brunswick.
18   Q    Did you get out of your car at any point?
19   A    At this point, no.
20   Q    What did you do?
21   A    I paralleled the defendant and my partner.  Once they
22   started running, I followed the quickest route I could take with
23   the vehicle.
24   Q    And while you were following parallel, how far away, just
25   approximately, were you from Mr. Lucas?
```

DIRECT LARONDE - BY FUCHS

1   A    Mr. Lucas was -- I mean, in no time, it was just a car

2   length.  It was my car on the street, another car length here,

3   and then he was over here.

4   Q    When you say "car length," do you really mean car width?

5   A    Car width.  I'm sorry.

6   Q    And in feet, what would you approximate?

7   A    Probably about less than 20 feet.

8   Q    Did you keep Mr. Lucas in sight at all times as he ran down

9   Wilkens and then down Brunswick?

10  A    I had him in sight on Brunswick until he made an alley --

11  there is an alley down -- if he continues to run -- let me make

12  sure.

13       If he continues to run down here, then there is a

14  small alley.  It's very narrow in between the houses.  There is

15  a fence, and there's a fence and a house, and a small space,

16  small alleyway.

17  Q    Okay.  But prior to him running up that alley, you kept him

18  in sight; is that correct?

19  A    Yes.

20  Q    And there were streetlights on Wilkens and on Brunswick; is

21  that correct?

22  A    Yeah.  This is a major intersection.  There are street

23  lamps located all throughout.

24  Q    And so you could see him clearly; is that correct?

25  A    Yes.

DIRECT LARONDE - BY FUCHS

1   Q    And where was Officer Huter?

2   A    Huter was right behind him, chasing him on foot.

3   Q    Okay.  Did you notice anything about the way Mr. Lucas was

4   running?

5   A    He was still running holding his waist, like he was holding

6   something in his waist.

7   Q    And you could see that from where you were parallel to him?

8   A    Yes.

9   Q    Now, you said he ran up that alleyway?

10  A    Yes.

11  Q    And you lost sight of him at that point; is that correct?

12  A    Yeah.  Once he turned into that alley, it's -- there's a

13  fence there; it's a high fence, and it's got ivy, and it's

14  overgrown.  It was the summertime.  So I couldn't see through

15  the fence.

16  Q    Okay.  Where did you go?

17  A    I tried to just cut him off.  At the time I didn't even

18  realize I was pulling into a parking lot.  I just thought I was

19  going down the street.  I think it's just the adrenaline and him

20  running, and I ended up in this parking lot.

21       I stopped right about here, I guess, and I was on the

22  radio, you know, advising dispatch that my partner is in a foot

23  chase, giving locations of where we were.  Whatever I could, I

24  put out on the air.

25  Q    Okay.  And where did you go after that?

DIRECT LARONDE - BY FUCHS

```
1   A    I stood here for a minute and actually got out of the car,

2   and then I ended up coming over here and something -- I saw his

3   flashlight, or he yelled to me, and I knew he was back in this

4   area, in this back alley.

5              So I ran back to -- got back into our vehicle and went

6   back to where I saw him go into the alley.

7   Q    So you parked your car on Brunswick out of the alleyway.

8   Is that where you're marking?

9   A    Right outside the alley; correct.

10  Q    At some point did you go down the alleyway?

11  A    Yes, immediately, I just ran right into the alley.  Parked,

12  ran into the alley.  The alley, like I said, is very narrow.

13  It's pretty dark.  I came down here to the 90-degree turn, and

14  Officer Huter was standing at the top of the 90-degree turn with

15  the defendant.

16  Q    Okay.  What did you see when you got there?

17  A    Officer Huter was placing the defendant in handcuffs.

18  Q    And was the defendant resisting?

19  A    At that time I couldn't really tell.  They were on the

20  ground.  He was putting him in handcuffs.  I just assisted

21  getting the cuffs on and picking him up.

22  Q    Okay.  Did you have a conversation with Officer Huter?

23  A    Once we got him up, he just started telling me, check over

24  there, I think he threw a gun; check over there.  Just telling

25  me where to go, and that the defendant was armed; he had a gun.
```

DIRECT LARONDE - BY FUCHS

```
1   Q    Okay.   Let me show you what's been previously admitted as
2   Government's Exhibit Number 8.   If you would -- there you go.
3   Thank you.
4             Do you recognize that?
5   A    That's the 90-degree -- that's the corner of the alley we
6   ran down.
7   Q    And where did Officer Huter direct your attention?
8   A    He directed me to this area.
9   Q    Now, is that an approximation?
10  A    Yes.
11  Q    Now, in fairness, did the alleyway back in July --
12            THE COURT:   What exhibit is this, Mr. Fuchs?
13            MR. FUCHS:   Your Honor, this is Government's Exhibit
14  8.
15            THE COURT:   Thank you.
16  BY MR. FUCHS:
17  Q    Officer Laronde, did the alleyway on July 6 of 2009 look
18  the way it does in this picture?
19  A    This is -- this is cleaned up a lot.   It was overgrown.
20  There were trees and just debris everywhere.   Someone moved in
21  and cleaned the alley, you know, cut down the trees and picked
22  up a lot of the garbage that was back there.
23  Q    Now, are there any streetlights in the alleyway itself?
24  A    No.
25  Q    Are there streetlights nearby?
```

DIRECT LARONDE - BY FUCHS

```
1   A     This whole area, where I pulled into behind here, it's a
2   commercial business.  It's a Ryder -- I think they rent Ryder
3   trucks.  So it's completely illuminated, the whole parking lot
4   is lighted.  So you get some light from there, plus you just
5   have the streetlights.  It's illuminated, but you need
6   flashlights still.
7   Q     Did you have a flashlight with you?
8   A     Yes.
9   Q     Was it on?
10  A     Yes.
11  Q     Were you using it back in that alleyway?
12  A     Yes.
13  Q     Okay.  When Officer Huter directed you to that point in the
14  alleyway, what did you do?
15  A     I immediately just started looking on the ground for a
16  weapon, and I came across the handgun.
17  Q     I'm going to show you what's been previously admitted as
18  Government's Exhibit Number 9 --
19        MR. FUCHS:  Permission to approach, Your Honor?
20        THE COURT:  Yes.
21  BY MR. FUCHS:
22  Q     -- and 9A.  Do you recognize that?
23  A     Yes.
24  Q     What is it?
25  A     That is the revolver that I recovered from the ground that
```

DIRECT LARONDE - BY FUCHS

1    night.

2    Q    Okay.  How do you know it's the same revolver?

3    A    I remember what it looked like, and it's got a property tag

4    on it that I filled out as evidence that night, after it was

5    recovered.

6    Q    Okay.  And is that revolver in the same condition as it was

7    back in July 6 of 2009?

8    A    Yes.  It's just been -- it's just got safety things on it

9    right now.

10    Q    But other than that, does it look the same?

11    A    Exactly the same, yes.

12    Q    Now, you say you found the weapon in that area that you

13    marked on that picture; correct?

14    A    Correct.

15    Q    Was it in plain sight, or did you have to search around for

16    it?

17    A    It was on top of the debris that was already in the alley.

18    It wasn't hidden or -- I just had to look; and, once I looked

19    for a couple seconds, it stood out.  It was right there.

20    Q    How long did it take you to find it?

21    A    It took less than a minute to find the gun.  It was right

22    there.

23    Q    Was there anything on top of it?

24    A    No.

25    Q    Was there anything else on the ground?  You said there was

DIRECT LARONDE - BY FUCHS

1   debris.

2   A    Trash and just -- garbage.

3   Q    Okay.  Were there any other guns on the ground?

4   A    No.

5   Q    Were there any drugs or drug paraphernalia on the ground?

6   A    No.

7   Q    Was there any other contraband on the ground?

8   A    No.

9   Q    Were there any other dark-colored metal objects on the

10  ground nearby?

11  A    No.

12  Q    When you picked the gun up, did you take a look at it?

13  A    Yes.

14  Q    Okay.  Did you notice if it was loaded?

15  A    Yes, it was loaded.

16  Q    Let me direct your attention to Government's Exhibit 9A.

17  It's in that little folder there.  If you could, pull those out.

18  If you could, show them so the jury can see.

19         What is that?

20  A    These are rounds that were in the gun.

21  Q    Okay.  Was the gun fully loaded?

22  A    There were nine rounds.  I'd have to tell you how many it

23  takes.

24         It was fully loaded.  It takes nine rounds, and there

25  were nine rounds in it.

1   Q    Understood.

2        When you looked at the pistol that night, did you

3   notice if there was any dirt on it?

4   A    No.  Just from it being on the ground, it wasn't covered

5   with dirt or anything like that.

6   Q    Was there any rust on the gun?

7   A    No.

8   Q    Were there any cobwebs or anything like that on the gun?

9   A    Nah.  You could tell it was, you know, maintained.

10  Q    Was there any dirt in the barrel?

11  A    No.

12  Q    All right.  Was there any indication whatsoever that that

13  gun had been laying in that alley for any length of time?

14  A    No, definitely not.

15  Q    Were you wearing gloves that night?

16  A    No, I wasn't.

17  Q    Did you just pick the gun up with your hand?

18  A    Yes.

19  Q    What did you do with it?

20  A    Once I picked it up, I just secured it.  I didn't unload it

21  in the alley.  We took it out to the street, and I unloaded it

22  out on the hood of the car.

23  Q    When you say you secured it, what do you mean by that?

24  A    I just held it, and, you know, put -- I think I opened the

25  chamber, and then I just walked it out.

DIRECT LARONDE - BY FUCHS

1    Q    Did you consider just leaving it there?

2    A    No.

3    Q    Why not?

4    A    It was evidence.

5    Q    Okay.  Was Mr. Lucas still in the area?

6    A    Yes.

7    Q    Would you ever leave a gun anywhere close to a suspect?

8    A    No.

9    Q    So you walked it out to your car; is that correct?

10   A    Yes.

11   Q    What did you do with it then?

12   A    Then I unloaded it, put it in an envelope, and I secured it

13   in my car.

14   Q    Did you submit it to evidence?

15   A    Yes.

16   Q    Did you submit it for fingerprint analysis?

17   A    Yes, I did.

18   Q    Officer Laronde, I am going to change subjects briefly

19   here.

20            THE COURT:  Why don't you approach the bench now for

21   one second, please.

22            (Conference held at the bench.)

23            THE COURT:  Okay.  This may be an appropriate point to

24   stop, because I've got to start a conference call.  How much

25   longer are you going to be?

```
1              MR. FUCHS:  Your Honor, at most five minutes.
2              THE COURT:  All right --
3              MR. FUCHS:  I just have a few more questions.
4              THE COURT:  -- direct over, because I've got both your
5    respective offices on the phone waiting for me.  You'll finish
6    with him on direct tomorrow morning the first five minutes.
7              MR. FUCHS:  Okay.
8              THE COURT:  We'll start at 9:30.  How long do you
9    think you'll be on cross, Katherine?
10             MS. NEWBERGER:  Half hour.
11             THE COURT:  Okay.  Whatever.  All right.  And then the
12   next witness is --
13             MR. FUCHS:  Sean Dorr.
14             THE COURT:  And that's the Government's case?
15             MR. FUCHS:  Yes.
16             THE COURT:  Is it correct to anticipate that it will
17   go to the jury tomorrow, closing arguments?
18             MR. HURSON:  Absolutely.  Absolutely, yeah.
19             THE COURT:  I will tell the jury we'll start promptly
20   at 9:30 in the morning, anticipating the case will go to the
21   jury tomorrow.
22             MS. NEWBERGER:  Also, if you could, advise Officer
23   Laronde that he can't talk with anybody, since he is in the
24   middle of his testimony.
25             THE COURT:  Okay.
```

1          MR. FUCHS:  And, Your Honor, if it's all right, the

2   only contact I'll have with Officer Laronde is to tell him he

3   can't talk to me and Mr. Sippel.

4          THE COURT:  He is on the witness stand.  All right.

5   We'll see you all tomorrow at 9:30.

6          (End of bench conference.)

7          THE COURT:  Ladies and gentlemen, we're going to stop

8   here and start tomorrow at 9:30.

9          Officer Laronde, you are on the witness stand and so

10   you will not be permitted to talk with Government counsel, other

11   than for scheduling purposes.  You're not to discuss your

12   testimony with them because you are still on the witness stand.

13          Do you understand that?

14          THE WITNESS:  Yes, sir.

15          THE COURT:  And with that, we are adjourned now until

16   9:30 tomorrow morning.

17          (Proceedings adjourned at 4:22 p.m.)

18                    * * * * * * * *

19          I certify that the foregoing is a correct transcript
     from the record of proceedings in the above-entitled matter.
20   Any redaction of personal data identifiers pursuant to the
     Judicial Conference Policy on Privacy are noted within the
21   transcript.

22                    _____
                      Julie A. Wycoff, RPR
23                    Official U.S. Court Reporter

24

25

115

```
1                         I N D E X

2

3    PATRICK HUTER

4    DIRECT EXAMINATION ...................20
     Questions by Mr. Clinton Jacob Fuchs
5
     CROSS-EXAMINATION ....................41
6    Questions by Ms. Katherine Tang Newberger

7    REDIRECT EXAMINATION .................72
     Questions by Mr. Clinton Jacob Fuchs
8
     RECROSS-EXAMINATION ..................77
9    Questions by Ms. Katherine Tang Newberber

10
     DANIEL KERWIN
11
     DIRECT EXAMINATION ...................87
12   Questions by Mr. John Walter Sippel, Jr.

13   CROSS-EXAMINATION ....................92
     Questions by Mr. Brendan A. Hurson
14

15   FABIEN LARONDE

16   DIRECT EXAMINATION ...................96
     Questions by Mr. Clinton Jacob Fuchs
17

18

19

20

21

22

23

24

25
```

**–**

**-- and [2]**  82/24 108/22
**-- during [1]**  28/18
**-- from [1]**  46/20
**-- location [1]**  44/17
**-- the [1]**  48/9
**-- traveled [1]**  81/18

**.**

**.22 [4]**  9/22 10/7 11/2 11/19
**.22 caliber [3]**  9/22 10/7
  11/19

**0**

**09-560 [1]**  2/6
**09-CR-560 [1]**  1/6

**1**

**10 [7]**  35/4 35/8 38/7 54/9
  61/24 71/4 76/1
**10 feet [5]**  25/18 31/23 60/9
  63/22 74/5
**10-foot [1]**  28/16
**100 percent [2]**  64/20 66/4
**101 [1]**  1/14
**11 [3]**  56/19 75/25 76/22
**12 [3]**  76/24 76/25 77/1
**129 [1]**  82/1
**140 [1]**  53/8
**15 [1]**  58/13
**15 feet [2]**  35/4 35/8
**150 [1]**  87/25
**17 [1]**  52/3
**18 [3]**  52/3 53/10 86/20
**19 [1]**  1/12
**19th [1]**  92/13
**1:55 [2]**  39/6 55/2

**2**

**20 [6]**  80/5 80/9 81/4 84/11
  84/23 84/25
**20 feet [1]**  104/7
**2008 [2]**  86/20 92/13
**2009 [11]**  8/11 19/9 21/12
  39/6 55/2 71/10 82/2 94/16
  96/3 107/17 109/7
**2010 [2]**  1/12 76/12
**21201 [1]**  1/14
**22 [2]**  77/12 77/13
**23rd [2]**  76/12 77/20
**2527 [1]**  82/1
**27 [1]**  25/7
**2700 [15]**  8/12 11/8 20/1
  20/13 20/17 20/20 21/25
  22/12 25/6 25/8 27/18 28/9
  40/18 58/9 97/2
**2:00 [1]**  96/6
**2:00 a.m [7]**  19/12 21/17
  49/12 49/20 55/13 59/8 98/10

**3**

**3 feet [1]**  62/23
**30 [1]**  58/13
**35 [1]**  85/4

**4**

**4-19-92 [1]**  52/2
**4:00 [5]**  80/5 80/9 80/9 84/11
  84/23 84/25
**4:00 and [1]**  81/4

**4:19 a.m [1]**  38/17
**4:20 [1]**  80/21
**4:22 [1]**  114/17

**5**

**5-6 [2]**  52/6 53/6
**500 [5]**  42/5 42/9 97/2 97/13
  99/8
**560 [2]**  1/6 2/6
**5:00 [2]**  80/8 80/9
**5th [1]**  49/18

**6**

**6 p.m [1]**  49/17
**600 [3]**  20/16 20/19 21/24
**6:00 p.m [2]**  19/12 96/6
**6th [3]**  39/10 39/19 54/24

**7**

**7th [4]**  39/10 39/11 53/22
  54/23

**8**

**803 [6]**  70/5 70/7 70/8 70/11
  70/12 70/16
**835 [3]**  20/1 40/19 96/18

**9**

**90-degree [7]**  33/10 46/18
  47/14 61/13 106/13 106/14
  107/5
**900 [15]**  20/16 20/19 25/8
  25/11 26/17 27/19 28/9 28/23
  29/3 29/20 30/23 33/15 61/9
  97/2 97/14
**92 [1]**  52/2
**9:30 [7]**  81/5 84/13 113/8
  113/20 114/5 114/8 114/16
**9:43 [1]**  1/12
**9A [2]**  108/22 110/16

**A**

**a.m [10]**  1/12 19/12 21/17
  38/17 49/12 49/20 55/13 59/8
  96/6 98/10
**abandoned [1]**  44/24
**able [9]**  4/7 7/3 9/17 35/19
  66/13 82/13 82/25 89/7 89/10
**about [49]**  5/13 13/10 15/11
  15/14 15/15 15/25 16/6 16/11
  16/13 22/2 22/13 23/17 24/6
  24/8 26/16 31/23 34/6 43/20
  46/10 52/20 53/3 53/16 58/4
  59/8 60/9 65/3 68/18 69/13
  71/23 74/23 77/4 80/17 85/16
  86/22 91/19 93/14 93/19
  93/23 98/10 98/11 98/16
  98/21 99/14 100/1 100/9
  102/3 104/7 105/3 105/21
**about it [1]**  65/3
**above [4]**  1/11 54/15 54/16
  114/19
**above-entitled [1]**  114/19
**absolutely [4]**  92/19 94/2
  113/18 113/18
**academy [2]**  24/1 102/20
**accept [1]**  88/17
**accepted [1]**  88/1
**accessible [1]**  43/4
**accurate [3]**  39/16 57/1 59/11
**accurately [1]**  45/6

**accuse [1]**  13/5
**accused [3]**  13/8 14/8 14/21
**accuses [1]**  13/1
**acquiesced [1]**  66/15
**across [9]**  28/2 32/7 32/12
  43/15 53/11 63/17 63/18
  74/22 108/16
**action [1]**  58/15
**actual [2]**  10/9 41/23
**actually [16]**  16/4 31/10 40/8
  40/18 46/9 52/25 69/16 70/8
  74/1 83/9 89/19 90/11 97/1
  98/10 98/15 106/1
**additional [4]**  13/12 16/5
  16/14 102/21
**additionally [4]**  87/16 90/5
  90/10 91/24
**address [2]**  3/8 3/11
**adjacent [3]**  29/23 31/8 73/18
**adjourned [2]**  114/15 114/17
**adjust [4]**  18/18 24/6 86/6
  95/12
**adjusting [3]**  23/20 26/20
  32/4
**admissibility [1]**  83/4
**admitted [4]**  89/8 96/22 107/1
  108/17
**adrenaline [1]**  105/19
**advance [1]**  14/17
**advise [1]**  113/22
**advising [1]**  105/22
**aerial [1]**  97/1
**affected [1]**  90/22
**affirm [1]**  54/15
**affirmed [1]**  55/6
**after [27]**  9/24 11/24 22/6
  23/12 23/14 31/21 35/16 36/3
  37/18 37/21 37/22 53/1 56/24
  59/19 64/1 68/2 80/5 80/9
  80/23 81/4 84/11 84/23 84/25
  101/1 103/10 105/25 109/4
**aftermath [2]**  81/24 82/17
**afternoon [5]**  8/6 13/20 13/21
  40/4 40/5
**afternoons [1]**  84/12
**again [25]**  10/5 12/3 15/25
  21/20 23/19 23/20 28/11
  28/14 29/4 30/8 31/23 32/3
  35/5 37/18 38/3 38/15 45/4
  45/4 46/2 48/1 53/11 56/15
  62/7 64/3 74/5
**against [4]**  8/9 9/5 13/25
  91/25
**agent [35]**  2/12 2/18 5/2
  5/11 5/14 5/15 5/17 6/1 6/1
  10/25 80/2 80/11 80/23 82/4
  85/13 86/14 86/15 86/19
  86/21 86/23 87/16 87/20 88/1
  88/7 89/1 89/4 89/21 90/7
  90/20 91/3 91/13 92/14 93/3
  93/24 95/1
**ago [1]**  47/22
**agree [1]**  84/19
**agreeable [1]**  81/7
**agreement [2]**  10/17 45/11
**ahead [7]**  22/9 32/10 60/9
  61/22 61/24 65/20 101/17
**air [3]**  41/17 42/14 105/24
**Alcohol [3]**  2/15 86/15 93/2
**alert [1]**  81/8
**all [83]**  2/25 3/4 3/5 3/13

**A**

**all... [79]** 3/13 3/17 3/23 4/13 4/17 4/21 4/24 6/22 7/12 7/21 7/22 8/1 10/10 11/21 12/4 17/20 17/23 21/1 21/14 34/11 41/1 43/22 44/18 44/21 45/10 47/4 47/13 47/19 49/9 49/9 49/25 50/6 50/12 50/22 52/15 53/22 55/11 58/19 59/11 59/13 60/4 60/21 61/1 61/15 61/22 62/6 63/9 64/17 66/6 67/3 67/23 68/12 69/1 69/23 71/7 74/19 76/3 81/2 81/17 84/9 85/5 85/7 85/24 87/2 88/17 97/15 101/10 101/25 102/6 103/3 103/13 104/8 104/23 111/12 113/2 113/11 114/1 114/4 114/5
**alleged [1]** 12/15
**alley [30]** 9/11 11/18 32/11 33/9 33/15 33/16 35/4 43/7 45/8 47/21 49/7 61/10 61/12 66/17 104/10 104/11 104/14 104/17 105/12 106/4 106/6 106/9 106/11 106/12 106/12 107/5 107/21 109/17 111/13 111/21
**alleyway [49]** 9/12 9/20 9/20 11/14 29/21 30/1 30/3 30/10 30/14 30/15 30/23 31/1 31/3 31/6 31/7 31/12 31/21 32/2 32/3 34/3 35/9 41/4 43/8 45/15 46/5 47/4 48/8 48/9 48/17 48/18 48/21 48/24 62/20 63/9 73/17 73/18 73/20 73/23 73/25 75/3 104/16 105/9 106/7 106/10 107/11 107/17 107/23 108/11 108/14
**alluded [1]** 84/16
**almost [1]** 82/11
**along [3]** 23/8 48/23 100/16
**alphabetical [1]** 6/7
**already [2]** 66/18 109/17
**also [27]** 10/7 10/9 10/20 10/25 14/2 24/1 25/24 29/9 37/3 40/22 41/1 41/7 41/17 43/10 43/11 43/13 48/20 50/25 53/10 53/19 54/1 56/10 57/24 72/14 73/12 82/7 113/22
**also an [1]** 43/10
**always [2]** 77/18 77/21
**am [6]** 17/12 17/13 71/3 80/4 86/16 112/18
**Amendment [1]** 82/3
**AMERICA [2]** 1/4 2/5
**Americans [1]** 13/1
**among [1]** 10/17
**analysis [5]** 87/13 87/13 87/21 87/24 112/16
**angle [2]** 33/10 47/14
**another [7]** 16/17 16/17 30/7 30/19 80/7 85/4 104/2
**answer [1]** 77/19
**anticipate [1]** 113/16
**anticipated [1]** 83/16
**anticipating [3]** 80/19 82/16 113/20
**any [50]** 3/6 3/7 3/10 3/23

4/2 4/4 5/19 6/12 13/24 15/8 15/19 17/17 37/23 50/11 58/15 63/12 66/11 67/4 67/19 67/21 69/3 69/5 73/7 75/18 78/8 80/15 85/1 85/16 89/21 90/7 92/1 92/21 98/6 100/21 101/20 103/4 103/8 103/18 107/23 110/3 110/5 110/7 110/9 111/3 111/6 111/8 111/10 111/12 111/13 114/20
**anybody [3]** 93/17 93/23 113/23
**anyone [6]** 19/17 21/3 79/18 91/13 95/2 97/16
**anything [12]** 7/7 17/20 26/16 32/1 66/4 72/8 101/20 105/3 109/23 109/25 111/5 111/8
**anywhere [3]** 43/9 90/17 112/7
**apologize [8]** 8/1 42/8 43/23 76/2 76/22 77/1 78/18 80/10
**apparently [2]** 20/21 21/20
**appear [1]** 49/10
**appearance [1]** 52/13
**APPEARANCES [1]** 1/16
**appeared [1]** 97/19
**Appearing [2]** 1/18 1/20
**apprehend [3]** 35/11 35/17 35/19
**apprehended [2]** 35/6 36/3
**approach [11]** 36/22 38/3 51/18 54/4 56/15 69/8 76/17 79/25 93/9 108/19 112/20
**approached [2]** 52/10 101/12
**approaching [1]** 76/21
**appropriate [1]** 112/23
**approximate [6]** 27/25 47/25 51/7 51/8 51/8 104/6
**approximately [23]** 22/2 25/18 33/20 34/11 35/4 35/8 36/4 39/6 47/23 49/12 52/6 55/2 55/13 56/2 62/24 68/3 68/8 74/5 87/23 87/25 88/4 98/8 103/25
**approximation [1]** 107/9
**April [3]** 76/12 77/17 77/20
**April 23rd [2]** 76/12 77/20
**are [53]** 3/7 3/10 3/19 3/20 4/13 4/19 4/20 5/1 6/10 8/8 10/16 15/7 17/19 20/15 20/15 24/3 31/7 31/22 41/20 42/15 42/17 42/23 42/25 43/11 43/13 44/9 44/11 44/18 44/22 50/22 50/23 54/16 61/5 63/9 63/22 73/18 89/17 90/10 90/16 90/17 90/18 90/18 95/3 102/22 104/22 107/23 107/25 110/20 112/25 114/9 114/12 114/15 114/20
**area [31]** 9/20 19/25 22/10 25/23 29/11 33/21 40/15 41/13 43/21 44/24 47/23 49/2 65/4 82/7 82/20 82/25 87/7 88/19 96/17 96/19 97/1 97/16 99/7 99/8 101/24 102/14 106/4 107/8 108/1 109/12 112/5
**areas [1]** 16/19
**aren't [1]** 65/18
**argument [1]** 82/16
**arguments [1]** 113/17
**arm [3]** 26/19 73/15 73/15

**armed [8]** 23/22 24/4 24/18 67/17 102/17 102/22 103/3 106/25
**arms [6]** 9/5 26/19 61/5 73/1 73/12 73/14
**around [13]** 20/1 21/17 27/10 35/7 40/13 62/24 63/13 80/5 84/11 96/19 99/18 103/15 109/15
**arrange [1]** 7/2
**arrest [8]** 9/18 37/24 39/3 39/18 50/20 56/24 67/17 78/11
**arrested [7]** 47/23 53/1 67/16 67/19 67/25 68/7 78/10
**arrested and [1]** 67/16
**arrests [1]** 41/23
**arrive [1]** 36/1
**arrived [2]** 36/5 36/14
**as [138]**
**ask [13]** 12/3 13/15 15/6 15/9 16/8 16/10 16/14 16/20 16/21 17/5 17/11 42/8 93/13
**asked [19]** 9/2 14/14 14/15 15/8 15/9 23/3 23/12 23/14 23/19 59/4 68/2 69/12 71/23 74/23 75/2 77/4 77/10 100/15 101/1
**asking [6]** 15/7 29/4 80/22 93/18 93/19 101/5
**assaults [1]** 41/24
**assigned [4]** 86/16 92/18 95/24 96/18
**assignment [3]** 19/5 92/16 95/23
**assist [1]** 89/22
**assistance [1]** 73/7
**assisted [1]** 106/20
**ATF [10]** 2/9 10/25 86/19 86/23 87/16 87/18 92/12 93/17 93/20 93/24
**attempt [1]** 67/12
**attempted [1]** 67/14
**attention [3]** 16/5 107/7 110/16
**attest [1]** 15/15
**available [1]** 51/9
**Avenue [16]** 8/13 9/7 11/9 20/1 20/13 20/20 21/25 40/20 42/10 55/17 72/20 96/20 97/4 97/5 97/9 98/11
**avoiding [1]** 15/20
**aware [2]** 90/16 93/3
**away [10]** 6/15 9/1 22/24 49/7 60/15 62/2 101/5 102/2 102/4 103/24
**awesome [1]** 14/16

**B**

**back [31]** 6/23 7/2 7/13 9/1 15/22 22/13 28/2 30/17 33/17 35/19 37/10 37/22 55/17 64/3 68/18 75/3 77/17 79/3 79/19 85/9 85/19 95/3 106/3 106/4 106/5 106/5 106/6 107/11 107/22 108/11 109/7
**backed [2]** 101/13 101/15
**backing [2]** 101/5 101/6
**backwards [2]** 102/13 103/11
**backyard [1]** 30/7
**backyards [1]** 47/5

**B**

**badge [3]**   23/8 57/20 72/10
**Baltimore [9]**   1/14 5/10 6/2
8/11 8/13 19/4 56/12 86/17
95/22
**barred [1]**   82/5
**barrel [1]**   111/10
**based [18]**   9/23 12/13 12/15
12/20 12/21 16/3 33/2 33/4
52/13 71/21 74/17 74/17
74/19 82/6 82/12 82/19 83/1
103/4
**basic [1]**   87/16
**basically [4]**   5/25 27/11
38/24 81/21
**BB [1]**   10/8
**be [64]**   4/1 4/7 4/24 4/25
4/25 5/7 5/8 5/15 5/25 6/13
6/16 6/23 6/24 7/1 7/13 7/22
10/17 14/2 14/10 14/14 15/1
15/19 16/20 17/11 18/17
24/18 26/21 32/15 33/5 42/22
43/6 52/11 52/20 52/23 61/24
62/6 62/20 64/20 65/14 66/4
71/3 71/4 76/6 80/23 82/4
82/5 82/20 82/25 83/21 84/5
84/16 84/19 85/17 85/19 86/5
87/7 89/17 95/11 101/10
103/7 112/23 112/25 113/9
114/10
**bear [2]**   40/6 77/24
**because [29]**   5/17 12/19 12/25
14/13 15/23 17/13 17/13
17/23 52/10 61/11 63/23
65/16 66/4 73/1 73/9 78/20
78/22 80/6 82/5 83/5 84/4
84/12 91/3 93/13 94/5 99/8
112/24 113/4 114/12
**been [45]**   9/24 11/24 17/18
19/7 20/2 27/3 27/14 28/5
36/20 38/6 40/13 42/5 44/4
45/5 46/15 47/12 47/19 48/5
48/19 49/10 49/17 51/21 54/8
55/20 55/22 55/23 56/1 56/18
76/21 81/10 82/8 86/19 88/1
89/1 89/7 89/8 89/14 90/13
92/12 96/1 96/21 107/1
108/17 109/8 111/13
**before [10]**   1/13 10/12 15/25
42/4 50/10 58/14 78/23 92/16
95/3 100/9
**began [4]**   35/16 50/6 59/17
101/5
**beginning [1]**   6/9
**behalf [5]**   1/18 1/20 2/7
2/21 6/18
**behind [11]**   9/11 25/17 28/3
28/14 29/7 31/22 63/20 63/22
74/4 105/2 108/1
**being [8]**   14/15 15/2 17/12
82/13 84/14 84/18 87/5 111/4
**believe [18]**   16/10 16/15
16/15 44/14 45/20 49/2 57/19
68/2 70/3 71/17 71/17 73/6
77/9 83/10 83/23 88/5 97/8
99/11
**believed [3]**   8/16 74/13 78/3
**believes [1]**   83/5
**belt [1]**   101/24
**bench [15]**   3/24 3/25 4/3

6/13 13/23 69/10 70/24 80/1
84/8 93/9 93/11 94/12 112/20
112/22 114/6
**bend [1]**   103/2
**Bennett [2]**   1/13 12/1
**bent [1]**   101/23
**best [5]**   51/8 53/14 54/16
55/7 55/8
**between [15]**   11/3 16/1 24/20
25/13 29/19 30/5 43/23 44/20
47/4 48/23 58/10 58/13 68/10
97/20 104/14
**beyond [4]**   13/3 13/4 18/2
93/5
**birth [3]**   51/2 51/12 51/25
**bit [5]**   8/1 15/11 17/16
86/22 100/9
**bits [1]**   102/11
**black [12]**   32/6 32/22 34/12
36/18 37/1 57/6 57/6 57/8
57/9 63/14 64/8 64/17
**black-and-white [1]**   57/6
**blind [1]**   82/9
**block [40]**   8/13 9/10 11/9
20/1 20/13 20/16 20/16 20/17
20/19 20/19 20/20 21/24
21/25 22/12 25/6 25/8 25/8
25/11 26/17 27/18 27/19 28/9
28/9 28/23 29/20 30/23 33/16
40/18 42/5 42/9 58/9 61/9
97/2 97/2 97/13 97/14 98/11
98/17 98/19 99/8
**blocks [1]**   58/4
**blue [7]**   21/6 90/1 90/2 92/4
92/5 92/8 97/23
**body [7]**   9/5 32/7 32/13 39/2
63/17 63/18 74/22
**book [6]**   81/16 90/1 90/2
92/4 92/5 92/8
**booking [1]**   38/11
**Bordering [1]**   45/13
**both [11]**   3/15 26/18 44/6
60/14 62/1 73/12 84/16 84/19
99/15 99/15 113/4
**bottom [3]**   8/25 54/13 97/8
**Bottom-left-hand [1]**   97/8
**BPD [1]**   5/5
**braids [1]**   99/16
**branch [1]**   87/19
**branches [2]**   65/6 65/9
**brand [5]**   83/8 89/10 90/8
90/13 90/17
**Brazil [11]**   11/2 82/24 83/3
83/6 83/10 89/12 89/15 89/20
89/23 90/16 91/4
**break [2]**   84/11 85/17
**breaking [2]**   65/15 65/22
**BRENDAN [3]**   1/20 2/23 13/23
**brief [5]**   15/24 71/3 76/6
84/20 87/11
**briefly [6]**   13/22 69/6 71/25
87/2 87/8 112/18
**bring [2]**   7/5 7/18
**bringing [1]**   3/21
**brought [1]**   84/10
**Brunswick [41]**   20/16 20/17
20/19 20/19 21/24 25/8 25/11
26/18 27/19 28/10 28/23
28/24 29/9 29/20 29/23 30/23
33/16 40/22 41/14 41/21 42/6
42/9 42/10 44/3 46/3 55/17

61/79 72/22 78/4 94/16 96/19
97/2 97/12 97/13 98/15 99/8
103/17 104/9 104/10 104/20
106/7
**Brunswick-Wilkens [1]**   41/21
**buildings [1]**   9/12
**built [2]**   15/24 99/15
**bulk [1]**   13/11
**bulletproof [3]**   23/11 72/7
72/8
**burden [3]**   17/15 17/24 18/4
**Bureau [3]**   2/15 86/15 93/2
**burglaries [1]**   41/25
**business [4]**   44/13 70/5 70/6
108/2
**button [1]**   20/5

**C**

**caliber [5]**   9/22 10/7 11/2
11/19 89/18
**call [22]**   2/3 67/8 67/12
67/14 75/3 75/7 75/8 78/14
78/22 79/1 79/9 79/24 80/6
80/11 81/4 84/24 85/4 85/11
91/23 93/24 94/9 112/24
**called [12]**   7/13 10/16 17/9
75/2 78/20 79/4 79/19 80/20
84/3 84/18 91/24 95/3
**calling [1]**   79/6
**calls [3]**   18/11 85/12 95/7
**came [11]**   11/11 11/17 21/24
22/13 23/20 79/3 92/23 97/19
103/15 106/13 108/16
**camera [1]**   79/13
**cameraman [2]**   27/11 30/25
**can [44]**   4/2 4/11 4/11 4/14
5/5 6/10 6/23 8/21 15/14
17/22 21/21 21/21 23/19
27/25 29/1 30/4 31/10 40/13
40/17 40/20 40/24 41/1 41/7
41/16 42/8 42/25 47/13 48/10
54/4 54/12 62/2 62/3 62/6
65/14 85/3 85/17 93/12
100/16 101/9 101/13 101/17
103/13 103/14 110/18
**can't [11]**   15/13 15/16 40/12
42/24 53/7 63/12 64/20 66/4
80/8 113/23 114/3
**cannot [2]**   6/24 7/1
**capabilities [1]**   93/19
**capacity [1]**   56/4
**car [35]**   8/19 8/21 9/8 9/19
11/11 19/15 19/17 22/22 23/3
58/19 58/21 59/22 62/21 63/1
72/1 96/9 96/11 96/12 96/13
100/8 100/11 101/25 102/3
103/18 104/1 104/2 104/2
104/4 104/4 104/5 106/1
106/7 111/22 112/9 112/13
**cargo [1]**   57/18
**carrying [3]**   66/10 102/23
103/7
**case [48]**   1/6 2/3 2/6 2/18
3/5 4/22 5/15 5/17 5/25 8/8
10/1 12/24 13/11 13/14 14/2
14/19 14/24 14/25 15/14
15/23 15/23 16/3 16/19 17/2
17/15 17/16 17/24 37/4 42/25
53/17 54/1 76/10 78/11 79/18
80/6 80/7 80/10 81/10 81/23
82/2 82/12 83/14 83/18 92/19

**C**

**case... [4]** 92/21 93/24 113/14 113/20
**cases [3]** 50/22 70/13 78/15
**catch [4]** 35/1 60/12 60/15 62/3
**caught [1]** 9/15
**cause [16]** 6/12 6/13 6/14 38/1 38/11 38/12 38/16 39/16 53/19 53/21
**cautious [1]** 61/10
**CDS [1]** 43/21
**cell [1]** 24/10
**center [3]** 57/11 59/13 87/15
**certain [2]** 64/21 66/4
**certainly [13]** 51/19 54/6 56/16 70/4 70/7 75/22 76/19 82/25 83/20 87/14 93/21 94/9 101/11
**certify [1]** 114/19
**chain [1]** 101/4
**chair [2]** 7/2 7/3
**challenging [1]** 87/6
**chamber [1]** 111/25
**chance [3]** 12/3 15/5 17/7
**change [1]** 112/18
**changing [1]** 39/20
**characteristics [5]** 24/4 33/4 102/17 102/22 103/3
**characterize [1]** 41/17
**charged [2]** 9/24 12/6
**chase [2]** 9/7 105/23
**chased [1]** 26/7
**chasing [8]** 26/10 26/12 34/25 64/16 64/17 72/18 78/2 105/2
**check [5]** 24/9 102/23 102/24 106/23 106/24
**checked [2]** 91/25 92/4
**checkered [1]** 97/23
**checking [1]** 8/24
**choice [2]** 17/2 17/5
**choose [1]** 17/6
**circumstantial [4]** 15/24 16/1 16/4 16/13
**citizen [1]** 14/16
**citizens [2]** 12/20 34/7
**city [8]** 5/10 6/3 8/11 19/4 19/25 56/12 95/22 96/17
**claims [1]** 16/23
**clarify [1]** 82/11
**classes [1]** 24/1
**clause [1]** 82/3
**cleaned [3]** 34/7 107/19 107/21
**clear [9]** 15/12 26/21 32/15 32/24 49/25 52/20 62/6 62/20 103/13
**clearly [9]** 25/21 26/5 29/13 31/24 49/6 73/4 102/7 102/8 104/24
**Clerk [3]** 4/1 20/4 85/14
**Clint [2]** 2/7 8/7
**CLINTON [1]** 1/17
**close [2]** 24/20 112/7
**closely [1]** 16/2
**closer [1]** 24/20
**closing [3]** 38/19 63/23 113/17
**clothes [4]** 19/14 56/3 56/5 96/8

**clothing [3]** 7/4 7/11 97/21
**co [1]** 8/7
**co-counsel [1]** 8/7
**cobwebs [1]** 111/8
**colleague [1]** 13/14
**collect [3]** 17/2 17/3 17/7
**color [1]** 34/15
**colored [2]** 57/7 110/9
**come [16]** 3/25 12/12 13/8 13/15 17/9 21/7 23/4 32/18 33/16 43/15 47/16 67/8 67/9 67/10 75/9 79/2
**comes [2]** 7/1 12/25
**coming [8]** 8/22 23/14 23/17 29/2 98/15 99/23 101/5 106/2
**commence [1]** 2/1
**commencing [1]** 1/12
**commerce [5]** 10/10 11/3 11/24 81/18 90/22
**commercial [3]** 44/6 44/15 108/2
**committing [2]** 13/5 14/8
**communication [1]** 62/16
**Company [1]** 31/8
**complaint [1]** 37/4
**completed [3]** 87/14 87/16 87/17
**completely [1]** 108/3
**computer [1]** 38/21
**concerned [1]** 85/18
**conclude [1]** 37/8
**concluded [2]** 33/5 79/18
**conclusion [2]** 18/5 74/15
**conclusions [5]** 16/16 24/17 33/2 83/24 103/4
**condition [1]** 109/6
**conditions [2]** 16/24 53/14
**conference [11]** 69/10 70/24 80/1 80/6 84/8 93/11 94/12 112/22 112/24 114/6 114/20
**confirming [1]** 89/22
**conflict [1]** 80/3
**confrontation [2]** 82/3 82/14
**connection [1]** 37/23
**consider [1]** 112/1
**consistent [1]** 12/4
**contact [7]** 60/1 91/13 91/17 91/21 97/19 98/6 114/2
**contain [1]** 51/1
**contained [1]** 55/9
**continue [1]** 88/23
**continued [3]** 22/11 34/25 99/25
**continues [2]** 104/11 104/13
**continuous [1]** 101/3
**contraband [1]** 110/7
**control [5]** 66/15 67/8 75/2 75/4 78/16
**conversation [2]** 102/10 106/22
**convict [3]** 12/17 12/20 12/21
**convicted [4]** 9/25 10/6 10/18 11/25
**copy [2]** 3/14 54/24
**corner [13]** 6/24 7/3 20/21 30/24 32/5 32/6 32/13 33/9 33/15 38/19 97/6 97/8 107/5
**corners [1]** 42/15
**correct [158]**
**correcting [1]** 78/18
**corresponding [1]** 37/3

**could [47]** 9/2 15/15 23/3 23/13 24/21 25/21 26/5 26/13 26/16 26/18 29/13 30/11 31/3 31/24 32/8 32/12 32/21 40/8 43/6 59/4 60/4 60/5 60/5 61/19 64/23 65/16 73/2 73/4 73/9 74/6 74/9 97/21 100/15 101/2 102/7 102/9 102/10 102/11 103/7 103/22 104/24 105/7 105/23 110/17 110/18 111/9 113/22
**couldn't [7]** 32/23 32/24 74/12 77/19 102/11 105/14 106/19
**counsel [10]** 2/8 2/24 5/5 8/3 8/7 18/23 86/10 95/17 97/20 114/10
**country [2]** 12/20 13/4 17/22 89/12 89/20
**couple [4]** 35/22 36/4 68/11 109/19
**course [3]** 12/24 17/24 61/11
**court [15]** 1/1 1/25 2/1 4/1 5/5 7/14 15/18 32/8 75/14 80/4 80/23 81/9 82/1 88/2 114/23
**Court's [3]** 82/16 94/21 101/8
**Courthouse [1]** 1/14
**courtroom [5]** 12/13 12/25 13/22 76/10 85/18
**cover [1]** 6/8
**covered [1]** 111/4
**CR [1]** 1/6
**Crawford [4]** 70/18 81/24 82/2 82/18
**create [1]** 51/10
**creation [1]** 92/2
**crime [22]** 9/25 10/6 10/18 11/25 13/2 13/5 13/8 14/8 41/12 41/21 75/5 75/7 75/8 75/9 75/10 78/18 78/19 78/20 79/2 79/4 79/7 99/6
**crimes [1]** 41/25
**criminal [3]** 2/6 70/13 87/14
**critical [3]** 16/20 16/20 17/12
**cross [8]** 40/2 70/20 82/14 91/4 91/9 91/11 94/1 113/9
**cross-examination [4]** 40/2 70/20 91/9 91/11
**cross-examine [2]** 82/14 94/1
**cuffed [2]** 66/18 67/16
**cuffs [4]** 9/17 66/13 68/8 106/21
**curb [2]** 8/19 22/18
**current [1]** 95/23
**currently [2]** 86/14 95/24
**customer [1]** 91/24
**cut [12]** 9/10 9/11 25/7 25/13 27/8 28/2 29/19 30/15 45/7 103/16 105/17 107/21
**cut-through [1]** 45/7

**D**

**Dan [5]** 5/1 5/2 5/11 6/1 80/2
**Daniel [5]** 85/13 86/4 86/8 88/7 115/10
**dark [7]** 33/25 34/12 34/15 34/15 49/14 106/13 110/9
**dark-colored [1]** 110/9

**D**

**data [1]**   114/20
**date [5]**   51/2 51/12 51/25
 54/19 54/20
**day [13]**   1/11 10/14 19/11
 19/25 77/18 77/19 81/1 81/4
 84/13 84/24 85/4 96/5 96/17
**daylight [1]**   49/10
**days [2]**   8/7 42/4
**daytime [1]**   33/23
**dead [3]**   25/12 30/16 30/17
**dealt [1]**   3/5
**debris [7]**   34/8 47/10 65/6
 65/9 107/20 109/17 110/1
**decide [2]**   99/1 99/17
**decided [2]**   79/9 99/18
**decision [2]**   8/17 99/24
**decisions [1]**   14/14
**declare [1]**   54/16
**defendant [23]**   1/8 1/20 2/21
 3/11 4/18 5/6 6/18 8/14 21/6
 21/9 49/25 76/18 85/17 87/6
 98/1 100/15 101/4 103/7
 103/21 106/15 106/17 106/18
 106/25
**Defendant's [14]**   40/14 43/25
 45/5 46/16 47/12 47/20 48/6
 48/20 51/22 54/9 56/19 62/6
 76/22 76/25
**Defender's [1]**   2/23
**defense [9]**   5/5 5/22 7/10
 43/24 69/23 86/24 87/1 87/4
 88/9
**definitely [3]**   63/1 77/8
 111/14
**definition [1]**   10/23
**degree [7]**   33/10 46/18 47/14
 61/13 106/13 106/14 107/5
**delay [2]**   7/24 7/25
**demanding [1]**   17/11
**demands [1]**   16/5
**department [6]**   5/11 6/3 19/4
 51/9 70/17 95/22
**depict [2]**   47/14 49/3
**depicted [1]**   40/15
**depiction [1]**   57/1
**depicts [1]**   45/6
**Deputy [2]**   4/1 85/14
**describe [7]**   21/21 30/3 40/17
 60/11 60/12 86/21 98/13
**described [4]**   41/4 47/21
 52/11 63/16
**describing [1]**   45/11
**description [2]**   22/11 62/1
**descriptive [1]**   51/1
**designated [1]**   2/18
**designed [1]**   10/22
**destroy [1]**   17/7
**destroys [1]**   17/3
**Detective [1]**   5/11
**determination [1]**   89/13
**determine [3]**   89/7 89/10 90/6
**determined [1]**   81/16
**determining [1]**   90/4
**developing [2]**   68/16 82/7
**dialogue [1]**   13/23
**Diaz [2]**   81/23 82/17
**did [141]**
**didn't [17]**   26/20 26/21 52/25
 53/13 61/15 61/17 62/11

 64/14 64/16 77/16 78/14
 78/22 79/12 92/8 100/12
 105/17 111/20
**difference [1]**   16/1
**different [3]**   34/6 46/7 52/18
**difficult [5]**   15/1 15/23
 16/18 30/10 73/8
**difficulty [1]**   15/12
**digital [1]**   79/13
**dire [3]**   3/14 3/20 4/20
**direct [3]**   16/1 16/6 19/1
 48/16 48/18 77/12 86/12 93/6
 94/8 95/19 107/7 110/16
 113/4 113/6
**directed [2]**   107/8 108/13
**direction [1]**   27/22
**directly [3]**   28/3 28/14 29/7
**dirt [3]**   111/3 111/5 111/10
**disappoint [1]**   16/19
**discarded [1]**   37/6
**discuss [5]**   58/17 79/18 91/14
 95/2 114/11
**discussed [1]**   53/21
**discussing [2]**   44/4 50/4
**discussions [1]**   4/2
**dispatch [1]**   105/22
**dispatched [2]**   99/4 99/7
**displayed [1]**   103/3
**distance [3]**   16/23 24/20
 28/16
**distributed [1]**   50/16
**DISTRICT [9]**   1/1 1/1 19/6
 37/15 37/22 41/8 55/18 55/23
 95/24
**diverse [1]**   45/1
**divide [1]**   45/15
**division [3]**   1/2 48/23 86/18
**do [91]**   3/15 3/16 3/24 8/1
 12/20 16/10 16/11 16/14
 16/15 17/5 18/3 18/4 18/5
 19/3 19/11 20/4 20/10 23/10
 23/18 23/22 24/14 24/15 27/4
 27/15 28/6 28/19 29/15 30/20
 32/1 33/12 34/24 37/2 38/7
 39/18 40/15 43/1 44/1 45/21
 46/25 48/6 51/12 56/6 56/19
 58/10 58/17 61/3 63/5 65/22
 66/8 67/14 67/15 68/3 69/25
 71/4 71/17 74/21 74/24 75/11
 77/4 77/15 77/16 77/22 80/3
 80/8 80/20 81/3 81/9 84/12
 86/14 90/7 90/12 90/21 92/3
 92/19 92/25 94/3 95/21 96/22
 99/17 100/13 103/20 104/4
 107/4 108/14 108/22 109/2
 111/19 111/23 112/11 113/8
 114/13
**document [4]**   38/20 55/6 70/19
 85/9
**does [23]**   4/9 30/13 30/13
 34/3 43/18 45/15 46/24 46/24
 47/8 47/13 49/3 51/22 54/15
 54/24 55/1 71/12 71/15 80/4
 85/17 93/14 93/20 107/18
 109/10
**doesn't [5]**   32/8 53/8 56/12
 102/25 103/2
**doing [5]**   22/20 73/14 81/2
 98/23 99/19
**don't [28]**   6/8 6/11 6/13
 6/25 12/21 13/24 13/25 15/5

 15/7 15/9 34/14 38/15 43/15
 63/8 65/24 73/6 73/20 77/21
 77/22 79/1 79/13 81/11 81/12
 83/23 92/1 92/21 93/9 112/20
**done [1]**   39/21
**door [3]**   58/21 98/22 100/19
**Dorr [5]**   5/1 5/10 5/12 6/2
 113/13
**doubt [3]**   13/3 13/4 18/2
**down [58]**   4/9 8/22 9/7 9/10
 11/11 11/13 11/14 14/9 21/24
 22/12 25/6 25/11 25/12 26/7
 26/17 27/18 28/2 28/23 29/2
 29/19 29/21 30/1 30/15 30/16
 31/3 33/17 42/8 46/3 47/20
 47/22 53/7 61/3 61/7 61/7
 61/9 62/5 62/8 62/11 63/24
 63/25 64/2 64/5 72/19 73/16
 79/17 95/1 98/19 103/15
 103/17 104/8 104/9 104/11
 104/13 105/19 106/10 106/13
 107/6 107/21
**draw [7]**   21/21 24/17 33/2
 74/9 99/21 100/24 103/4
**drawn [2]**   12/15 16/16
**dreadlocks [2]**   52/16 71/13
**drew [2]**   66/1 74/15
**drive [1]**   99/18
**driving [7]**   19/21 56/10 58/1
 60/4 96/15 96/16 100/4
**drove [1]**   98/19
**drug [6]**   41/18 41/24 42/14
 86/17 92/17 110/5
**drugs [7]**   42/15 42/19 43/1
 43/1 43/11 99/6 110/5
**DULY [3]**   18/16 86/4 95/10
**duplication [2]**   43/23 45/4
**during [8]**   3/24 6/24 7/4
 28/18 33/23 97/19 100/17
 101/25
**duties [1]**   14/23
**duty [1]**   55/20
**dwelling [6]**   22/19 22/21 30/6
 30/6 45/11 45/12
**dwellings [3]**   22/3 25/12
 25/13

**E**

**each [3]**   10/15 14/12 14/13
**earlier [4]**   15/13 33/4 53/16
 91/22
**early [2]**   8/10 33/25
**easiest [1]**   14/25
**easily [2]**   43/4 81/20
**east [3]**   27/20 97/10 98/11
**ECU [3]**   78/14 78/15 78/16
**Edwards [1]**   80/7
**eight [4]**   45/22 45/23 55/20
 96/2
**either [1]**   24/5
**elapsed [2]**   58/10 68/9
**electrical [3]**   48/13 48/13
 48/15
**element [1]**   82/10
**elements [2]**   10/15 11/22
**else [12]**   10/12 39/15 82/12
 82/12 82/13 90/17 92/10
 93/17 93/24 96/13 101/14
 109/25
**encounter [8]**   21/3 21/5 21/16
 21/22 71/24 97/16 97/18

**E**

encounter... [1]   98/14
encountered [1]   21/14
encounters [1]   74/20
end [11]   9/10 13/14 15/9
 25/12 49/20 55/18 70/24 84/8
 94/12 99/6 114/6
ended [2]   105/20 106/2
ends [4]   25/12 30/6 30/16
 30/17
Enforcement [1]   87/15
enough [8]   12/11 12/12 12/19
 12/24 13/13 64/6 73/8 73/22
entered [2]   89/2 89/14
entire [3]   78/2 81/12 82/4
entirely [2]   82/6 82/12
entitled [2]   82/8 114/19
entranceway [1]   45/7
envelope [1]   112/12
equivalent [1]   24/9
erase [1]   97/6
Esq [4]   1/17 1/17 1/19 1/20
essentially [1]   70/11
establish [1]   83/1
establishes [1]   11/22
establishing [1]   10/15
estimate [1]   60/9
even [3]   13/25 42/2 105/17
evening [1]   57/2
event [2]   79/19 95/2
events [1]   101/4
eventually [3]   9/17 9/19
 21/22
ever [9]   14/15 21/12 21/14
 26/7 66/8 90/13 91/13 98/3
 112/7
every [3]   17/16 77/18 77/19
everybody [1]   81/7
everyone [2]   2/2 84/25
everything [4]   39/15 74/15
 101/3 102/9
everywhere [1]   107/20
evidence [28]   10/15 11/21
 12/5 13/12 15/24 16/1 16/4
 16/6 16/13 17/2 17/3 17/4
 17/4 17/7 17/8 17/17 67/8
 70/7 70/12 70/21 75/2 75/3
 78/16 79/2 82/2 109/4 112/4
 112/14
exactly [5]   32/24 34/3 63/1
 102/11 109/11
examination [11]   19/1 40/2
 70/20 70/21 71/1 76/7 86/12
 91/9 91/11 93/6 95/19
examinations [1]   90/10
examine [3]   82/14 89/16 94/1
examiner [1]   5/4
exception [1]   88/14
excess [1]   6/10
exclude [1]   70/12
excuse [2]   72/18 76/18
excused [2]   79/22 95/5
exhibit [39]   20/3 27/4 27/14
 28/6 28/19 29/15 30/8 30/19
 31/9 33/12 35/5 36/21 38/7
 40/14 43/25 45/5 45/20 46/2
 46/16 47/13 47/20 48/6 48/20
 51/22 54/9 56/19 62/6 71/4
 75/25 76/22 76/25 89/2 89/14
 96/22 107/2 107/12 107/13

Exhibits [1]   43/24
exited [1]   23/2
expel [1]   10/22
experience [2]   74/17 90/8
experiences [1]   79/10
expert [19]   81/19 82/20 84/4
 84/15 84/21 86/25 87/5 87/7
 87/18 88/2 88/8 88/14 88/15
 88/19 89/16 90/3 93/17 93/18
 94/2
expertise [5]   82/21 82/25
 87/4 87/6 88/10
experts [1]   82/8
explain [1]   84/21
explaining [2]   13/11 84/1
explosive [1]   10/23
Explosives [2]   2/16 86/16
extra [2]   16/18 17/12
extremely [1]   14/12

**F**

F-A-B-I-E-N [1]   95/14
Fabien [9]   5/12 6/2 8/12
 11/6 19/20 95/8 95/10 95/14
 115/15
facilities [2]   85/3 85/17
facing [2]   49/6 100/20
fact [8]   10/21 14/23 15/8
 37/18 42/2 42/4 53/4 82/9
facts [5]   12/16 16/16 18/1
 83/13 92/21
fair [6]   13/16 41/17 42/22
 57/1 64/6 73/8
fairly [3]   25/22 34/8 45/6
fairness [3]   33/22 103/8
 107/11
fall [4]   61/17 65/16 65/24
 103/2
falls [2]   17/17 17/21
familiar [1]   42/17
family [1]   6/17
far [8]   22/24 25/17 31/22
 62/20 74/4 85/18 102/2
 103/24
fast [4]   68/16 73/2 73/9
 101/3
fast-developing [1]   68/16
fault [1]   7/25
February [2]   86/20 92/13
February 18 [1]   86/20
federal [8]   2/23 10/23 70/7
 70/12 82/2 87/15 88/2 89/17
feet [12]   22/25 25/18 31/23
 35/4 35/8 60/9 61/24 62/23
 63/22 74/5 104/6 104/7
fell [2]   64/8 65/4
fellow [3]   12/20 13/1 14/16
fence [13]   25/13 29/20 30/5
 30/7 30/16 45/15 45/15 48/24
 104/15 104/15 105/13 105/13
 105/15
few [5]   3/22 8/7 9/15 42/4
 113/3
fiancée [3]   6/19 6/21 6/22
Field [1]   86/17
fight [1]   35/16
fighting [2]   39/21 68/11
figure [1]   15/7
filled [1]   109/4
finally [3]   35/19 90/20 94/15

find [3]   18/5 109/20 109/21
fine [3]   81/8 87/3 94/10
finger [1]   21/21
fingerprint [4]   17/3 93/4
 93/23 112/16
fingerprints [3]   17/10 93/19
 94/3
finish [2]   80/21 113/5
finished [1]   95/4
firearm [24]   9/24 10/8 10/21
 10/22 10/23 11/23 59/15 84/4
 84/16 84/17 89/4 89/7 89/11
 89/14 89/17 89/19 89/22 90/4
 90/11 90/22 91/3 91/14 92/4
 92/5
firearms [18]   2/15 5/4 17/11
 86/16 87/12 87/17 87/19
 87/21 88/7 88/20 90/3 90/6
 90/8 90/9 90/10 90/13 90/17
 93/2
first [19]   3/23 10/3 10/16
 10/17 18/10 18/18 22/4 30/15
 52/22 54/19 54/21 54/22 58/5
 58/11 68/6 78/10 81/19 100/6
 113/6
five [11]   5/13 19/8 55/23
 68/12 74/19 85/16 85/19
 85/20 85/20 113/1 113/6
five-minute [2]   85/19 85/20
flashlight [16]   25/24 31/14
 31/16 36/17 58/22 58/24 60/7
 60/21 60/24 66/10 72/24 73/6
 73/9 74/1 106/3 108/7
flashlights [1]   108/6
flat [1]   66/20
fled [1]   27/23
flee [2]   24/6 24/8
flexes [1]   13/1
flip [1]   40/8
Florida [1]   90/19
focused [1]   87/17
focusing [1]   87/12
folder [1]   110/17
follow [5]   25/14 28/3 29/5
 30/1 62/8
followed [6]   7/15 9/8 9/12
 11/13 62/12 103/22
following [3]   4/24 28/14
 103/24
foot [7]   9/7 26/12 28/16
 65/15 65/23 105/2 105/22
force [3]   10/22 55/24 92/17
foregoing [1]   114/19
forget [1]   14/23
forty [1]   52/8
forty pounds [1]   52/8
forward [2]   9/2 58/20
found [6]   9/20 9/22 11/19
 78/20 78/25 109/12
four [4]   6/4 10/15 68/10
 68/11
frankly [1]   83/13
free [2]   93/22 94/9
freely [1]   73/15
front [27]   6/10 8/15 8/23
 9/6 11/9 13/15 19/23 22/15
 26/13 27/7 29/13 31/4 31/18
 31/24 43/8 64/15 68/7 72/12
 72/13 73/4 73/16 74/7 91/14
 98/22 100/2 100/2 100/18
front-passenger [1]   19/23

**F**

**FUCHS [35]**   1/17 2/3 2/7 2/10
8/4 8/7 12/8 12/23 18/10
19/2 20/6 20/9 21/2 21/11
32/14 36/24 38/5 39/24 40/7
46/7 49/1 49/2 69/5 71/2
75/24 79/23 80/19 95/6 95/20
97/11 98/2 101/19 107/12
107/16 108/21
**fully [2]**   110/21 110/24
**furnished [1]**   99/10
**further [12]**   7/7 35/4 39/23
47/20 47/22 69/2 73/7 75/16
75/18 79/14 91/7 94/22

**G**

**garbage [3]**   34/8 107/22 110/2
**gave [2]**   9/7 12/23
**general [1]**   90/6
**generally [1]**   51/1
**gentleman [2]**   14/4 88/18
**gentlemen [10]**   7/24 8/6 12/17
13/13 84/9 85/25 86/22 87/11
88/12 114/7
**get [20]**   15/5 15/25 17/7
22/22 23/25 35/19 42/8 58/19
60/15 62/2 62/21 66/13 81/1
83/7 85/9 85/22 100/11
102/19 103/18 108/4
**getting [2]**   90/20 106/21
**give [4]**   87/11 88/13 88/16
93/18
**given [1]**   88/20
**gives [1]**   85/2
**giving [1]**   105/23
**glass [5]**   34/8 46/9 48/3
65/6 65/8
**gloves [1]**   111/15
**go [30]**   3/22 4/23 6/5 14/22
15/22 20/23 22/9 25/10 30/15
32/10 33/17 35/13 37/14
37/21 45/3 47/8 62/11 68/24
71/24 81/4 87/2 101/17
105/16 105/25 106/6 106/10
106/25 107/2 113/17 113/20
**goes [3]**   49/9 83/3 99/6
**going [87]**   4/14 8/8 8/10
10/14 10/15 10/20 10/25 11/1
11/5 11/7 11/8 11/13 11/15
11/17 11/22 12/2 12/3 12/5
12/23 13/8 13/9 13/11 13/12
13/14 13/15 14/1 14/10 14/13
17/5 20/2 25/8 26/19 26/25
27/3 28/24 29/2 30/8 35/5
38/6 39/10 40/12 43/22 43/24
46/15 47/19 48/19 51/21 54/8
56/18 58/17 61/7 68/19 71/3
79/24 80/3 80/5 80/9 80/10
81/3 81/3 81/8 81/15 81/20
82/20 82/21 82/25 83/2 83/22
84/1 84/5 84/10 84/20 85/4
85/15 89/1 93/13 96/21 99/7
99/25 102/3 102/7 102/9
105/19 108/17 112/18 112/25
114/7
**good [12]**   2/2 2/10 2/12 2/13
2/25 3/2 3/3 8/6 40/4 40/5
85/6 85/7
**got [31]**   5/10 8/20 8/21 8/25
11/10 15/24 32/5 32/5 35/23
39/21 58/12 58/14 58/21
58/21 58/22 61/9 66/17 72/1
73/17 80/3 80/6 100/12
105/13 106/1 106/5 106/16
106/23 109/3 109/8 112/24
113/4
**gotten [1]**   59/22
**Government [26]**   1/18 3/8 5/20
7/8 10/2 10/7 12/12 12/22
12/25 13/7 13/10 14/7 17/12
17/15 18/10 18/11 18/16
43/24 70/20 85/12 86/4 88/6
89/8 95/7 95/10 114/10
**Government's [27]**   8/8 14/3
20/3 27/4 27/14 28/5 28/19
29/15 30/8 30/19 31/9 33/12
35/5 36/20 38/7 45/20 45/24
46/2 71/4 75/25 89/2 96/22
107/2 107/13 108/18 110/16
113/14
**grab [3]**   24/25 103/1 103/2
**grabbed [1]**   101/23
**grabbing [2]**   59/10 61/20
**great [1]**   12/23
**ground [24]**   9/14 9/16 11/16
11/18 33/6 34/17 35/13 35/16
36/8 36/12 36/13 64/25 65/2
65/25 66/20 106/20 108/15
108/25 109/25 110/3 110/5
110/7 110/10 111/4
**group [3]**   13/24 86/17 92/18
**guess [5]**   49/17 53/7 65/24
70/9 105/21
**guilt [1]**   18/1
**guilty [3]**   12/5 13/18 18/7
**gun [54]**   9/21 10/4 10/8 10/9
10/10 10/11 11/1 11/16 11/19
23/9 24/6 26/21 33/18 33/20
37/2 37/8 57/22 64/8 66/8
66/22 67/4 67/6 72/14 74/12
74/13 74/16 78/23 79/1 81/10
81/16 82/22 83/2 83/9 83/9
90/1 90/2 92/4 92/5 92/8
92/22 102/23 102/23 103/8
106/24 106/25 109/21 110/12
110/20 110/21 111/6 111/8
111/13 111/17 112/7
**guns [3]**   43/11 43/13 110/3
**gut [1]**   68/24
**guy [3]**   17/13 80/14 99/19

**H**

**H-U-T-E-R [1]**   18/21
**had [50]**   7/24 9/21 11/19
13/22 17/2 17/5 21/12 21/14
25/2 34/20 36/7 36/16 37/6
42/5 49/2 49/16 50/9 50/9
50/11 50/14 50/15 52/15 53/1
55/20 57/20 59/21 59/22
63/24 64/2 64/5 67/25 68/7
68/9 68/21 71/18 71/21 72/24
74/19 77/15 77/23 92/16 98/3
98/6 98/6 99/15 102/16
104/10 106/25 109/18 111/13
**hadn't [1]**   98/5
**half [2]**   102/3 113/10
**hallway [1]**   15/17
**hand [21]**   15/6 18/15 23/21
26/1 30/14 32/4 32/6 32/12
32/18 32/21 56/18 60/7 60/22
63/14 72/24 86/3 95/9 97/6
**handcuff [1]**   35/20
**handcuffs [4]**   35/23 36/10
106/17 106/20
**handgun [9]**   9/13 32/22 33/5
36/16 36/18 36/19 37/1 75/12
108/16
**handguns [2]**   74/20 75/10
**hands [2]**   24/22 100/21
**hanging [1]**   73/16
**happen [1]**   43/18
**happened [15]**   12/17 12/22
22/1 23/1 23/13 24/19 33/25
35/15 35/18 46/12 68/4 68/12
68/14 101/1 101/3
**hard [2]**   62/2 62/3
**harder [1]**   16/4
**hardest [3]**   60/12 60/15 60/15
**has [26]**   10/2 10/7 13/7 14/8
16/16 17/15 20/2 21/8 27/3
38/6 45/5 47/19 48/5 48/13
48/19 52/18 54/8 57/11 76/21
84/16 84/18 87/4 92/19 93/16
94/2 97/25
**hasn't [1]**   102/25
**have [94]**   3/13 3/15 4/9 5/6
5/24 6/3 6/9 6/23 6/25 10/3
10/5 10/9 12/2 12/21 13/3
13/10 15/6 16/2 16/8 16/10
16/14 16/14 16/20 17/18
17/18 17/19 17/19 17/20 18/1
19/7 23/22 25/24 30/17 31/14
43/11 46/24 49/10 49/17
54/13 55/22 56/1 58/24 60/7
61/3 63/25 64/23 65/8 67/19
67/21 68/24 69/2 69/6 71/12
71/15 72/4 73/6 75/20 76/9
79/4 79/13 79/14 79/25 80/9
81/10 82/8 84/16 86/19 87/20
87/22 87/23 88/1 88/3 89/4
89/6 89/7 90/7 90/13 90/15
90/21 91/14 92/1 92/12 93/4
93/20 96/1 102/16 102/20
106/22 108/5 108/7 109/15
110/22 113/3 114/2
**having [2]**   9/24 11/24
**Hayden [5]**   2/8 2/12 5/11
5/14 6/1
**he [172]**
**he'll [1]**   84/19
**he's [14]**   2/18 5/4 5/17
10/25 14/7 17/4 53/7 60/9
61/22 80/3 80/14 81/15 84/5
93/14
**head [1]**   98/19
**headed [3]**   55/17 98/11 98/16
**headset [5]**   3/25 4/8 4/9 4/11
4/18
**hear [20]**   4/2 4/6 4/7 4/11
4/14 8/2 8/10 10/14 10/16
10/20 10/25 11/5 12/5 34/17
65/16 93/12 102/9 102/10
102/11 102/11
**heard [7]**   17/20 64/24 65/1
65/8 65/14 74/24 102/10
**hearing [5]**   66/1 74/24 74/25
77/5 77/10
**hearsay [8]**   70/1 70/3 70/15
70/17 82/6 82/8 82/19 83/11
**heavy [3]**   34/20 60/24 61/1
**height [5]**   51/4 51/7 51/8

**H**

**height... [2]**   51/12 52/5
**held [7]**   1/12 69/10 77/10
80/1 93/11 111/24 112/22
**hello [1]**   15/17
**her [1]**   88/13
**here [61]**   3/21 3/24 3/25 4/2
4/5 4/14 5/24 6/13 6/17 6/18
9/5 9/23 10/11 12/22 13/8
14/21 15/3 20/15 22/2 22/14
25/6 25/7 25/12 27/10 30/17
31/10 31/11 31/11 33/22
39/18 41/9 43/23 44/11 45/11
46/22 62/11 65/4 74/24 79/25
80/11 84/2 85/19 92/22 97/20
98/15 98/21 99/24 100/1
103/15 103/16 103/16 104/2
104/3 104/13 105/21 106/1
106/2 106/13 108/1 112/19
114/8
**here's [1]**   84/9
**herein [1]**   7/16
**hidden [1]**   109/18
**hiding [1]**   43/3
**high [7]**   41/12 50/20 50/23
86/17 92/17 99/6 105/13
**high-intensity [2]**   86/17
92/17
**him [111]**   5/9 5/16 8/18 8/20
9/2 9/12 9/15 9/16 9/17 9/18
11/10 11/12 11/13 21/14 22/4
22/6 22/7 23/3 23/4 23/13
23/14 23/19 24/20 24/22
24/23 24/25 25/17 25/21 26/7
26/7 26/10 26/12 26/13 26/23
28/3 28/3 29/7 30/1 31/24
32/1 32/6 32/12 35/1 35/12
35/17 35/19 35/20 35/23 36/7
36/16 37/16 37/18 39/21
50/10 53/1 53/11 59/4 59/19
60/4 60/13 60/16 62/16 63/20
63/22 63/23 64/15 64/16 66/8
66/13 67/17 67/19 67/19 68/2
68/7 73/9 74/9 74/21 78/2
81/19 85/2 93/13 93/18 98/6
99/1 99/19 99/23 99/25 100/2
100/3 100/10 100/15 100/18
100/19 101/2 101/4 104/10
104/17 104/17 104/24 105/2
105/2 105/7 105/11 105/17
105/19 106/6 106/20 106/21
106/23 113/6 114/2
**hip [4]**   23/8 57/20 57/24
72/10
**his [64]**   6/19 6/21 6/22 8/23
9/5 9/5 9/6 9/14 11/16 23/20
23/21 26/19 26/19 32/6 32/7
32/12 32/18 32/21 35/19 50/7
52/13 59/10 59/13 60/14
61/20 63/14 63/16 63/17
63/18 63/18 65/22 67/21 68/2
73/14 73/15 73/15 73/16 74/9
74/22 78/25 79/2 80/20 82/11
82/21 82/21 82/25 83/1 83/24
84/23 87/6 88/9 88/13 88/20
100/21 100/24 101/6 101/22
101/22 101/23 102/14 105/5
105/6 106/2 113/24
**hit [6]**   27/2 33/6 34/17 65/1
65/25 97/6

**hitting [5]**   63/23 64/24 65/8
**hmm [1]**   77/14
**hold [5]**   5/18 13/25 17/24
18/4 70/10
**holding [3]**   9/6 105/5 105/5
**holster [1]**   57/22
**home [2]**   98/20 100/2
**homicide [1]**   75/13
**homicides [1]**   75/12
**honor [63]**   2/4 2/13 2/19
2/22 3/9 3/12 3/16 3/18 5/4
5/14 5/21 5/23 7/9 7/11 7/20
8/5 12/10 18/11 36/22 38/3
39/23 40/1 51/18 54/5 56/15
69/6 69/7 69/8 69/12 69/22
69/25 70/22 70/23 75/14
75/16 75/20 76/2 76/6 76/17
77/2 79/15 79/24 80/2 83/8
83/25 85/12 86/24 88/6 88/11
88/24 90/23 91/7 91/10 93/5
93/8 94/25 95/7 97/24 101/10
107/13 108/19 113/1 114/1
**Honorable [1]**   1/13
**honored [1]**   14/4
**hood [1]**   111/22
**hot [1]**   99/5
**hot-spot [1]**   99/5
**hour [1]**   113/10
**hours [1]**   55/20
**house [8]**   8/15 22/15 29/19
42/17 42/19 43/6 100/9
104/15
**houses [5]**   42/23 44/9 44/18
44/22 104/14
**how [36]**   15/22 15/23 19/7
20/4 22/24 25/17 30/3 31/22
35/11 35/21 36/3 37/2 53/16
56/1 58/10 65/14 65/22 68/8
74/4 77/12 77/16 80/4 81/2
86/19 87/23 88/4 89/13 92/12
96/1 102/2 103/24 109/2
109/20 110/22 112/24 113/8
**however [1]**   61/5
**hundred [2]**   52/8 66/5
**HURSON [14]**   1/20 2/23 3/1
12/9 13/23 18/9 83/13 85/10
88/10 91/9 91/12 93/22 94/14
94/23
**Huter [56]**   5/12 6/2 8/12
8/20 8/20 8/22 9/1 9/1 9/4
9/7 9/9 9/12 9/15 9/17 9/21
11/6 11/10 11/11 11/14 11/19
18/12 18/16 18/21 19/3 20/2
20/10 26/25 36/25 40/4 69/13
69/18 71/3 71/23 76/9 79/17
96/14 100/12 100/13 100/14
100/19 100/20 100/21 100/24
101/1 101/4 101/6 101/12
102/2 105/1 105/2 106/14
106/17 106/22 107/7 108/13
115/3

**I**

**I'd [3]**   27/1 87/25 110/22
**I'll [11]**   5/16 7/12 12/23
14/12 15/11 62/5 71/3 76/6
82/10 84/20 114/2
**I'm [51]**   4/14 6/19 6/20
13/23 13/24 14/1 14/4 16/2
20/2 26/25 27/3 27/8 29/4
30/8 35/5 38/6 40/6 40/12

43/22 43/24 45/24 45/23 46/15
47/19 48/19 51/21 54/8 56/18
61/4 62/24 68/5 70/2 76/21
80/22 81/20 82/9 83/12 83/18
83/22 85/18 86/15 89/1 90/12
92/18 93/13 93/18 93/19
95/24 96/21 102/3 104/5
108/17
**I've [7]**   6/12 43/25 74/19
80/6 82/15 112/24 113/4
**identifiable [1]**   23/6
**identification [7]**   23/22 38/7
51/22 53/14 54/9 76/23 78/21
**identified [2]**   21/9 98/1
**identifiers [1]**   114/20
**identify [2]**   27/1 74/12
**identifying [1]**   23/4
**identity [3]**   52/25 78/24
78/25
**illegal [1]**   67/21
**illuminate [1]**   73/23
**illuminated [4]**   29/11 72/16
108/3 108/5
**imagine [2]**   43/18 48/7
**immediately [4]**   29/23 103/2
106/11 108/15
**importance [3]**   14/11 14/24
15/22
**important [7]**   14/11 14/12
14/13 14/19 14/20 14/20
15/10
**importantly [1]**   11/5
**incident [5]**   42/4 46/8 47/9
48/2 49/12
**includes [2]**   41/24 42/2
**incorrectly [1]**   76/22
**indeed [1]**   53/6
**indicate [1]**   21/8
**Indicating [4]**   28/13 40/25
41/3 42/11
**indication [1]**   111/12
**individual [2]**   24/18 51/2
**indulgence [2]**   75/14 94/21
**inference [2]**   66/1 70/15
**inferences [2]**   12/15 82/19
**information [3]**   23/5 51/1
51/9
**innocent [2]**   14/22 14/22
**input [1]**   92/1
**instant [1]**   67/17
**instead [1]**   39/10
**instinct [1]**   68/24
**instruct [1]**   12/2
**instruction [2]**   15/25 16/3
**instructions [3]**   3/14 3/20
4/20
**intend [1]**   42/20
**intensity [2]**   86/17 92/17
**intersection [5]**   41/14 41/21
44/3 94/15 104/22
**interstate [23]**   10/10 11/3
11/24 80/13 81/11 81/18 82/5
83/7 84/4 84/15 84/17 87/5
87/13 87/18 87/20 88/2 88/7
88/19 89/16 90/3 90/9 90/22
94/2
**intimated [1]**   69/16
**introduce [2]**   13/21 70/20
**introduced [1]**   75/25
**investigative [2]**   70/14 87/14
**is [319]**

**I**

isn't [3]   50/21 61/11 78/14
issue [8]   16/9 79/25 80/19
83/19 84/5 84/10 84/19 90/24
issues [3]   17/19 83/11 84/12
it [236]
it's [94]   4/7 7/25 10/16
10/22 11/22 12/11 12/12
12/19 14/11 14/12 14/13 15/1
15/18 15/18 16/14 16/17
16/17 17/13 17/13 17/16
17/23 24/7 24/13 24/13 25/22
30/4 31/18 37/2 38/19 39/12
39/13 39/14 39/21 40/18
40/21 43/9 45/1 45/24 47/22
54/24 55/11 55/13 61/5 61/7
61/13 68/10 69/25 70/3 70/4
70/5 70/8 70/13 71/7 72/7
78/25 79/11 81/9 81/21 82/5
82/9 82/19 82/24 83/3 83/5
83/9 83/20 88/17 89/19 90/5
90/5 92/25 93/15 94/6 97/1
97/1 102/23 102/24 104/14
105/12 105/13 105/13 105/13
105/19 106/13 108/1 108/2
108/3 108/5 109/2 109/3
109/8 109/8 110/17 114/1
item [1]   97/21
its [4]   10/1 13/1 33/2 91/4
itself [3]   32/24 70/17
107/23
ivy [1]   105/13

**J**

JACOB [1]   1/17
JOA [1]   83/22
job [6]   15/12 15/23 16/18
17/16 17/23 18/4
jog [1]   60/17
JOHN [4]   1/17 2/7 2/8 8/7
joined [2]   9/19 14/1
Jonathan [1]   5/11
JR [1]   1/17
Judge [5]   9/23 10/1 12/1
13/23 15/13
judgment [2]   14/15 79/10
Judicial [1]   114/20
Julie [2]   1/24 114/22
July [25]   1/12 8/11 10/13
11/22 19/9 21/12 21/18 34/4
39/6 39/10 39/10 39/19 42/4
49/18 49/20 53/22 54/24 55/2
55/11 56/8 71/10 96/3 107/11
107/17 109/7
July 5th [1]   49/18
July 6 [13]   8/11 10/13 11/22
19/9 21/12 21/18 34/4 42/4
49/20 55/11 56/8 96/3 109/7
July 6th [2]   39/10 54/24
July 7 [2]   39/6 55/2
July 7th [1]   53/22
jump [1]   81/12
juror [2]   15/2 85/14
jurors [5]   7/21 14/23 15/1
16/8 85/24
jury [31]   1/11 3/5 3/24 6/6
6/24 6/25 7/1 7/4 7/4 7/5
7/16 7/18 16/5 20/14 27/1
40/20 42/9 69/18 81/2 81/3
83/5 84/1 85/22 86/22 87/11
97/3 101/9 110/18 113/17
113/19 113/21

**J** (continued)
just [107]   3/22 4/23 5/18
5/25 6/9 6/10 7/1 10/16
12/22 13/16 17/6 18/4 20/23
23/15 23/17 24/13 24/13 27/8
27/9 27/25 28/11 30/3 30/11
32/8 32/22 33/4 33/20 39/20
39/21 39/21 40/13 40/20
41/23 45/3 45/10 47/13 48/13
49/25 52/11 52/20 59/13 61/3
61/13 62/6 62/12 62/20 63/23
64/15 64/16 67/6 67/25 68/23
71/24 75/18 75/24 77/23 79/9
80/4 80/18 81/1 81/8 81/10
82/15 83/16 83/25 85/19 87/2
87/8 87/11 93/19 97/3 97/15
97/21 98/13 98/13 98/16
98/25 99/18 99/21 100/9
101/3 101/9 101/16 102/24
103/24 104/1 105/17 105/18
105/19 106/11 106/20 106/23
106/24 107/20 108/4 108/15
109/8 109/8 109/18 110/2
111/4 111/17 111/20 111/24
111/25 112/1 113/3
just something [1]   24/13

**K**

K-E-R-W-I-N [1]   86/8
KATHERINE [6]   1/19 2/22 14/1
15/14 81/9 113/9
keep [7]   29/4 42/20 43/1
43/3 57/22 85/4 104/8
kept [12]   9/5 23/15 23/20
26/19 43/13 64/16 64/17
66/20 70/5 70/16 101/22
104/17
Kerwin [24]   5/1 5/2 5/11 6/1
80/2 80/11 81/5 85/13 86/4
86/8 86/14 86/21 87/20 88/1
88/7 89/1 89/4 89/21 90/7
90/20 91/3 91/13 95/1 115/10
Kerwin's [2]   80/23 82/4
KEVIN [1]   1/7
kind [7]   15/2 17/13 23/20
24/14 41/11 72/6 81/9
knees [1]   57/14
knew [2]   50/12 106/3
know [21]   5/5 6/15 14/18
37/2 50/6 53/13 63/8 65/22
65/24 67/14 67/15 77/21
77/22 79/11 90/12 92/21
105/22 107/21 109/2 111/9
111/24
knowingly [2]   10/4 11/23
knowledge [8]   24/5 54/17 55/7
55/8 82/21 83/1 90/7 90/18
known [1]   102/23
knows [1]   94/7

**L**

L-A-R-O-N-D-E [1]   95/15
lab [10]   75/5 75/7 75/8 75/9
78/18 78/19 78/20 79/2 79/4
79/7
ladies [10]   7/24 8/6 12/17
13/13 84/9 85/25 86/22 87/11
88/12 114/7
laid [1]   30/3
lamp [1]   49/6

lamps [3]   49/3 49/3 104/23
land [6]   9/21 11/19 33/18
33/20 34/12 74/25
Laronde [49]   5/12 6/2 8/12
9/7 9/9 9/19 11/6 11/17
19/20 19/22 22/5 22/6 23/2
26/10 36/1 36/14 37/5 52/21
53/3 55/16 56/1 56/3 58/1
58/5 58/11 58/15 59/21 60/1
60/6 62/14 66/17 66/22 67/3
67/6 67/14 68/6 80/20 81/5
95/8 95/10 95/14 95/21 98/3
107/17 112/18 113/23 114/2
114/9 115/15
last [5]   8/11 10/13 11/23
33/11 83/25
late [2]   8/1 80/4
Latent [1]   6/3
later [1]   9/15
law [9]   10/24 12/2 13/17
14/21 17/14 18/6 18/7 87/15
89/17
lawyer [1]   13/24
lawyers [3]   13/24 13/25 84/16
layer [1]   16/17
laying [1]   111/13
leading [3]   21/22 28/9 98/14
learn [2]   21/7 52/25
learned [2]   67/24 78/23
least [2]   73/22 74/25
leave [3]   6/25 85/18 112/7
leaving [1]   112/1
left [8]   20/25 37/18 37/21
63/16 63/18 73/15 74/22 97/8
leisurely [1]   60/19
length [4]   104/2 104/2 104/4
111/13
lengths [1]   102/3
less [3]   68/12 104/7 109/21
let [16]   3/22 4/5 4/10 4/22
5/5 15/7 21/8 25/14 31/9
33/11 36/20 37/10 97/25
104/11 107/1 110/16
let's [2]   65/3 85/3
LEWIS [13]   1/7 2/5 8/9 8/15
11/9 11/23 14/7 21/9 21/10
49/25 52/18 67/25 98/1
life [1]   14/15
light [6]   31/12 46/24 70/19
73/22 83/13 108/4
lighted [1]   108/4
lighter [1]   69/17
lighting [1]   16/24
lights [3]   31/8 73/5 102/6
like [39]   6/9 8/16 9/6 9/13
9/21 11/15 15/2 16/4 27/1
34/19 34/20 34/20 37/5 48/13
50/13 51/1 53/8 53/10 54/24
57/13 57/18 78/11 82/10
84/11 87/8 92/17 98/16 99/5
99/12 99/23 100/19 101/13
101/24 102/25 105/5 106/12
109/3 111/5 111/8
liked [1]   74/13
limited [2]   12/14 12/15
line [5]   6/6 20/18 21/21
77/12 77/13
lined [1]   6/16
lines [2]   91/4 100/16
list [2]   5/19 5/24
listed [1]   82/15

# L

**listened [2]**   16/2 16/2
**lit [1]**   25/22
**little [8]**   8/1 13/19 15/11
61/10 86/22 96/2 100/9
110/17
**loaded [5]**   9/22 110/14
110/15 110/21 110/24
**located [5]**   41/8 43/14 87/18
98/11 104/23
**location [1]**   44/17
**locations [1]**   105/23
**lockups [1]**   43/21
**Lombard [1]**   1/14
**long [12]**   14/11 19/7 35/21
36/3 40/21 56/1 86/19 92/12
96/1 99/15 109/20 113/8
**longer [1]**   112/25
**look [8]**   37/5 54/24 64/14
89/4 107/17 109/10 109/18
110/12
**looked [14]**   8/16 9/5 9/13
9/21 11/15 34/4 50/13 74/13
78/11 81/16 99/12 109/3
109/18 111/2
**looking [24]**   20/14 22/10
27/18 27/20 28/23 29/19
29/20 30/23 38/18 41/13 48/7
50/1 50/12 51/13 51/25 52/15
53/4 60/5 60/6 69/18 71/9
71/18 74/14 108/15
**looking from [1]**   48/7
**lookout [6]**   49/22 50/18 50/25
50/25 51/10 51/15
**looks [4]**   48/13 53/8 53/10
57/13
**lose [2]**   26/7 62/14
**lost [1]**   105/11
**lot [27]**   15/15 24/5 25/7
25/7 28/2 28/9 29/2 30/17
31/8 41/2 44/15 45/16 47/1
47/5 48/9 48/21 48/24 49/4
49/6 65/6 68/18 103/17
105/18 105/20 107/19 107/22
108/3
**lots [2]**   30/4 41/20
**love [2]**   15/14 15/15
**lower [2]**   20/23 57/13
**lower-right [1]**   20/23
**LUCAS [123]**
**Lucas' [4]**   6/17 28/11 29/1
78/23
**Luncheon [1]**   7/17
**lunchtime [1]**   7/25

# M

**ma'am [197]**
**made [20]**   8/17 10/11 10/11
11/2 11/4 14/15 21/25 30/13
43/21 61/14 65/25 83/9 83/14
89/19 89/20 91/23 97/7 99/24
100/1 104/10
**maintain [1]**   28/16
**maintained [1]**   111/9
**major [1]**   104/22
**make [29]**   4/2 4/10 5/16 6/6
9/9 10/1 13/2 14/14 15/12
17/25 18/1 22/13 24/7 30/17
45/10 46/17 47/17 53/14
58/15 63/25 64/5 67/17 81/13

89/9 89/13 89/18 91/21
102/24 104/11
**makes [5]**   16/18 20/18 32/11
58/8 83/24
**making [2]**   26/20 81/10
**Malik [1]**   80/7
**man [4]**   12/18 13/8 14/7
99/12
**manner [2]**   17/2 74/14
**manufactured [12]**   82/22 82/24
83/3 83/5 89/11 89/15 89/23
90/4 90/13 90/17 90/19 91/4
**manufacturer [1]**   83/2
**many [5]**   43/21 87/23 88/4
90/9 110/22
**map [8]**   21/20 30/11 40/22
49/2 98/13 98/17 99/21
103/13
**mark [3]**   30/13 70/20 97/7
**marked [24]**   20/2 27/3 27/14
28/5 36/20 38/6 40/14 43/25
45/5 46/15 47/12 47/20 48/5
48/20 51/21 54/8 56/18 71/4
76/21 89/2 89/14 89/18 96/11
109/13
**market [2]**   41/18 42/14
**marking [1]**   106/8
**markings [1]**   89/16
**marks [2]**   97/15 103/14
**Martinsburg [1]**   87/19
**MARYLAND [10]**   1/1 1/14 10/11
10/12 82/22 83/2 83/6 83/7
90/14 91/5
**matched [1]**   22/11
**matching [1]**   23/5
**matter [8]**   1/12 2/6 3/10 6/5
84/21 88/13 88/21 114/19
**matters [6]**   3/6 3/7 3/22 4/19
7/25 70/13
**may [31]**   4/24 4/25 4/25 7/22
12/21 13/10 14/9 14/25 15/16
15/25 16/2 32/10 43/22 51/18
56/15 69/6 69/8 70/12 70/20
75/20 76/17 79/17 79/24
79/25 81/1 83/8 88/23 90/25
93/8 95/1 112/23
**maybe [5]**   17/25 57/18 62/23
79/4 83/22
**me [44]**   2/24 3/22 4/5 4/10
4/14 4/22 13/25 14/11 23/4
23/15 23/15 23/15 23/20
25/14 26/11 31/9 33/11 36/20
37/10 40/6 59/6 59/6 60/5
60/5 60/15 64/15 72/18 76/18
78/18 79/13 85/2 101/6 101/6
101/14 101/14 104/11 106/3
106/23 106/25 107/1 107/8
110/16 113/5 114/3
**mean [14]**   23/10 30/5 34/14
38/15 41/23 61/13 65/1 68/10
70/9 78/25 101/9 104/1 104/4
111/23
**means [5]**   10/10 17/15 41/20
42/14 56/12
**median [1]**   22/12
**medium [2]**   99/15 100/1
**meet [1]**   98/8
**meetings [1]**   3/23
**Melendez [2]**   81/23 82/17
**Melendez-Diaz [2]**   81/23 82/17
**member [1]**   6/17

**men [1]**   99/14
**mentioned [7]**   4/24 4/25 45/7
46/8 49/16 73/17 73/25
**met [3]**   13/22 21/12 98/3
**metal [1]**   110/9
**methods [1]**   90/5
**microphone [3]**   18/19 86/6
95/12
**middle [2]**   22/13 113/24
**midnight [1]**   39/20
**midway [1]**   84/23
**might [3]**   24/18 52/11 52/22
**mind [3]**   15/6 32/8 84/1
**minute [5]**   85/19 85/20
100/16 106/1 109/21
**minutes [13]**   35/22 36/4 36/4
68/10 68/11 68/12 84/23
84/25 85/4 85/16 85/20 113/1
113/6
**misconception [1]**   15/2
**mistake [5]**   39/13 39/14 53/24
55/4 55/9
**mistaken [1]**   53/3
**Mm [1]**   77/14
**Mm-hmm [1]**   77/14
**model [1]**   89/18
**models [1]**   90/18
**moment [3]**   69/7 75/20 84/21
**Monday [1]**   1/12
**more [24]**   9/25 10/6 10/19
11/25 33/11 34/9 42/8 46/9
46/9 46/9 46/12 46/13 47/9
47/10 47/10 48/2 48/2 48/3
53/8 61/10 65/11 93/16 93/23
113/3
**morning [19]**   2/2 2/7 2/10
2/12 2/13 2/25 3/2 3/3 8/10
21/18 24/15 33/25 55/13 59/8
81/6 84/13 113/6 113/20
114/16
**most [7]**   11/5 14/14 15/10
44/21 62/23 77/7 113/1
**motion [2]**   63/16 64/12
**motioning [1]**   85/14
**motions [2]**   3/6 4/4
**mouth [2]**   34/14 38/15
**move [3]**   6/14 11/3 15/17
**moved [4]**   10/10 11/24 102/25
107/20
**movie [1]**   15/3
**moving [1]**   61/5
**Mr [45]**   2/3 2/10 2/10 3/1
6/1 8/9 9/4 9/9 10/5 10/18
11/11 12/8 14/9 18/9 19/2
20/4 20/6 20/9 21/2 21/11
32/14 35/11 36/24 38/5 59/17
69/5 71/2 73/4 85/9 86/1
87/10 88/25 90/25 91/2 91/12
94/14 95/20 97/11 97/22 98/2
99/22 101/19 107/16 108/21
114/3
**Mr. [137]**
**Mr. Fuchs [13]**   8/4 12/23
18/10 39/24 40/7 46/7 49/1
49/2 75/24 79/23 80/19 95/6
107/12
**Mr. Hurson [6]**   12/9 83/13
88/10 91/9 93/22 94/23
**Mr. Lewis [2]**   11/23 14/7
**Mr. Lucas [98]**   2/24 3/2 3/23
4/6 4/10 4/15 8/16 8/21 9/2

**M**

**Mr. Lucas... [89]**   9/13 9/23
10/4 11/12 11/15 14/6 14/20
14/21 21/12 21/16 21/22 22/3
22/11 22/16 22/18 22/24
23/12 24/15 25/14 26/5 26/13
27/9 27/22 28/1 29/13 29/21
31/4 31/22 31/22 32/15 34/25
35/6 36/3 36/6 36/10 37/6
37/11 37/21 39/19 47/24
52/10 52/22 52/25 53/3 53/6
56/24 58/11 59/10 60/6 61/19
62/5 62/8 63/14 65/20 66/6
66/17 66/20 67/16 68/7 68/8
69/17 71/19 71/24 72/19
73/12 74/4 74/7 77/24 78/10
78/21 97/20 98/4 98/9 98/20
99/12 100/6 100/17 100/21
101/1 101/13 101/20 102/2
103/10 103/14 103/25 104/1
104/8 105/3 112/5
**Mr. Lucas' [4]**   6/17 28/11
29/1 78/23
**Mr. Patrick [1]**   18/12
**Mr. Sippel [5]**   12/2 81/12
87/3 87/8 88/23
**Mr. Thompson [8]**   4/1 6/6 7/22
18/13 76/4 85/1 85/5 85/22
**Ms [11]**   3/17 40/3 40/11 46/1
51/20 54/7 56/17 69/4 76/8
76/20 77/3
**Ms. [8]**   2/25 39/25 69/12
74/23 75/2 75/19 79/16 80/8
**Ms. Newberger [7]**   2/25 39/25
69/12 74/23 75/2 75/19 79/16
**Ms. Robinson [1]**   80/8
**much [13]**   13/20 39/22 40/19
44/20 58/10 68/8 79/20 87/17
88/22 94/24 95/4 99/5 112/24
**muscle [1]**   13/1
**must [1]**   10/3
**mustache [1]**   71/15
**my [30]**   4/5 6/15 7/25 8/6
8/7 13/14 23/8 24/9 24/9
36/16 54/16 55/7 55/8 60/15
72/13 77/18 77/18 77/21
80/16 81/21 82/3 82/11 82/19
87/14 90/18 98/19 103/21
104/2 105/22 112/13
**myself [1]**   13/21

**N**

**Nah [1]**   111/9
**name [12]**   8/6 18/19 18/20
50/7 52/18 68/2 79/2 86/6
86/7 90/12 95/13 95/13
**names [1]**   6/9
**narcotics [1]**   92/19
**narrative [1]**   55/1
**narrow [5]**   9/11 62/20 63/1
104/14 106/12
**narrowed [1]**   94/4
**nature [1]**   82/18
**near [1]**   43/13
**nearby [2]**   107/25 110/10
**necessarily [1]**   81/22
**need [9]**   6/8 6/11 7/2 18/18
83/23 85/3 85/15 85/18 108/5
**neighbor [1]**   41/12
**neighborhood [6]**   41/11 42/22

43/19 44/6 44/21 45/1
**never [5]**   14/23 17/10 50/9
50/11 78/6
**NEWBERGER [21]**   1/19 2/23 2/25
3/17 14/1 39/25 40/3 40/11
46/1 51/20 54/7 56/17 69/4
69/12 74/23 75/2 75/19 76/8
76/20 77/3 79/16
**next [16]**   8/7 10/14 16/15
22/1 23/1 23/13 24/19 35/15
41/4 79/23 80/20 84/14 84/18
84/20 85/11 113/12
**nexus [18]**   80/3 80/13 80/14
81/11 82/5 84/4 84/15 87/6
87/13 87/18 87/20 88/2 88/8
88/20 89/16 90/3 90/9 94/2
**Nice [4]**   2/11 2/14 2/20 3/1
**night [22]**   11/7 16/25 19/13
21/3 37/1 38/13 49/22 50/1
52/1 52/10 53/11 63/8 74/18
96/7 96/18 97/16 97/19 98/3
109/1 109/4 111/2 111/15
**nine [3]**   110/22 110/24
110/25
**no [114]**   1/6 3/9 3/12 3/19
4/19 4/20 5/21 5/23 7/9 7/11
17/2 17/5 19/14 21/13 21/15
24/24 25/1 25/3 26/9 26/22
32/22 34/5 34/23 37/17 37/20
39/8 39/23 44/25 48/7 48/16
48/18 50/2 50/5 50/8 51/14
53/15 56/7 56/9 56/14 58/16
58/18 59/16 59/21 59/23 60/3
60/18 60/20 60/25 61/2 61/16
61/18 62/17 63/9 64/15 64/19
64/22 66/5 66/9 66/12 67/2
67/5 67/11 67/13 67/20 67/22
68/20 69/2 70/17 72/9 73/13
75/7 75/16 78/7 78/9 78/20
79/8 79/13 79/14 80/16 80/18
80/25 83/1 90/15 91/7 91/20
92/3 92/9 93/16 93/22 94/17
94/20 94/22 98/5 98/7 100/12
100/23 100/25 101/14 103/9
103/19 104/1 107/24 109/24
110/4 110/6 110/8 110/11
111/4 111/7 111/11 111/14
111/16 112/2 112/8
**nobody [2]**   15/8 15/9
**nod [1]**   15/17
**noise [2]**   4/6 4/7
**normally [1]**   88/12
**NORTHERN [1]**   1/2
**not [104]**   3/25 5/7 5/8 5/14
7/3 7/16 10/11 12/11 12/12
12/19 12/20 12/24 13/2 13/12
13/13 13/16 13/16 13/18
13/20 14/19 14/19 14/25
15/10 15/18 16/12 16/14
16/19 17/13 17/25 17/25 18/7
31/7 40/6 41/23 43/1 43/9
43/15 44/20 44/24 46/24
46/25 50/3 50/3 53/4 53/6
54/2 56/6 56/8 59/15 60/6
61/1 61/1 61/13 62/24 65/1
67/15 67/25 68/5 70/5 70/11
70/15 75/5 75/7 75/8 75/10
76/1 77/15 77/22 78/16 78/20
78/22 79/1 79/9 80/20 81/20
81/21 82/9 82/13 82/19 82/22
83/4 83/4 83/6 83/12 83/18

83/21 83/22 84/5 84/11 85/18
87/6 88/13 90/15 91/20 92/3
93/18 94/9 94/15 94/20 99/20
111/14 112/3 114/10 114/11
**noted [4]**   9/4 83/20 87/4
114/20
**nothing [7]**   17/22 30/5 67/23
70/18 79/6 92/19 94/3
**notice [4]**   86/25 105/3
110/14 111/3
**noticed [4]**   8/22 22/2 58/11
98/19
**now [62]**   4/23 14/4 14/24
15/11 21/13 26/21 33/22
34/22 37/5 39/2 39/7 41/11
44/6 45/3 46/17 48/5 49/9
49/16 50/12 52/10 53/16 54/9
54/19 55/1 58/4 59/10 59/21
62/5 63/13 64/7 64/23 64/23
66/6 66/25 67/3 72/18 73/17
77/4 77/10 77/16 80/12 81/13
84/5 85/15 91/15 92/12 92/19
93/2 95/24 98/8 101/25
102/13 103/8 103/10 105/9
107/9 107/11 107/23 109/9
109/12 112/20 114/15
**nowhere [1]**   94/18
**number [28]**   2/6 20/3 27/15
28/6 28/19 29/15 30/9 30/20
31/9 33/12 35/5 36/21 37/4
43/25 46/16 47/20 51/22
56/19 62/7 71/23 76/1 76/24
89/2 89/18 91/25 96/22 107/2
108/18
**Number 1 [3]**   20/3 35/5 96/22
**Number 10 [1]**   76/1
**Number 12 [1]**   76/24
**Number 2 [1]**   43/25
**Number 3 [2]**   27/15 62/7
**Number 4 [2]**   28/6 46/16
**Number 5 [1]**   28/19
**Number 6 [2]**   29/15 47/20
**Number 7 [1]**   30/20
**Number 8 [1]**   33/12
**Number 9 [4]**   36/21 51/22 89/2
108/18
**numerical [1]**   6/16
**numerical order [1]**   6/16

**O**

**oath [2]**   18/5 76/15
**object [16]**   32/7 32/22 32/24
34/12 34/15 34/20 63/14 64/8
64/17 64/24 65/1 74/21 74/25
81/12 81/20 83/23
**objecting [1]**   83/21
**objection [9]**   81/10 81/13
82/4 83/15 83/19 90/23 93/5
93/21 94/13
**objections [4]**   3/19 4/19 4/20
6/12
**objects [3]**   67/21 69/23 110/9
**observed [2]**   70/14 100/9
**obstacle [1]**   61/11
**obviously [7]**   10/3 14/11
30/10 33/23 33/25 71/12 83/5
**occupation [1]**   5/3
**occupied [1]**   44/22
**occurred [7]**   42/5 46/8 49/12
53/22 54/20 55/2 78/3
**off [12]**   6/10 8/22 9/3 20/24

**O**

**off... [8]**   27/8 29/2 52/21 98/15 98/17 101/5 103/15 105/17
**offense [1]**   82/10
**offenses [1]**   41/24
**offers [1]**   88/7
**office [3]**   2/24 80/7 81/22
**officer [100]**   5/12 5/12 6/1 6/2 8/20 8/22 9/1 9/1 9/4 9/6 9/7 9/9 9/9 9/12 9/15 9/17 9/19 9/21 11/10 11/11 11/14 11/17 11/18 16/21 16/23 16/23 17/1 17/6 19/3 19/7 19/20 19/22 20/2 20/10 20/18 22/5 22/6 23/2 23/6 26/10 26/25 36/1 36/14 36/25 37/5 40/4 52/21 53/3 55/16 56/1 56/3 56/20 58/1 58/5 58/11 58/14 59/21 60/1 60/6 62/14 66/17 66/22 67/3 67/6 67/14 68/6 69/12 69/18 71/3 71/23 76/9 79/17 80/20 95/7 95/14 95/21 96/1 96/14 98/3 100/12 100/13 100/14 100/19 100/20 100/21 100/24 101/1 101/5 102/2 105/1 106/14 106/17 106/22 107/7 107/17 108/13 112/18 113/22 114/2 114/9
**officers [6]**   8/12 8/16 8/20 11/6 66/25 70/14
**offices [1]**   113/5
**Official [2]**   1/25 114/23
**often [5]**   15/1 42/25 43/3 43/15 92/25
**Oh [1]**   77/1
**okay [129]**
**old [3]**   52/3 52/3 53/10
**older [1]**   53/10
**on the [1]**   20/18
**once [8]**   35/23 100/14 101/21 103/21 105/12 106/23 109/18 111/20
**one [40]**   1/11 5/18 8/19 9/5 12/14 13/1 13/9 14/12 14/13 14/14 15/12 15/19 15/25 16/4 22/3 26/19 29/10 30/5 31/10 33/11 34/7 42/8 45/20 46/10 47/5 47/8 49/3 52/8 58/1 68/23 69/7 70/10 75/20 78/14 83/25 89/19 90/5 97/19 101/14 112/21
**only [17]**   12/4 12/11 13/16 13/16 13/16 14/19 14/20 16/8 16/9 16/14 18/5 18/6 32/15 38/7 51/22 54/9 114/2
**open [3]**   2/1 41/17 42/14
**open-air [1]**   41/17 42/14
**opened [1]**   111/24
**opening [2]**   7/19 8/2
**operating [1]**   4/11
**operational [1]**   4/18
**operations [3]**   19/6 95/25 99/4
**opine [1]**   92/22
**opined [1]**   93/14
**opinion [6]**   82/11 88/13 88/16 88/20 90/21 93/19
**opportunity [1]**   17/3

**order [5]**   6/6 6/16 10/1 80/11 84/2
**orient [1]**   20/14
**original [1]**   102/10
**originally [1]**   100/18
**other [24]**   5/19 6/5 7/25 13/21 14/4 17/4 30/6 41/2 47/6 47/8 48/1 51/1 66/25 67/21 74/20 82/15 90/7 90/16 98/23 109/10 110/3 110/7 110/9 114/10
**our [14]**   5/15 12/19 12/20 14/21 15/5 78/16 81/21 82/3 82/9 84/10 85/11 87/18 99/18 106/5
**out [59]**   5/9 8/20 8/21 9/13 11/10 11/16 15/7 15/18 15/18 20/4 22/7 22/22 25/2 26/20 30/3 31/16 32/18 33/25 38/20 40/24 41/1 49/1 49/14 58/12 58/14 58/19 58/21 59/22 66/8 67/9 67/10 72/1 74/10 75/9 78/6 78/20 78/20 78/25 79/2 80/11 84/1 97/3 97/21 100/11 100/12 100/14 101/14 103/13 103/18 105/24 106/1 106/7 109/4 109/19 110/17 111/21 111/22 111/25 112/9
**outside [6]**   16/7 23/9 77/21 83/10 94/8 106/9
**over [28]**   3/22 4/23 6/5 8/7 8/19 10/14 11/10 12/1 12/24 20/25 23/4 23/17 28/9 32/13 36/6 36/18 71/24 72/4 74/22 77/18 85/2 96/2 98/21 104/3 106/2 106/23 106/24 113/4
**overgrown [5]**   34/8 34/9 46/12 105/14 107/19
**overruled [2]**   83/15 83/20
**overview [1]**   97/1
**own [2]**   62/18 90/11

**P**

**P-A-T-R-I-C-K [1]**   18/21
**p.m [4]**   19/12 49/17 96/6 114/17
**packed [1]**   44/18
**page [6]**   54/12 54/13 54/19 54/21 54/22 55/1
**panel [1]**   6/6
**pants [5]**   8/23 9/6 9/14 11/16 74/9
**papers [1]**   6/10
**parallel [2]**   103/24 105/7
**paralleled [2]**   26/11 103/21
**paraphernalia [1]**   110/5
**parked [3]**   9/19 106/7 106/11
**parking [2]**   30/17 31/8 105/18 105/20 108/3
**partially [1]**   73/23
**particular [6]**   70/6 70/16 70/19 90/4 96/18 99/7
**parties [1]**   10/17
**partner [3]**   63/3 103/21 105/22
**partners [1]**   56/1
**partway [1]**   81/1
**pass [3]**   14/15 15/16 15/19
**passed [2]**   72/18 99/24
**passenger [1]**   19/23
**passenger's [1]**   58/2

**pat [4]**   8/12 8/20 11/6 103/1
**pathway [5]**   45/13 46/3 46/20 62/5 62/8
**Patrick [6]**   5/12 6/1 18/12 18/16 18/21 115/3
**patrolling [5]**   8/12 8/14 11/8 19/25 96/17
**Pause [2]**   75/15 75/23
**people [11]**   4/24 6/16 12/21 13/22 15/10 23/23 42/15 42/19 42/25 43/10 102/22
**people's [1]**   30/7
**percent [3]**   64/20 66/4 66/5
**perform [1]**   90/9
**performed [2]**   87/20 87/23
**period [1]**   7/13
**permission [4]**   36/22 38/3 101/8 108/19
**permitted [4]**   88/13 88/15 88/20 114/10
**person [20]**   12/14 13/9 24/4 43/1 50/1 51/13 51/25 52/22 52/22 67/21 67/24 69/13 69/16 79/3 88/14 88/15 99/10 100/6 102/17 103/3
**personal [1]**   114/20
**perspective [1]**   80/16
**Pete [1]**   6/8
**phone [2]**   24/10 113/5
**photo [2]**   57/6 69/20
**photograph [15]**   41/2 41/7 46/10 47/8 48/6 48/10 48/20 49/1 56/22 57/14 57/14 65/12 75/24 77/24 79/12
**photographs [3]**   45/4 56/20 67/4
**photos [1]**   49/9
**pick [5]**   34/22 64/18 67/6 81/5 111/17
**picked [6]**   36/17 36/18 37/5 107/21 110/12 111/20
**picking [1]**   106/21
**picks [1]**   30/7
**picture [19]**   27/25 28/12 30/19 33/11 33/22 34/3 46/7 46/13 46/14 48/1 48/1 50/14 50/15 71/18 71/21 72/2 99/10 107/18 109/13
**pictures [3]**   26/25 47/22 75/9
**piece [2]**   12/16 17/4
**pieces [1]**   102/11
**pistol [1]**   111/2
**place [5]**   11/18 36/7 39/3 42/19 43/3
**placed [1]**   9/17
**placing [1]**   106/17
**plain [5]**   19/14 56/3 56/5 96/8 109/15
**plain-clothes [1]**   56/3
**Plaintiff [1]**   1/5
**plan [2]**   58/15 80/4
**play [1]**   15/2
**please [14]**   2/3 18/15 18/17 23/19 40/7 70/10 75/21 85/23 86/2 86/3 86/21 93/9 95/11 112/21
**pledging [1]**   13/2
**plus [2]**   33/4 108/4
**point [53]**   3/7 3/11 5/19 5/22 6/14 7/7 10/10 12/1 12/3 22/24 23/7 25/4 26/21

## P

**point...** **[40]** 27/8 27/9 27/25 31/21 35/1 36/10 36/10 37/11 40/24 41/1 55/20 58/22 59/21 62/14 62/18 63/22 64/12 64/20 66/13 67/1 67/2 67/24 73/8 73/20 74/1 74/4 78/10 83/6 94/4 97/3 97/21 100/21 101/20 103/8 103/18 103/19 105/11 106/10 108/13 112/23

**pointed [2]** 22/7 49/1

**pointing [1]** 59/1

**points [1]** 75/18

**pole [3]** 46/22 46/24 48/11

**police [20]** 5/10 6/3 8/11 11/6 19/4 19/7 23/6 42/13 50/16 51/9 54/1 55/23 56/12 58/4 70/12 70/14 70/17 95/22 96/1 102/20

**Policy [1]** 114/20

**poor [1]** 54/24

**pop [1]** 26/20

**porch [15]** 8/15 8/22 11/10 22/3 22/19 22/21 27/7 58/6 58/11 68/7 98/24 98/25 100/20 101/5 103/15

**portrayed [1]** 33/22

**position [7]** 27/11 30/25 81/21 81/21 81/22 82/3 82/9

**positively [1]** 74/12

**possessed [2]** 10/4 11/23

**possession [1]** 9/24

**possible [2]** 16/22 16/25

**possibly [1]** 103/7

**post [3]** 20/1 40/19 96/18

**potential [2]** 6/4 58/5

**potentially [2]** 78/11 82/16

**potentially the [1]** 82/16

**pounds [2]** 52/8 53/8

**preliminary [6]** 3/6 3/7 3/10 3/14 3/20 4/20

**present [6]** 7/21 8/8 12/13 16/24 85/24 93/22

**preserve [1]** 82/15

**press [1]** 20/23

**presumably [1]** 64/2

**presumed [1]** 14/22

**pretrial [1]** 4/19

**pretty [5]** 40/18 41/13 50/20 99/5 106/13

**previous [2]** 79/10 88/5

**previously [26]** 9/25 10/5 10/18 11/24 40/13 41/5 43/25 45/5 46/15 47/12 47/19 48/5 48/16 48/19 49/16 50/9 51/21 54/8 56/18 76/9 76/21 77/10 89/5 96/21 107/1 108/17

**Print [1]** 6/3

**prior [5]** 21/12 24/22 91/4 98/3 104/17

**priority [2]** 50/20 50/23

**prison [4]** 10/1 10/6 10/19 11/25

**Privacy [1]** 114/20

**privileged [1]** 14/5

**probable [7]** 38/1 38/11 38/12 38/16 39/15 53/19 53/21

**probably [4]** 63/23 84/19 102/3 104/7

**problem [2]** 80/15 80/16

**proceed [3]** 3/4 3/21 7/19

**proceedings [3]** 2/1 114/17 114/19

**proffered [3]** 84/14 86/25 87/5

**program [3]** 87/15 87/17 87/18

**projectile [1]** 10/22

**promptly [1]** 113/19

**proof [2]** 13/3 13/4

**properties [2]** 44/9 47/5

**property [3]** 44/24 45/19 109/3

**prove [5]** 10/2 17/16 17/25 18/1 18/1

**provide [1]** 93/16

**provided [5]** 4/1 38/21 73/5

**public [3]** 2/23 70/8 90/6

**publication [2]** 89/25 90/2

**publications [1]** 89/21

**pull [2]** 66/8 110/17

**pulled [6]** 8/19 11/10 22/18 25/2 78/6 108/1

**pulling [1]** 105/18

**pumping [1]** 73/1

**punishable [4]** 9/25 10/6 10/18 11/25

**purposes [5]** 54/9 70/6 76/23 81/13 114/11

**pursuant [2]** 89/17 114/20

**pursue [1]** 83/13

**push [1]** 80/8

**put [12]** 4/10 4/14 9/17 13/8 24/22 34/14 38/15 83/16 100/21 105/24 111/24 112/12

**putting [1]** 106/20

## Q

**qualifications [1]** 93/16

**qualified [7]** 82/20 87/7 88/14 88/15 88/19 93/23 94/9

**Qualify [1]** 81/19

**question [12]** 16/8 16/9 16/10 16/11 16/25 29/4 70/9 77/12 77/19 90/21 90/24 90/25

**questioning [5]** 8/17 14/2 82/11 99/11 99/12

**questions [16]** 15/6 15/8 15/9 16/14 16/20 17/19 39/23 69/2 71/23 74/23 75/16 79/14 91/7 93/13 94/22 113/3

**quick [1]** 85/19

**quickest [1]** 103/22

**quickly [2]** 68/14 68/21

**quite [1]** 83/13

## R

**racially [1]** 45/1

**racially-diverse [1]** 45/1

**radio [5]** 60/1 62/16 63/5 63/7 105/22

**raining [3]** 16/7 16/9 16/12

**raise [4]** 15/5 18/15 86/3 95/9

**raised [1]** 61/3

**ran [23]** 9/11 9/14 11/12 24/21 25/4 25/6 25/15 27/22 28/2 29/21 31/3 32/1 37/6 59/19 73/12 103/11 103/16 104/8 105/9 106/5 106/11 106/12 107/6

**RDB [1]** 1/6

**reach [3]** 26/23 32/6 74/9

**reaching [4]** 8/23 101/20 101/22 102/14

**react [1]** 68/21

**read [1]** 15/6

**ready [8]** 3/4 3/21 4/13 7/5 7/18 8/2 85/8 85/11

**reality [1]** 43/10

**realize [1]** 105/18

**really [8]** 13/9 15/23 16/8 61/13 82/10 93/13 104/4 106/19

**rear [1]** 32/15

**reason [2]** 80/25 85/16

**reasonable [3]** 13/3 13/4 18/2

**recall [6]** 45/21 46/25 51/12 77/4 77/15 77/22

**received [2]** 86/23 102/20

**recess [8]** 7/13 7/14 7/15 7/17 85/15 85/19 85/20 85/21

**recognize [19]** 20/10 27/4 27/15 28/6 28/20 29/15 30/20 33/12 38/8 40/15 44/1 48/6 56/19 71/5 82/7 82/8 96/22 107/4 108/22

**recognizing [1]** 102/16

**recollection [2]** 51/15 51/23

**record [16]** 4/17 18/20 21/8 70/4 70/5 70/6 70/16 75/24 83/14 83/17 83/23 86/7 95/13 97/24 97/25 114/19

**recover [1]** 79/1

**recovered [12]** 10/13 10/21 11/1 11/4 37/1 66/22 67/4 75/12 79/2 94/18 108/25 109/5

**recovers [1]** 17/10

**recovery [1]** 91/5

**recross [2]** 75/18 76/7

**RECROSS-EXAMINATION [1]** 76/7

**redaction [1]** 114/20

**redirect [4]** 69/3 69/5 70/21 71/1

**refer [2]** 42/13 42/14

**reference [4]** 5/16 5/25 23/4 99/11

**referred [1]** 41/2

**reflect [3]** 4/17 30/13 97/25

**reflected [1]** 54/19

**reflection [1]** 31/10

**refresh [2]** 51/15 51/23

**regard [2]** 93/22

**regarding [2]** 76/10 82/5

**reject [1]** 88/18

**relation [1]** 42/10

**relatively [2]** 80/24 80/24

**relied [1]** 90/5

**rely [2]** 82/8

**remember [9]** 19/11 37/3 39/18 74/24 77/16 77/16 96/5 98/8 109/3

**remove [1]** 97/15

**rendered [1]** 73/7

**renew [1]** 83/22

**rent [1]** 108/2

**rephrase [1]** 90/25

**report [7]** 38/25 39/2 53/16 54/1 54/10 80/3 91/19

**Reported [1]** 1/24

**Reporter [2]** 1/25 114/23

**reports [6]** 37/23 41/20 41/23

**R**

**reports... [3]**  70/13 70/13
70/15
**represent [1]**  14/5
**required [1]**  89/17
**resemblance [1]**  77/25
**resemble [1]**  34/3
**resembled [2]**  32/22 71/19
**residential [3]**  44/7 44/9
47/5
**resisting [2]**  35/24 106/18
**respect [5]**  3/23 4/4 4/22
70/16 84/15
**respective [1]**  113/5
**respond [3]**  75/11 77/12 78/16
**responds [1]**  78/15
**response [1]**  59/6
**responsibility [4]**  14/17
14/18 17/16 17/21
**rest [3]**  13/11 13/19 13/20
78/23
**retrieved [1]**  77/17
**return [2]**  12/4 13/15
**returned [1]**  38/24
**review [2]**  89/21 89/25
**revolver [7]**  9/22 10/8 11/2
11/20 108/25 109/2 109/6
**Richard [1]**  1/13
**right [118]**
**right-hand [2]**  30/14 32/12
**robbery [1]**  75/13
**Robinson [2]**  80/6 80/8
**room [1]**  15/10
**roughly [4]**  21/17 30/25 33/21
35/6
**rounds [4]**  110/20 110/22
110/24 110/25
**route [9]**  21/21 27/25 28/3
28/11 29/1 29/5 98/14 99/21
103/22
**row [5]**  8/15 22/15 44/9
44/18 44/22
**RPR [2]**  1/24 114/22
**rudeness [1]**  15/18
**Rule [6]**  70/4 70/7 70/8
70/11 70/12 70/15
**Rule 803 [4]**  70/7 70/8 70/11
70/12
**rules [6]**  15/16 15/18 70/7
70/12 82/2 82/15
**ruling [2]**  6/15 82/16
**run [6]**  25/5 31/21 101/7
103/14 104/11 104/13
**running [38]**  9/3 9/4 16/23
24/22 26/13 26/16 26/17
26/18 32/3 32/11 47/16 59/17
60/2 60/5 60/12 60/14 60/14
60/15 60/21 61/4 61/8 62/1
62/2 62/3 64/10 64/14 65/18
65/20 73/1 73/9 74/15 101/16
101/24 103/22 104/17 105/4
105/5 105/20
**runs [3]**  85/1 97/5 97/10
**rust [1]**  111/6
**Ryder [13]**  30/16 31/8 41/1
44/15 45/16 47/5 48/9 48/21
48/23 49/4 49/6 108/2 108/2

**S**

**safety [1]**  109/8
**said [27]**  6/12 8/21 23/19

35/8 45/6 52/21 53/21 57/20
59/4 59/17 64/7 66/22 72/10
73/1 77/22 92/16 93/14 98/16
99/23 100/15 101/12 101/13
102/13 103/10 105/9 106/12
109/25
**same [13]**  29/4 29/5 36/7
37/2 37/8 47/8 48/1 94/7
99/19 109/2 109/6 109/10
109/11
**sandwiched [1]**  47/4
**save [1]**  94/4
**savvy [1]**  40/6
**saw [38]**  8/14 9/9 9/13 11/7
11/9 11/15 16/7 16/21 22/4
22/15 26/23 32/6 32/9 33/18
34/11 34/11 34/15 53/11
59/10 63/13 64/8 64/15 64/15
64/17 65/16 65/24 66/2 68/6
72/2 74/18 99/13 99/23 100/2
100/18 100/22 103/14 106/2
106/6
**say [27]**  12/16 14/25 16/3
17/5 17/22 23/10 36/15 42/22
42/24 42/25 54/15 55/2 56/12
60/14 62/11 65/4 68/9 81/15
84/3 87/25 92/5 101/8 102/3
102/25 104/4 109/12 111/23
**saying [4]**  13/3 23/15 49/9
102/12
**says [8]**  16/7 16/24 38/17
39/10 54/24 77/15 80/8 89/19
**scene [11]**  36/1 36/5 36/14
37/12 37/19 37/21 66/25 67/8
78/21 78/25 79/3
**scheduling [7]**  79/25 80/19
84/5 84/10 84/12 84/14
114/11
**scientific [1]**  17/4
**scope [2]**  93/5 94/8
**screen [1]**  20/18
**Sean [5]**  5/1 5/10 5/12 6/2
113/13
**search [2]**  67/16 109/15
**seat [4]**  19/23 41/16 58/2
101/17
**seated [7]**  6/23 6/24 7/1
7/23 18/17 86/5 95/11
**second [10]**  5/18 15/8 15/10
15/11 30/13 47/1 54/12 62/11
70/10 112/21
**seconds [2]**  58/13 109/19
**secure [2]**  24/7 24/8
**secured [2]**  111/20 111/23
112/12
**securing [1]**  26/23
**see [71]**  2/11 2/14 2/20 3/1
4/5 6/16 10/21 11/21 12/24
13/12 13/24 20/7 20/16 22/6
24/15 25/21 26/5 26/13 26/16
26/18 26/21 29/13 30/4 30/10
31/4 31/10 31/24 32/1 32/12
32/15 32/18 32/21 32/24 33/6
33/20 37/18 40/12 40/13
46/17 47/13 48/10 48/15
52/22 58/4 59/15 60/4 60/5
60/5 61/19 61/23 63/12 73/4 74/6
74/9 74/21 81/1 81/2 85/3
98/18 99/19 100/6 100/13
100/24 101/20 102/7 103/8
104/24 105/7 105/14 106/16

110/18 114/5
**seem [1]**  15/19
**seen [7]**  9/21 11/19 13/10
17/18 37/6 50/9 77/23
**sees [1]**  58/5
**selection [4]**  3/24 6/25 7/4
7/15
**sell [3]**  42/15 42/19 42/20
**selling [2]**  43/1 43/11
**separated [1]**  63/3
**serial [2]**  89/18 91/25
**series [1]**  26/25
**serious [1]**  15/22
**seriously [1]**  14/18
**serve [1]**  56/3
**serves [1]**  81/13
**service [1]**  91/24
**session [1]**  102/21
**set [2]**  2/6 4/21
**several [2]**  10/2 74/23
**shape [3]**  33/3 33/5 74/14
**sharp [1]**  47/17
**she [2]**  13/15 80/8
**She's [1]**  14/1
**shed [1]**  47/1
**sheet [5]**  6/9 50/18 50/25
51/10 51/15
**sheets [2]**  6/8 50/25
**shift [8]**  19/11 49/17 49/20
55/18 71/10 96/5 96/6 102/25
**shined [1]**  36/17
**shining [1]**  31/18
**ship [1]**  85/1
**shirt [5]**  57/4 57/9 72/2
77/8 97/23
**shirts [1]**  77/18
**shooting [15]**  22/10 42/5
49/23 50/3 50/22 68/1 69/15
69/17 71/8 75/13 77/25 78/3
78/12 78/22 99/8
**shootings [2]**  42/2 75/12
**short [5]**  14/10 15/1 80/24
82/11 85/17
**shorter [1]**  69/17
**shortly [2]**  59/17 87/7
**shorts [2]**  57/16 57/18
**should [7]**  5/19 12/17 17/18
17/18 17/20 62/11 82/5
**shouldn't [2]**  79/17 95/2
**show [47]**  10/3 10/5 10/7
10/9 11/22 20/2 26/25 27/3
27/14 28/5 28/11 28/19 29/1
29/15 30/8 30/19 31/9 32/9
33/11 35/5 35/6 36/20 38/6
40/12 40/20 41/7 42/9 43/22
43/24 45/20 46/15 47/12
47/19 48/5 48/19 51/21 54/8
62/6 69/18 71/3 89/1 96/21
101/9 103/14 107/1 108/17
110/18
**showed [1]**  46/7
**shown [2]**  17/19 49/2
**shrubbery [6]**  30/4 34/8 46/9
47/10 48/2 61/14
**shut [1]**  58/21
**side [8]**  9/10 11/14 20/5
20/25 30/5 30/6 47/5 61/3
**sides [1]**  84/19
**sidewalk [3]**  23/3 29/2 103/17
**sight [9]**  26/7 37/3 62/14
65/17 104/8 104/10 104/18

**S**

**sight...** [2]  105/11 109/15
**signature** [1]  54/15
**signed** [3]  6/4 54/13 55/6
**significant** [1]  14/14
**silent** [1]  17/22
**similar** [1]  99/14
**simple** [1]  12/11
**simply** [2]  15/17 39/13
**simultaneously** [1]  65/25
**since** [3]  86/20 92/13 113/23
**SIPPEL** [14]  1/17 2/7 2/10 8/8
  12/2 81/12 87/3 87/8 87/10
  88/23 88/25 90/25 91/2 114/3
**sir** [136]
**sit** [9]  7/2 7/3 14/9 15/3
  17/22 39/18 68/18 74/24
  84/10
**sits** [1]  14/21
**sitting** [4]  21/6 53/7 80/4
  97/20
**situation** [1]  68/16
**situations** [1]  68/23
**six** [1]  88/5
**Sixth** [1]  82/2
**size** [3]  33/3 33/5 74/14
**skipped** [1]  102/13
**skipping** [8]  101/7 101/7
  101/8 101/15 101/21 101/22
  103/10 103/15
**skull** [1]  57/11
**slightly** [1]  48/10
**slow** [3]  63/24 63/25 64/5
**slowed** [1]  64/2
**slowly** [1]  23/14
**small** [5]  9/11 25/13 104/14
  104/15 104/16
**so** [89]  3/19 4/20 5/7 5/13
  5/24 6/3 7/1 7/12 8/17 10/14
  13/24 13/25 15/16 15/19
  17/17 19/23 22/11 24/21 26/5
  29/23 33/25 34/9 38/24 40/13
  41/20 41/24 43/6 44/14 44/21
  45/10 46/12 46/22 47/13
  47/16 48/10 48/23 49/6 49/14
  49/17 49/25 52/3 53/3 53/14
  55/4 55/11 55/20 56/6 56/12
  57/4 57/19 58/4 58/19 60/17
  61/7 62/6 62/18 63/3 64/2
  64/20 65/4 65/6 65/8 65/14
  65/14 66/1 66/13 68/12 68/14
  69/16 70/14 77/16 78/2 80/9
  81/13 83/10 84/20 88/20
  99/17 102/25 103/2 104/24
  105/14 106/5 106/7 108/3
  108/4 110/18 112/9 114/9
**solely** [1]  92/22
**some** [25]  9/11 10/9 13/22
  14/2 15/9 24/3 33/2 34/7
  34/20 35/1 36/1 37/11 43/3
  43/23 45/3 45/4 66/13 71/24
  83/6 84/12 92/16 102/16
  102/22 106/10 108/4
**somebody** [6]  82/12 82/12
  82/13 85/2 92/10 93/3
**someone** [8]  8/16 13/5 52/15
  52/18 82/13 91/17 102/23
  107/20
**something** [23]  8/24 9/6 16/21
  24/13 26/20 26/23 32/12

32/18 42/13 42/14 64/24 65/8
  65/15 65/22 65/24 74/10 85/3
  92/17 99/6 100/15 101/12
  105/6 106/2
**sometime** [1]  11/3
**sometimes** [5]  43/11 43/13
  43/15 43/16 43/17
**somewhat** [1]  80/11
**somewhere** [5]  10/12 27/10
  58/13 62/24 68/10
**soon** [1]  79/1
**sorry** [9]  6/20 7/24 27/8
  29/4 45/23 70/2 71/6 90/12
  104/5
**sort** [8]  4/7 15/3 15/6 15/19
  24/9 59/13 80/18 84/1
**sound** [3]  4/7 34/19 65/25
**sounded** [1]  34/20
**south** [1]  28/24
**southwest** [5]  19/6 37/15
  37/22 95/24 96/19
**Southwestern** [3]  41/8 55/18
  55/22
**space** [3]  30/4 44/20 104/15
**speak** [11]  8/20 8/21 9/2
  23/4 23/13 23/14 23/19 24/21
  59/4 100/15 101/2
**special** [23]  5/2 5/11 5/14
  6/1 80/2 80/11 85/13 86/14
  86/15 86/19 86/21 87/16
  87/20 88/1 88/7 89/1 89/4
  89/21 90/7 90/20 91/3 92/14
  95/1
**specific** [3]  83/8 89/18 90/18
**specifically** [2]  86/16 87/12
**speed** [3]  16/22 60/11 64/2
**spell** [3]  18/19 86/7 95/13
**spend** [1]  13/11
**spill** [1]  31/12
**spite** [1]  13/7
**spoke** [1]  23/12
**spot** [1]  99/5
**stamped** [2]  38/19 83/9
**stand** [14]  7/12 13/9 14/6
  16/21 17/1 17/10 32/9 32/10
  76/14 79/19 95/3 114/4 114/9
  114/12
**standard** [3]  13/4 13/6 13/7
**standing** [8]  8/15 22/3 22/21
  27/7 27/9 27/12 36/12 106/14
**stands** [1]  7/14
**start** [8]  81/5 84/13 84/22
  103/1 112/24 113/8 113/19
  114/8
**started** [17]  8/22 8/25 23/14
  49/16 60/2 74/1 100/19
  101/15 101/16 101/21 101/21
  101/24 103/10 103/15 103/22
  106/23 108/15
**starting** [2]  8/1 85/19
**starts** [1]  55/1
**stash** [5]  42/17 42/19 42/23
  43/14 43/14
**state** [8]  15/13 18/19 83/7
  86/6 90/13 90/19 91/4 95/13
**statement** [7]  38/1 38/11
  38/12 38/16 39/15 53/19
  53/21
**statements** [3]  7/19 8/3 54/16
**STATES** [5]  1/1 1/4 1/13 2/5
  2/8

**station** [6]  50/16 58/5 98/10
  98/12 98/16 98/16
**stay** [1]  6/23
**stayed** [3]  9/8 23/2 59/24
**step** [8]  9/1 11/12 16/15
  16/17 24/20 58/20 79/17 95/1
**stepped** [1]  23/3
**steps** [6]  8/25 9/15 11/11
  98/21 99/13 99/24
**still** [18]  5/16 24/7 31/3
  31/14 31/16 32/4 36/6 60/7
  61/19 63/22 64/10 65/20
  101/25 102/24 105/5 108/6
  112/5 114/12
**stipulate** [1]  86/24
**stipulates** [1]  88/9
**stipulation** [2]  5/6 10/20
**stipulations** [2]  10/16 10/17
**stood** [3]  12/22 106/1 109/19
**stoop** [1]  43/8
**stop** [18]  22/15 25/14 34/22
  35/23 62/11 64/14 80/5 80/9
  80/23 80/25 81/1 84/13 84/23
  99/18 99/25 100/8 112/24
  114/7
**stopped** [3]  79/6 100/1 105/21
**stories** [1]  12/20
**story** [8]  12/13 12/13 12/14
  12/16 12/23 13/2 13/10 17/25
**street** [25]  1/14 9/8 9/10
  11/14 21/24 24/2 25/9 25/11
  26/8 28/10 28/23 42/15 49/2
  49/3 53/11 72/16 72/19 74/20
  97/5 97/13 99/9 104/2 104/22
  105/19 111/21
**streetlight** [2]  48/17 48/18
**streetlights** [16]  25/19 25/22
  29/9 31/6 31/7 63/9 72/19
  72/22 73/5 73/18 73/22 102/5
  104/20 107/23 107/25 108/5
**streets** [1]  20/15
**stress** [1]  14/24
**strictly** [1]  94/2
**strike** [2]  6/13 6/14
**strikes** [1]  6/12
**strip** [2]  40/1 100/1
**struggle** [1]  35/17
**stuff** [1]  6/10
**subdue** [1]  66/8
**subject** [1]  90/21
**subjects** [1]  112/18
**submit** [4]  12/23 18/3 112/14
  112/16
**submitted** [1]  38/25
**subsequently** [1]  22/6
**sufficient** [1]  83/23
**summertime** [1]  105/14
**supply** [1]  42/20
**supported** [4]  13/17 18/6 18/6
  70/15
**supported Rule** [1]  70/15
**supposedly** [1]  94/18
**Supreme** [1]  82/1
**sure** [18]  4/2 4/10 6/6 16/2
  24/7 26/20 42/24 45/10 62/24
  65/14 67/17 68/5 69/19 83/12
  83/18 87/9 102/24 104/12
**suspect** [31]  22/10 22/11 23/5
  49/22 50/3 50/12 50/14 50/15
  50/20 52/11 52/23 53/4 58/5
  59/1 67/25 69/16 69/20 70/17

**S**

**suspect... [13]**   71/8 71/9
71/12 71/15 71/18 75/25
77/24 77/25 78/3 78/12 78/22
80/24 112/7
**sustained [3]**   93/7 93/21
94/13
**swear [2]**   76/15 86/2
**swinging [2]**   73/12 73/15
**SWORN [3]**   18/16 86/4 95/10
**synopsis [1]**   87/12
**system [4]**   12/19 15/5 38/22
38/25
**system's [1]**   4/5

**T**

**T-shirt [4]**   57/4 57/9 72/2
77/8
**table [5]**   2/8 2/24 14/4
17/17 17/21
**tackle [1]**   66/6
**tackled [3]**   9/16 35/12 36/7
**tag [1]**   109/3
**take [26]**   6/10 7/2 9/13
11/15 13/19 13/20 14/18 17/9
35/21 37/10 41/16 58/19 67/3
67/3 75/9 79/12 83/10 83/19
84/11 85/15 85/19 85/20
101/17 103/22 109/20 110/12
**taken [8]**   7/15 11/21 33/23
48/21 49/10 56/24 85/21 89/4
**takes [3]**   17/1 110/23 110/24
**taking [2]**   5/9 14/17
**talk [17]**   8/17 11/10 12/3
15/13 15/14 15/15 15/16 65/3
93/23 99/1 99/19 99/25
100/16 101/13 113/23 114/3
114/10
**talking [6]**   5/13 16/6 16/13
43/20 100/19 101/4
**tall [1]**   99/15
**taller [1]**   53/6
**TANG [1]**   1/19
**Taurus [15]**   11/1 83/9 89/9
89/10 89/13 89/22 90/8 90/10
90/11 90/12 90/12 90/16
90/22 91/3 91/13
**Taurus name [1]**   90/12
**technically [1]**   15/4
**technologically [1]**   40/6
**technology [1]**   93/4
**Ted [2]**   5/1 5/3
**tell [13]**   8/13 12/16 13/9
14/12 15/11 17/10 76/15 81/3
106/19 110/22 111/9 113/19
114/2
**telling [3]**   16/11 106/23
106/24
**Ten [1]**   22/25
**tend [1]**   102/24
**term [1]**   42/17
**terms [3]**   41/11 70/14 83/4
**testified [11]**   16/17 48/16
50/9 53/16 59/10 61/19 63/13
64/7 64/23 76/9 77/23
**testifies [3]**   16/7 16/21 17/1
**testify [10]**   11/1 11/7 11/8
11/13 11/15 11/17 82/21 83/3
84/18 84/20
**testifying [4]**   5/7 5/8 5/15

84/5
**testimonial [3]**   70/6 70/18
82/18
**testimony [16]**   12/14 74/6
77/7 79/18 80/23 81/11 82/4
84/21 84/23 88/18 93/17
93/22 93/23 95/2 113/24
114/12
**than [22]**   9/25 10/6 10/19
11/25 46/9 46/13 47/22 52/18
53/6 53/8 53/10 65/12 68/12
69/17 90/16 93/17 93/23
98/23 104/7 109/10 109/21
114/11
**thank [58]**   2/2 2/3 3/9 7/9 7/22
8/5 12/7 12/8 12/10 14/17
15/20 18/8 18/9 18/13 18/22
18/24 20/8 21/1 27/12 39/22
39/24 40/1 41/10 41/16 42/12
52/9 55/15 69/1 69/4 70/22
70/23 75/17 76/4 78/18 79/16
79/19 79/21 83/21 84/7 85/9
85/25 86/1 86/2 86/9 86/11
88/22 88/24 91/8 91/10 94/11
94/23 94/23 94/25 95/4 95/16
95/18 101/18 107/3 107/15
**that [535]**
**that document [1]**   85/9
**that's [58]**   5/1 12/13 12/15
13/3 13/13 13/14 13/17 13/17
15/4 15/16 15/20 15/24 17/13
17/14 21/18 26/15 27/18
27/20 28/23 28/24 29/19
29/23 33/22 38/21 40/18
41/12 43/3 44/6 46/5 49/3
61/11 62/23 74/18 76/3 80/22
81/2 81/8 82/1 82/14 84/17
84/24 85/6 85/7 87/3 89/8
89/14 90/23 92/18 92/24
92/25 93/1 93/3 93/14 94/4
94/10 107/5 107/5 113/14
**the curb [1]**   22/18
**thefts [1]**   41/25
**their [15]**   13/11 17/16 17/16
17/23 17/24 18/4 24/6 42/20
43/1 86/25 88/16 91/24 91/25
92/1 92/2
**them [16]**   6/13 6/14 9/20
17/24 17/25 18/1 18/4 27/1
31/10 43/9 44/20 67/12 67/14
79/10 110/18 114/12
**then [49]**   5/9 6/5 9/10 11/5
12/16 16/15 18/19 24/19 29/2
41/7 44/15 47/17 64/2 77/19
79/3 79/4 80/19 81/4 81/5
82/15 82/17 83/2 84/22 84/24
85/4 85/7 85/16 86/6 87/8
95/13 97/12 101/6 101/14
101/15 101/23 102/10 102/20
103/11 103/16 103/16 103/17
104/3 104/9 104/13 106/2
111/25 112/11 112/12 113/11
**there [113]**   3/7 3/10 3/19 4/9
4/19 4/19 5/25 6/24 7/3
17/17 17/19 20/5 20/5 20/6
20/23 21/21 24/8 25/10 25/13
25/14 25/19 27/9 29/9 29/10
29/10 30/12 31/6 31/7 32/5
34/4 35/7 41/9 41/20 42/5
42/15 42/23 43/23 44/20 45/4
46/8 46/22 47/1 47/9 47/14

48/2 48/16 48/18 61/13 62/24
63/9 63/12 65/6 65/10 65/11
65/11 65/11 66/25 68/18
70/15 70/17 70/18 72/8 72/19
72/22 73/17 73/22 79/6 83/1
84/16 85/2 85/16 90/18 93/3
99/5 99/8 99/25 100/3 101/14
101/14 102/25 104/11 104/13
104/14 104/20 104/22 105/13
106/16 106/24 106/24 107/2
107/20 107/22 107/23 107/25
108/4 109/19 109/22 109/23
109/25 109/25 110/3 110/5
110/7 110/9 110/17 110/22
110/24 111/3 111/6 111/8
111/10 111/12 112/1
**there's [17]**   3/25 6/17 15/1
22/12 25/7 25/22 30/5 30/5
30/6 30/7 30/16 31/7 44/9
48/24 80/25 104/15 105/12
**thereafter [1]**   59/17
**therefore [2]**   11/2 78/21
**these [8]**   22/3 44/9 44/11
44/18 45/3 56/19 75/18
110/20
**they [34]**   8/13 8/14 8/14
8/17 8/19 9/16 11/7 11/8
11/9 11/10 11/13 13/5 15/7
18/1 42/20 43/3 51/10 67/9
67/10 73/20 75/11 85/3 89/17
90/15 93/4 99/15 99/15
102/11 102/24 102/24 103/1
103/21 106/19 108/2
**they'll [5]**   24/5 103/1 103/1
103/1 103/2
**they're [10]**   11/7 11/8 11/13
13/2 13/2 13/25 16/11 24/6
24/8 88/15
**thing [4]**   15/12 83/25 94/7
94/18
**things [5]**   10/2 15/4 15/15
71/25 109/8
**think [28]**   3/5 3/13 4/21 7/5
15/9 16/11 45/4 45/23 58/10
68/3 68/18 69/25 80/18 80/19
80/20 80/22 81/15 85/16
90/23 91/14 93/15 94/5 98/20
105/19 106/24 108/2 111/24
113/9
**thinks [1]**   13/10
**third [1]**   84/22
**this [178]**
**Thompson [9]**   4/1 6/6 7/22
18/13 76/4 85/1 85/5 85/22
86/1
**those [17]**   6/8 6/11 8/25
10/15 10/17 11/6 11/22 12/15
16/19 43/13 44/21 49/9 68/23
73/22 97/15 103/14 110/17
**though [2]**   33/2 33/3
**thought [16]**   17/18 17/18
17/20 36/16 36/17 52/11
52/22 64/7 64/24 65/1 66/2
69/19 74/25 77/23 77/24
105/18
**three [2]**   68/10 68/11
**threw [3]**   36/16 36/18 106/24
**through [16]**   13/23 14/22 24/1
24/1 25/6 25/7 28/2 45/3
45/7 61/14 62/21 81/1 84/23
87/3 103/16 105/14

132

**T**

**throughout [3]** 4/3 17/23 104/23
**throw [7]** 9/14 11/16 32/6 32/12 32/18 64/15 74/22
**throwing [1]** 63/16
**thrown [1]** 66/2
**tie [3]** 21/6 81/11 97/23
**tight [2]** 30/4 46/5
**tightly [1]** 44/18
**till [2]** 81/4 84/11
**time [51]** 6/14 7/13 9/16 11/3 11/4 13/19 13/20 14/10 21/16 23/2 24/21 25/11 26/11 28/18 34/9 38/19 38/24 39/20 42/8 46/8 46/12 47/9 48/2 50/6 51/9 52/3 54/20 55/16 58/10 59/21 65/10 65/11 65/18 68/6 68/8 68/18 71/17 77/15 78/2 78/8 83/6 88/6 94/5 97/19 98/8 99/24 100/17 104/1 105/17 106/19 111/13
**time-stamped [1]** 38/19
**times [5]** 24/5 87/23 88/4 88/5 104/8
**timestamp [1]** 38/21
**timid [1]** 23/17
**Timing [1]** 65/16
**to learn [1]** 21/7
**Tobacco [3]** 2/15 86/15 93/2
**today [8]** 9/23 39/18 74/6 74/24 76/14 77/7 91/22 91/23
**together [3]** 11/21 12/16 44/19
**told [5]** 9/24 10/1 12/22 36/16 81/12
**tomorrow [10]** 80/3 84/6 84/13 84/19 113/6 113/17 113/21 114/5 114/8 114/16
**too [4]** 13/20 13/25 62/20 63/1
**took [13]** 9/1 9/3 11/12 18/4 21/22 24/20 28/1 39/3 76/14 98/14 99/22 109/21 111/21
**top [10]** 38/19 72/4 72/8 77/8 77/11 97/6 100/20 106/14 109/17 109/23
**top-right [1]** 38/19
**top-right-hand [1]** 97/6
**total [1]** 6/3
**totally [1]** 94/6
**touch [3]** 20/18 20/21 102/24
**tough [1]** 85/1
**towards [10]** 8/23 11/12 23/15 23/20 27/18 46/3 49/6 59/1 72/12 102/14
**toy [1]** 10/8
**trace [1]** 30/11
**Traci [1]** 80/6
**trafficking [1]** 86/17
**training [16]** 23/22 23/25 24/2 24/3 74/17 74/19 86/23 87/12 87/14 87/15 87/16 87/18 87/19 102/16 102/19 102/21
**transcribed [1]** 7/16
**transcript [2]** 114/19 114/21
**transport [1]** 37/16
**transportation [2]** 84/17 88/19

**transported [1]** 37/11
**trash [4]** 46/9 47/10 48/3 110/2
**traveled [3]** 10/12 81/18 83/6
**trees [2]** 107/20 107/21
**tremendous [1]** 14/16
**trial [8]** 1/11 2/7 3/5 4/3 12/1 14/10 14/11 95/3
**tried [2]** 81/10 105/17
**trip [1]** 61/15
**truck [2]** 30/16 31/8
**trucks [1]** 108/3
**true [5]** 4/3 15/4 17/6 54/16 55/7
**trust [2]** 14/22 17/23
**truth [2]** 16/11 76/15
**try [2]** 15/7 76/6
**trying [1]** 80/8
**turn [20]** 22/13 30/14 32/12 35/9 46/18 47/14 47/17 54/12 58/8 61/13 63/13 63/24 63/24 63/25 64/5 99/18 100/1 101/7 106/13 106/14
**turned [16]** 9/2 11/12 24/21 25/4 25/15 26/3 55/16 62/5 98/19 101/6 101/7 101/15 101/23 103/11 103/16 105/12
**Turner [1]** 5/1
**Turner's [1]** 5/3
**turning [1]** 24/22
**turns [4]** 31/1 33/9 33/17 62/8
**twice [1]** 101/15
**two [10]** 8/11 11/6 36/4 47/22 56/2 58/4 90/18 93/13 99/14 102/3
**type [6]** 41/25 43/3 43/19 58/15 89/7 90/2
**types [4]** 49/3 68/23 78/14 86/22
**typically [5]** 24/5 67/9 67/10 75/9 75/11
**typo [2]** 39/12 39/21

**U**

**U-turn [3]** 22/13 58/8 100/1
**U.S [2]** 1/25 114/23
**ultimate [1]** 90/24
**ultimate-issue [1]** 90/24
**unbiased [1]** 17/8
**unconscious [1]** 24/13
**Unconsciously [1]** 24/12
**uncorroborated [1]** 12/14
**under [11]** 9/18 10/23 13/17 14/21 65/15 65/22 70/4 70/6 70/8 70/11 76/15
**underneath [1]** 77/11
**understand [2]** 39/22 114/13
**understanding [2]** 15/20 82/19
**Understood [1]** 111/1
**unfold [1]** 15/4
**unfortunate [1]** 43/10
**uniform [4]** 19/13 56/6 56/8 96/7
**unit [5]** 6/3 19/6 78/16 99/4 99/5
**UNITED [5]** 1/1 1/4 1/13 2/5 2/8
**units [1]** 67/8
**unload [1]** 111/20
**unloaded [2]** 111/21 112/12

**unmarked [4]** 19/16 56/10 56/11 96/12
**until [7]** 15/8 53/1 59/21 64/20 79/18 104/10 114/15
**unusual [1]** 81/9
**up [69]** 3/24 3/25 4/2 6/6 6/16 9/11 9/12 9/15 11/14 14/6 21/22 22/13 25/6 30/7 31/21 32/1 32/3 32/9 32/10 33/16 34/7 34/22 35/1 35/4 36/12 36/17 36/18 37/5 40/9 48/9 48/21 59/21 60/12 61/7 61/7 62/3 64/3 64/18 64/20 67/6 81/5 81/11 81/12 84/10 88/17 98/14 98/20 98/20 98/21 98/21 99/4 99/4 99/22 99/22 100/14 100/18 101/13 103/16 104/17 105/9 105/20 106/2 106/21 106/23 107/19 107/22 110/12 111/17 111/20
**upon [1]** 82/19
**upper [1]** 27/2
**us [10]** 2/8 14/20 15/19 24/21 32/9 35/6 40/17 41/7 83/10 103/14
**use [1]** 66/10
**used [1]** 75/10
**using [4]** 21/20 74/1 98/13 108/11
**usually [1]** 84/11
**utility [3]** 46/22 46/24 48/11
**utilize [1]** 90/3

**V**

**value [1]** 90/6
**Values [5]** 90/1 90/2 92/4 92/5 92/8
**variety [1]** 41/25
**various [3]** 4/25 4/25 24/1
**vehicle [13]** 9/8 19/16 23/2 26/11 56/10 58/12 58/14 59/24 83/12 99/18 100/12 103/23 106/5
**verdict [7]** 12/4 12/5 13/16 13/17 13/17 13/18 18/6 18/7
**verified [1]** 4/18
**verify [1]** 4/11
**versus [1]** 2/5
**very [21]** 9/11 16/20 23/17 30/4 39/22 46/5 68/14 68/14 68/21 71/3 71/25 79/20 82/11 84/20 85/17 88/22 94/23 95/4 101/3 104/14 106/12
**vest [11]** 23/9 23/10 23/11 72/4 72/6 72/7 72/8 77/7 77/11 77/18 77/21
**vicinity [1]** 41/21
**view [7]** 3/8 3/11 5/20 5/22 7/7 46/2 97/1
**violation [1]** 82/14
**violent [1]** 99/6
**Virginia [1]** 87/19
**voir [3]** 3/14 3/20 4/20

**W**

**waist [7]** 61/20 63/7 101/22 101/23 103/3 105/5 105/6
**waistband [8]** 23/20 24/7 26/19 32/4 59/11 59/13 73/16 102/14
**wait [2]** 7/13 80/25

**W**

**waiting [1]** 113/5
**wake [1]** 81/22
**walk [2]** 40/13 103/1
**walked [5]** 36/18 100/14 100/14 111/25 112/9
**walking [7]** 98/20 98/20 98/21 98/23 98/25 99/13 100/18
**wallet [1]** 24/9
**WALTER [1]** 1/17
**want [15]** 6/5 13/19 13/21 15/12 40/9 40/12 45/3 45/10 71/24 81/11 81/12 82/15 83/19 87/2 93/24
**wanted [8]** 8/17 52/20 69/15 69/17 71/8 71/12 83/16 99/11
**wants [1]** 80/23
**was [231]**
**Washington [3]** 70/18 81/25 82/18
**wasn't [13]** 10/8 10/8 53/14 60/17 60/19 65/14 65/22 67/17 68/18 78/23 109/18 111/4 111/16
**watch [1]** 15/3
**watching [2]** 15/2 15/3
**waves [2]** 85/1 85/2
**way [13]** 17/5 17/7 26/16 33/4 34/3 47/16 66/11 77/15 98/17 99/23 101/15 105/3 107/18
**we [78]** 3/16 3/20 5/24 6/3 6/6 7/24 10/3 10/3 10/5 10/9 12/20 12/21 13/3 13/22 13/22 15/6 15/13 15/16 15/16 15/17 15/19 17/22 21/24 22/2 22/11 24/21 26/12 26/17 35/16 35/16 47/13 48/10 53/11 53/21 60/14 61/14 62/6 63/23 68/11 69/8 72/2 75/7 78/20 78/21 79/1 79/1 79/2 79/24 79/25 80/20 81/1 81/10 84/11 85/3 89/16 96/18 97/17 97/19 98/10 98/11 98/15 98/19 99/4 99/6 99/7 99/10 99/18 99/23 99/24 99/24 99/24 100/18 102/20 105/23 106/23 107/5 111/21 114/15
**we'll [14]** 7/2 80/25 81/2 81/4 81/5 84/12 84/22 84/22 84/24 85/18 85/20 113/8 113/19 114/5
**we're [32]** 3/4 4/21 5/9 5/13 7/5 7/18 7/25 8/2 12/3 13/25 16/6 16/13 20/14 22/10 43/19 45/10 49/25 50/4 79/24 80/9 81/3 81/3 82/13 84/1 84/10 85/8 85/11 85/15 99/4 99/4 99/5 114/7
**we've [5]** 3/5 4/18 5/10 43/21 44/4
**weapon [7]** 25/2 66/10 78/6 100/24 103/7 108/16 109/12
**weapons [1]** 67/19
**wear [4]** 56/6 63/5 77/18 77/21
**wearing [10]** 23/8 56/8 57/2 57/4 57/13 57/16 72/1 72/14 97/22 111/15
**website [3]** 91/25 92/1 92/2

**weighs [1]** 53/8
**weight [6]** 34/20 51/6 51/8 51/12 52/7 83/4
**welcome [2]** 18/14 76/5
**well [10]** 4/3 25/22 29/11 40/24 43/11 44/17 46/10 55/4 64/5 65/3
**went [8]** 11/18 25/11 35/16 37/22 52/21 73/25 102/21 106/5
**were [110]** 8/12 8/14 11/8 12/11 16/24 19/9 19/11 19/13 19/15 19/23 19/25 22/24 23/6 25/17 25/19 26/10 26/12 26/17 28/14 29/7 29/9 31/6 31/18 34/4 36/5 36/7 45/11 49/22 50/1 50/12 51/13 51/25 52/15 53/3 53/4 55/17 56/8 56/10 57/1 57/4 57/13 57/16 58/17 60/1 60/12 60/14 62/16 63/23 66/1 66/10 66/13 66/25 68/3 68/11 71/9 71/18 71/23 72/1 72/14 72/18 72/18 72/19 72/22 73/1 73/9 73/14 74/4 75/3 77/4 78/2 89/10 94/15 94/18 96/3 96/5 96/7 96/9 96/17 96/18 98/10 98/11 98/15 99/7 99/10 99/15 99/23 99/25 100/4 100/6 101/25 102/2 102/5 102/6 102/12 103/24 103/25 104/20 105/7 105/23 106/19 107/20 108/11 110/3 110/5 110/9 110/20 110/22 110/25 111/8 111/15
**were passed [1]** 72/18
**west [4]** 1/14 8/13 87/19 97/10
**what [127]**
**what's [17]** 27/6 27/14 28/5 29/18 34/6 36/20 39/9 40/13 46/15 47/12 51/21 56/18 89/1 95/23 96/21 107/1 108/17
**whatever [6]** 65/10 65/11 83/19 97/7 105/23 113/11
**whatsoever [2]** 98/6 111/12
**wheel [1]** 20/7
**when [77]** 6/25 8/25 11/11 11/21 12/1 12/25 13/5 16/6 16/6 16/13 16/20 17/1 17/9 18/3 18/3 18/4 22/2 22/18 23/10 24/6 25/14 27/22 30/15 32/4 32/5 34/4 36/5 36/14 37/5 38/15 39/2 42/4 42/13 42/13 46/7 46/17 49/16 58/5 58/10 58/11 58/19 60/1 61/9 62/5 62/8 65/24 66/17 67/16 67/19 68/3 68/7 68/8 72/1 75/3 76/14 77/10 78/10 79/11 82/9 82/10 83/24 88/15 91/21 94/18 100/18 100/19 101/8 101/12 101/21 101/23 102/13 104/4 106/16 108/13 110/12 111/2 111/23
**where [69]** 9/21 11/18 15/3 16/19 22/15 22/18 23/17 23/25 25/4 25/10 25/12 25/12 26/10 27/9 27/11 30/11 30/16 30/25 33/6 33/8 33/9 33/15 33/16 33/18 33/20 34/11 35/3 35/6 36/5 36/7 36/17 37/14 37/21 38/19 41/1 41/7 42/9

42/19 43/14 43/21 44/21 47/23 63/8 64/8 67/4 68/3 89/10 89/19 90/4 92/22 93/14 97/3 97/12 100/2 100/8 100/9 100/17 102/19 103/14 105/1 105/7 105/16 105/23 105/25 106/6 106/8 106/25 107/7 108/1
**wherever [3]** 24/7 99/5 99/6
**whether [7]** 16/12 77/11 82/18 83/4 90/12 90/16 90/21
**which [16]** 7/16 9/11 10/21 10/23 16/22 27/7 40/20 42/23 45/12 47/9 64/24 74/15 77/15 87/17 92/5 96/19
**while [6]** 14/10 16/2 17/12 26/10 93/3 103/24
**white [6]** 4/7 20/7 57/6 57/7 57/8 57/9
**who [32]** 6/18 8/16 9/8 19/3 19/19 19/21 21/5 22/4 23/15 23/15 42/15 42/19 42/25 43/11 52/15 52/18 59/6 59/6 66/22 69/16 84/14 91/23 93/24 95/21 96/13 96/15 97/18 99/10 101/6 101/6 101/14 101/14
**who's [3]** 13/9 58/1 84/18
**whole [6]** 26/11 40/19 48/23 78/2 108/1 108/3
**whom [1]** 86/14
**why [16]** 13/12 13/14 15/20 17/11 17/11 39/11 69/18 75/8 77/19 77/22 84/1 93/9 94/4 99/3 112/3 112/20
**widespread [1]** 41/13
**width [2]** 104/4 104/5
**Wilkens [31]** 8/13 9/7 11/9 11/14 20/1 20/13 20/17 20/20 21/25 22/12 25/6 25/8 27/18 27/20 33/17 40/18 40/20 41/14 41/21 44/3 55/17 58/9 72/19 94/15 96/19 97/3 97/5 97/9 98/11 104/9 104/20
**will [38]** 3/25 4/6 4/17 5/7 5/8 5/14 5/25 6/6 6/12 6/16 6/23 7/1 8/13 10/17 10/21 12/2 14/18 14/23 16/19 17/24 17/25 17/25 18/5 20/14 20/14 20/23 40/6 71/4 80/11 83/21 83/22 86/24 87/7 97/6 113/16 113/19 113/20 114/10
**wires [2]** 48/14 48/15
**within [3]** 70/18 86/17 114/20
**without [2]** 24/5 49/9
**witness [40]** 16/7 16/10 16/15 16/16 16/17 17/9 18/10 18/16 21/8 54/4 76/18 79/19 79/22 79/23 80/20 82/20 84/3 84/14 84/14 84/18 84/20 84/22 85/11 86/2 86/4 87/4 87/5 88/12 88/18 94/1 94/1 94/9 95/3 95/5 95/10 97/25 113/12 114/4 114/9 114/12
**witnesses [8]** 4/22 4/25 5/1 5/13 5/19 6/4 14/3 88/17
**won't [4]** 13/20 67/9 67/10 75/9
**wondering [1]** 80/4
**word [1]** 85/2

**W**

**words [2]**  34/14 38/15
**work [4]**  19/3 19/6 86/14
95/21
**worked [2]**  93/3 93/14
**working [8]**  4/5 14/2 19/9
19/11 55/22 96/3 96/5 96/6
**works [2]**  93/17 93/24
**would [48]**  15/13 15/17 16/3
17/7 18/18 21/20 27/2 27/8
27/9 28/11 29/1 30/3 32/8
33/16 42/22 47/16 49/17
51/15 60/11 60/11 60/11
60/14 61/24 65/8 68/8 73/6
78/16 79/4 80/21 80/23 81/13
82/4 83/10 83/25 86/5 86/21
90/3 95/9 95/12 97/3 97/15
98/13 99/21 101/10 103/13
104/6 107/2 112/7
**wrestled [1]**  9/16
**write [8]**  37/23 38/1 38/16
39/2 39/5 39/11 91/19 92/8
**written [1]**  70/13
**wrong [1]**  39/9
**wrote [6]**  38/12 53/16 53/19
54/1 54/10 82/13
**Wycoff [2]**  1/24 114/22

**Y**

**yeah [8]**  24/13 39/14 40/10
47/25 82/1 104/22 105/12
113/18
**year [7]**  8/11 9/25 10/6
10/13 10/19 11/23 11/25
**years [8]**  19/8 52/3 52/3
53/10 55/23 56/2 74/19 96/2
**yelled [1]**  106/3
**yes [296]**
**yet [1]**  6/25
**you [784]**
**you how [1]**  110/22
**you orient [1]**  20/14
**you'd [1]**  87/8
**you'll [12]**  2/3 4/6 4/7 6/14
7/3 11/21 14/6 20/6 85/9
85/22 113/5 113/9
**you're [42]**  2/15 8/10 10/14
10/15 10/20 10/25 11/5 12/5
12/23 13/12 14/13 14/15
15/10 18/14 26/18 38/18
41/13 45/25 47/16 48/7 58/1
58/4 59/1 60/21 61/7 62/1
62/2 62/18 63/3 63/20 64/10
64/12 65/18 73/1 76/5 79/19
92/22 93/3 93/21 94/9 106/8
114/11
**you've [5]**  14/14 55/22 55/23
58/22 83/14
**younger [1]**  69/17
**your [150]**
**yourself [9]**  16/8 16/10 16/22
17/6 17/11 18/19 56/22 86/6
95/12

**Z**

**zoom [1]**  20/4